```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

    UNITED STATES OF AMERICA,     :   CRIMINAL CASE NUMBER
 4              PLAINTIFF         :
                                  :
 5        VERSUS                  :       19-CR-311
                                  :       AND
 6                                :       20-CR-153
                                  :
 7    JERRY ZWEITZIG              :
                 DEFENDANT,       :
 8  ---------------------------------------------------------

 9                             SEPTEMBER 17, 2020
                               COURTROOM 6A
10                             PHILADELPHIA, PA 19106

11  ---------------------------------------------------------
          BEFORE THE HONORABLE WENDY BEETLESTONE, J.
12  ---------------------------------------------------------

13                             SENTENCING HEARING

14  APPEARANCES:

15  ERIC L. GIBSON, ESQUIRE
    ASSISTANT UNITED STATES ATTORNEYS
16  615 CHESTNUT STREET, SUITE 1250
    PHILADELPHIA, PA 19106
17
    COUNSEL FOR THE GOVERNMENT
18

19              LYNN GLIGOR, RMR
                OFFICIAL COURT REPORTER
20         ROOM 2609 U. S. COURTHOUSE
                601 MARKET STREET
21         PHILADELPHIA, PA 19106
                (856)649-4774
22

23  PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
    TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
24

25
```

```
1      CONTINUED APPEARANCES:

2      KATRINA YOUNG, ESQUIRE
       FEDERAL COMMUNITY DEFENDER OFFICE - EDPA
3      601 WALNUT STREET, SUITE 540 WEST
       THE CURTIS BUILDING
4      PHILADELPHIA, PA 19106

5
       COUNSEL FOR THE DEFENDANT
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    (CLERK OPENS COURT AT 1:05 P.M.)

 2                    THE COURT:  GOOD AFTERNOON.  HAVE A SEAT.

 3                    ALL COUNSEL:  GOOD AFTERNOON, YOUR HONOR.

 4                    THE COURT:  THIS IS THE MATTER OF USA

 5     VERSUS JERRY ZWEITZIG, TWO CRIMINAL ACTION NUMBERS,

 6     19-311 AND 20-153.

 7                    CAN I HAVE SOME INTRODUCTIONS, PLEASE,

 8     FROM THE GOVERNMENT?

 9                    MR. GIBSON:  YOUR HONOR, ERIC GIBSON FOR

10     THE UNITED STATES.  AND WITH ME IS AGENT KATHERINE

11     MURRAY FROM HIS.

12                    THE COURT:  AND DEFENSE?

13                    MS. YOUNG:  GOOD AFTERNOON, YOUR HONOR,

14     KATRINA YOUNG FROM THE FEDERAL DEFENDERS ON BEHALF OF

15     MR. ZWEITZIG.

16                    THE COURT:  AND I HAVE MR. ZWEITZIG HERE,

17     AS WELL.

18                    MS. YOUNG:  IF I CAN JUST REMIND YOUR

19     HONOR, HE HAS A HARD TIME HEARING, SO IF EVERYBODY CAN

20     JUST MAKE SURE THEY SPEAK VERY LOUDLY.

21                    THE COURT:  OKAY.  CAN YOU HEAR ME NOW,

22     MR. ZWEITZIG?

23                    THE DEFENDANT:  YES, MA'AM.

24                    THE COURT:  OKAY.  I WILL MAKE SURE THAT

25     THE MICROPHONE IS CLOSE, AS WELL.
```

1            SO MR. ZWEITZIG, WE ARE HERE TODAY TO

2     SENTENCE YOU.

3            THE DEFENDANT:  YES, YOUR HONOR.

4            THE COURT:  YOU HAVE PLED GUILTY IN A

5     CRIMINAL CASE 19-311 TO 5 COUNTS OF MANUFACTURING AND

6     ATTEMPTED MANUFACTURING OF CHILD PORNOGRAPHY IN

7     VIOLATION OF TITLE 18, U.S.C. 2251(A) AND (B); AND 1

8     COUNT OF POSSESSION OF CHILD PORNOGRAPHY IN VIOLATION OF

9     TITLE 18, U.S.C. 2252(A)4(B) AND (B)(2).  AND IN

10    CRIMINAL CASE 20-153, YOU PLED GUILTY TO 1 COUNT OF

11    MANUFACTURE AND ATTEMPTED MANUFACTURE OF CHILD

12    PORNOGRAPHY IN VIOLATION OF TITLE 18, U.S.C. 2251(A) AND

13    (E).

14            IN CONNECTION WITH THE SENTENCING, I HAVE

15    REVIEWED THE FOLLOWING:

16            THE INDICTMENT IN 19-311; THE INFORMATION

17    IN 20-153; THE PRESENTENCE INVESTIGATION REPORT AND

18    RECOMMENDATIONS PREPARED BY THE PROBATION OFFICE; THE

19    GOVERNMENT'S SENTENCING MEMORANDUM; VICTIM IMPACT

20    STATEMENTS THAT WERE SENT TO ME WITH THE GOVERNMENT'S

21    SENTENCING MEMORANDUM AND ALSO ONES THAT HAVE BEEN SENT

22    TO ME IN THE LAST FEW DAYS; DEFENDANT'S SENTENCING

23    MEMORANDUM AND MOTION FOR A DOWNWARD VARIANCE; AND THE

24    GOVERNMENT'S MOTION TO IMPOUND.

25            SO MR. ZWEITZIG, I AM GOING TO GO THROUGH

1     A PARTICULAR PROCESS TODAY.  I AM GOING TO FIRST

2     CALCULATE THE RECOMMENDED SENTENCE UNDER THE GUIDELINES.

3     THEN I AM GOING TO RULE ON ANY MOTIONS FOR DEPARTURES,

4     IF THERE ARE ANY, UNDER THE GUIDELINES.  THEN I AM GOING

5     TO CONSIDER THE FACTORS IN 18, U.S.C. 3355(A).  I WILL

6     TELL YOU WHAT THOSE FACTORS ARE, AND THEN I WILL ANALYZE

7     THE FACTS OF THIS CASE PURSUANT TO THOSE FACTORS.  THEN

8     I AM GOING TO IMPOSE A SENTENCE THAT IS SUFFICIENT BUT

9     NOT GREATER THAN NECESSARY TO COMPLY WITH THE ELEMENTS

10    IN 18 U.S.C. 3355(A)(2).

11               LET'S START WITH THE PRESENTENCE

12    INVESTIGATION REPORT.  DID THE ATTORNEYS RECEIVE COPIES

13    OF THE PRESENTENCE INVESTIGATION REPORT?

14               MR. GIBSON:  YES, YOUR HONOR.

15               MS. YOUNG:  YES, YOUR HONOR.

16               THE COURT:  HAVE COUNSEL AND DEFENDANT

17    REVIEWED THE REPORT, INCLUDING ANY REVISIONS MADE AFTER

18    THE ORIGINAL WAS PREPARED?

19               MR. GIBSON:  YES, YOUR HONOR.

20               MS. YOUNG:  YES, YOUR HONOR.

21               THE COURT:  AND ANY FACTUAL OR LEGAL

22    ISSUES TO BE ADDRESSED BY THE COURT?

23               MR. GIBSON:  NOT FOR THE GOVERNMENT, YOUR

24    HONOR.

25               MS. YOUNG:  NO, YOUR HONOR.

1          THE COURT:  NO CORRECTIONS OR OBJECTIONS?

2          MS. YOUNG:  NO.

3          MR. GIBSON:  NO.

4          THE COURT:  HOW ABOUT YOU, MR. ZWEITZIG,

5     IS THERE ANYTHING THAT YOU WOULD LIKE ADDED TO THE

6     REPORT BECAUSE YOU THINK IT WOULD BE HELPFUL OR TO BE

7     REMOVED FROM THE REPORT BECAUSE IT IS INCORRECT?

8          THE DEFENDANT:  ONE CORRECTION, YOUR

9     HONOR.  IT SAYS -- A MINOR ISSUE.  IT SAYS I AM 71, I AM

10    NOW 72.  OTHER THAN THAT, NO, MA'AM.

11         THE COURT:  OKAY.  MR. LOCK, CAN YOU MAKE

12    THAT CORRECTION?

13         THE PROBATION OFFICER:  YES, YOUR HONOR.

14         THE COURT:  MR. LOCK, I ALSO RECEIVED

15    FROM YOU AN INDICATION THAT YOU MIGHT HAVE RECEIVED

16    ADDITIONAL INFORMATION THAT PERHAPS WE SHOULD INCLUDE IN

17    THE REPORT?

18         THE PROBATION OFFICER:  YOUR HONOR, ON

19    TUESDAY I RECEIVED INFORMATION FROM STAR, WHICH IS A

20    PROGRAM WHERE THE DEFENDANT ATTENDED TREATMENT IN 2015

21    AND 2018, BASICALLY VERIFYING WHAT WAS IN THE

22    PRESENTENCE REPORT.

23         I ALSO RECEIVED INFORMATION FROM THE

24    TRINITY DIVINITY SCHOOL VERIFYING THAT HE RECEIVED A

25    DOCTORATE IN MINISTRY IN 1990.  AGAIN, JUST TO VERIFY

1    WHAT IS ALREADY IN THE REPORT.

2             THE COURT:  MS. YOUNG, DO YOU THINK WE

3    NEED TO ADD ANY OF THAT TO THE REPORT?

4             MS. YOUNG:  NO, YOUR HONOR.  I EXPECTED

5    THAT THAT'S WHAT WOULD BE CONFIRMED, SO, NO.

6    BY THE COURT:

7    Q.       SIR, DID YOU GO OVER THE REPORT WITH YOUR

8    ATTORNEY?

9    A.       YES, MA'AM.

10   Q.       AND DO YOU NEED MORE TIME TO GO OVER IT WITH

11   YOUR ATTORNEY?

12   A.       NO.

13   Q.       ARE YOU SATISFIED WITH YOUR ATTORNEY'S

14   REPRESENTATION?

15   A.       YES, MA'AM.

16            THE COURT:  OKAY.  SO NOW, LET'S TURN TO

17   MY CALCULATIONS OF THE GUIDELINES.  WE TALKED AT YOUR

18   PLEAS, MR. ZWEITZIG, ABOUT THE TOTAL STATUTORY MAXIMUM.

19   LET ME REMIND YOU OF THOSE.  WITH RESPECT TO COUNTS 1

20   THROUGH 5 IN CASE NUMBER 19-311, AND COUNT 1 IN CASE

21   NUMBER 20-153, WHICH IS MANUFACTURE AND ATTEMPTED

22   MANUFACTURE OF CHILD PORNOGRAPHY, IT IS 30 YEARS FOR

23   EACH COUNT WITH A 15-YEAR MANDATORY MINIMUM TERM, A

24   MINIMUM FIVE-YEAR TERM UP TO A LIFETIME OF SUPERVISED

25   RELEASE, A $250,000 FINE, MANDATORY RESTITUTION,

1   FORFEITURE, A $100 SPECIAL ASSESSMENT, AND IF FOUND TO

2   BE NON-INDIGENT, AN ADDITIONAL 5,000 MANDATORY SPECIAL

3   ASSESSMENT MUST BE IMPOSED.

4                   WITH RESPECT TO POSSESSION OF CHILD

5   PORNOGRAPHY, THAT IS COUNT 6 IN CASE NUMBER 311, BECAUSE

6   THE IMAGES IN YOUR COLLECTION DEPICT CHILDREN UNDER THE

7   AGE OF 12, THE MAXIMUM PENALTY IS ELEVATED TO 20 YEARS

8   INCARCERATION.  THE OTHER PENALTIES REMAIN THE SAME,

9   MINIMUM OF 5 YEAR TERM UP TO A LIFETIME OF SUPERVISED

10  RELEASE, A $250,000 FINE, MANDATORY RESTITUTION, A $100

11  SPECIAL ASSESSMENT, AND IF FOUND TO BE INDIGENT, AN

12  ADDITIONAL MANDATORY $5,000 SPECIAL ASSESSMENT.

13                  SO THEREFORE, LOOKING AT THE TOTAL

14  MAXIMUM PENALTY IN THIS MATTER, IT IS 200 YEARS

15  INCARCERATION WITH A 15-YEAR MANDATORY MINIMUM SENTENCE,

16  A MINIMUM FIVE-YEAR TERM UP TO A LIFETIME OF SUPERVISED

17  RELEASE, A $1,750,000 FINE, MANDATORY RESTITUTION,

18  FORFEITURE, A $700 SPECIAL ASSESSMENT, AND IF YOU ARE

19  FOUND TO BE INDIGENT, AN ADDITIONAL MANDATORY 35,000

20  SPECIAL ASSESSMENT -- SORRY, IF YOU WERE FOUND TO BE

21  NON-INDIGENT, AN ADDITIONAL MANDATORY 35,000 SPECIAL

22  ASSESSMENT MUST BE IMPOSED.

23                  SO TURNING NOW TO THE ACTUAL CALCULATION.

24  THE SENTENCING GUIDELINES THAT I USE ARE THOSE IN EFFECT

25  NOVEMBER THE 1ST, 2018.  DO THE PARTIES AGREE THAT THAT

1    IS THE CASE?

2                    MR. GIBSON:  YES, YOUR HONOR.

3                    MS. YOUNG:  YES, YOUR HONOR.

4                    THE COURT:  OKAY.  WITH RESPECT TO

5    GROUPING, THERE ARE SIX GROUPS, MANUFACTURING OF CHILD

6    PORNOGRAPHY OF MINOR 1, THAT'S COUNT GROUP 1.  GROUP 2,

7    WHICH IS MANUFACTURING OF CHILD PORNOGRAPHY OF MINOR

8    NUMBER 1.  AND THE SAME IN 2 -- WELL, SORRY, GROUP 3 IS

9    MANUFACTURING OF CHILD PORNOGRAPHY WITH MINOR 1.  GROUP

10   4 IS POSSESSION OF CHILD PORNOGRAPHY, AND GROUP 5 IS

11   MANUFACTURING OF CHILD PORNOGRAPHY.

12                   NOW, I DO HAVE TO GO TO THE GREATER OF

13   THE ADJUSTED OFFENSE LEVELS.  SO DO THE PARTIES THINK

14   THAT I SHOULD GO THROUGH THE ENTIRE GROUPING, OR IS IT

15   APPROPRIATE TO JUST FOCUS IN ON THE GROUP THAT WILL

16   ACTUALLY BE INVOLVED IN THE CALCULATION?

17                   MS. YOUNG:  I AM FINE WITH THE LATTER,

18   YOUR HONOR.

19                   THE COURT:  OKAY.  GOVERNMENT, ANY

20   OBJECTION?

21                   MR. GIBSON:  I DON'T BELIEVE SO, JUDGE.

22                   THE COURT:  SO I TURN TO GROUP 5,

23   MANUFACTURING OF CHILD PORNOGRAPHY OF MINOR NUMBER 2,

24   WHICH IS COUNT 1 OF CRIMINAL ACTION NUMBER 20-153.  THE

25   BASE OFFENSE LEVEL IN THIS PARTICULAR CHARGE FOR

1    VIOLATION OF 18 U.S.C. 2251(A) IS FOUND IN SENTENCING

2    GUIDELINE 2G2.1, AND THAT OFFENSE LEVEL IS 32.

3                    BECAUSE MINOR NUMBER 2 WAS SIX MONTHS OLD

4    WHEN THE DEFENDANT SEXUALLY EXPLOITED HIM, THE OFFENSE

5    LEVEL INCREASES BY FOUR LEVELS, PURSUANT TO SENTENCING

6    GUIDELINE 2G2.1(B)(1).

7                    THERE'S ANOTHER TWO POINT ADDITION,

8    BECAUSE THE OFFENSE INVOLVED A SEXUAL ACT, AN ADULT

9    PENIS IS SEEN BEING INSERTED INTO MINOR NUMBER 2'S

10   MOUTH.  AND THE DEFENDANT IS COAXING THE BABY TO SUCK ON

11   THE PENIS, AND REASSURING THE BABY BY REPEATEDLY SAYING

12   TO HIM, THAT'S A GOOD BOY, WHILE THE PENIS IS IN THE

13   BABY'S MOUTH.  THAT TWO POINT INCREASE IS PURSUANT TO

14   2G2.1(B)(2).

15                   THERE'S AN ADDITIONAL FOUR POINT

16   INCREASE, BECAUSE THE OFFENSE INVOLVED MATERIAL THAT

17   PORTRAYS AN INFANT OR A TODDLER.  MINOR NUMBER 2 WAS SIX

18   MONTHS OLD AT THE TIME OF THE VIDEO, AND THAT INCREASES

19   PURSUANT TO 2G2.1(B)(4)(B).  AND BECAUSE THE DEFENDANT

20   IS MINOR NUMBER 2'S GRANDFATHER, SOON AFTER MINOR NUMBER

21   TWO'S BIRTH, THE DEFENDANT WOULD COME TO MINOR TWO'S

22   HOUSE TO BABYSIT AND WOULD OCCASIONALLY SPEND THE NIGHT.

23   THEREFORE, THE OFFENSE LEVEL INCREASES BY TWO LEVELS.

24   THAT TAKES US TO AN ADJUST ED OFFENSE LEVEL OF 44.

25                   UNITS ARE ASSIGNED PURSUANT TO 3D1.4(A),

1    (B) AND (C) WITH RESPECT TO MULTIPLE COUNT ADJUSTMENTS.

2    WITH GROUP 4, THERE IS A 1 UNIT ADJUSTMENT.  SINCE THE

3    NUMBER OF -- WELL, SORRY.  THERE'S A TOTAL NUMBER OF

4    UNITS OF 4.5.  AND I USE THAT TOTAL NUMBER OF 4.5 IN

5    CONNECTION WITH THE CALCULATION OF THE ADJUSTED OFFENSE

6    LEVEL FOR GROUP NUMBER FIVE.  AND SINCE THE NUMBER OF

7    UNITS IS BETWEEN THREE-AND-A-HALF AND FIVE, THE OFFENSE

8    LEVEL IS INCREASED BY FOUR LEVELS, PURSUANT TO

9    SENTENCING GUIDELINE 3D1.4.

10            THAT MEANS THE COMBINED ADJUSTED OFFENSE

11   LEVEL IS DETERMINED BY TAKING THE OFFENSE LEVEL

12   APPLICABLE TO THE GROUP WITH THE HIGHEST OFFENSE LEVEL,

13   THAT IS GROUP 5, AND INCREASING THE OFFENSE LEVEL BY THE

14   AMOUNT IN TABLE 3D1.4, WHICH TAKES US TO 48.

15            THERE IS ALSO A CHAPTER FOUR ENHANCEMENT.

16   THE DEFENDANT ENGAGED IN A PATTERN OF ACTIVITY INVOLVING

17   PROHIBITED SEXUAL CONDUCT.  HE WAS PERSONALLY INVOLVED

18   IN A SERIES OF FELONY VIOLATIONS OF CHAPTER 110 AND 117

19   OF THE UNITED STATES CODE.  THEREFORE, HE IS A REPEAT

20   AND DANGEROUS SEX OFFENDER AGAINST MINORS.

21            SINCE THE OFFENSES OF CONVICTIONS ARE

22   COVERED SEX CRIMES AND NEITHER 4B1.1, CAREER OFFENDER,

23   NOR SUBSECTION A OF 4B1.5 APPLIES, THE OFFENSE LEVEL

24   SHALL BE FIVE, PLUS THE OFFENSE LEVEL DETERMINED UNDER

25   CHAPTERS 2 AND 3.  IN THIS CASE, THE APPLICABLE OFFENSE

1    LEVEL IS 53.

2              BECAUSE THE DEFENDANT HAS CLEARLY

3    DEMONSTRATED ACCEPTANCE OF RESPONSIBILITY FOR THE

4    OFFENSE, THE OFFENSE LEVEL IS DECREASED BY TWO.  I ALSO

5    SEE IN THE PSR A FURTHER DECREASE OF ONE POINT BECAUSE

6    THE DEFENDANT HAS ASSISTED AUTHORITIES IN THE

7    INVESTIGATION OR PROSECUTION OF THE DEFENDANT'S OWN

8    MISCONDUCTS BY TIMELY NOTIFYING THE AUTHORITIES OF THE

9    INTENTION TO ENTER A PLEA OF GUILTY, THAT MINUS ONE

10   POINT CAN ONLY BE TAKEN OFF BY THE MOTION OF THE

11   GOVERNMENT.  I AM ASSUMING THAT THE GOVERNMENT DOES MAKE

12   THIS MOTION BECAUSE THEY HAVE NOT OBJECTED TO IT IN THE

13   REPORT?

14              MR. GIBSON:  THAT'S CORRECT, YOUR HONOR.

15              THE COURT:  SO THAT IS ANOTHER POINT

16   REDUCTION, WHICH TAKES US TO A TOTAL OFFENSE LEVEL OF

17   50.

18              TURNING NOW TO THE DEFENDANT'S CRIMINAL

19   HISTORY.  THERE ARE NO JUVENILE ADJUDICATIONS, NO ADULT

20   CRIMINAL CONVICTIONS.  THEREFORE, THE CRIMINAL

21   CONVICTIONS RESULT IN A SUBTOTAL CRIMINAL HISTORY SCORE

22   OF ZERO.  THE TOTAL CRIMINAL HISTORY SCORE BEING ZERO

23   EQUATES TO A CRIMINAL HISTORY CATEGORY OF ONE IN THE

24   GUIDELINES.

25              PURSUANT TO A TOTAL OFFENSE LEVEL OF 50

1      AND A CRIMINAL HISTORY CATEGORY OF ONE, THE UNITED

2      STATES SENTENCING GUIDELINES CHART PROVIDES A MAXIMUM

3      SENTENCE OF 2,400 MONTHS OR 200 YEARS.

4                     DO THE PARTIES AGREE THAT THAT IS, IN

5      FACT, THE CORRECT CALCULATION?

6                     MR. GIBSON:  YES, YOUR HONOR.

7                     MS. YOUNG:  YES, YOUR HONOR.

8                     THE COURT:  ANY DEPARTURES?

9                     MS. YOUNG:  NO, YOUR HONOR.

10                     MR. GIBSON:  NO, YOUR HONOR.

11                     THE COURT:  MR. ZWEITZIG, I HAVE TOLD YOU

12     THAT I WAS GOING TO TELL YOU ABOUT THE 3553(A) FACTORS

13     FIRST BEFORE I EVALUATE THOSE FACTORS.  SO NOW THAT IS

14     WHAT I WILL DO.  NO ONE FACTOR, INCLUDING THE SENTENCING

15     GUIDELINES RECOMMENDATION, IS DETERMINATIVE.  THE

16     MAXIMUM SENTENCE THAT CAN BE IMPOSED IS THAT PROVIDED

17     FOR BY CONGRESS IN THE UNITED STATES CODE.  THE SENTENCE

18     MUST REFLECT THE SERIOUSNESS OF THE OFFENSE, PROMOTE

19     RESPECT FOR THE LAW, AND PROVIDE JUST PUNISHMENT FOR THE

20     OFFENSE.  IT MUST AFFORD ADEQUATE DETERRENCE TO

21     CRIMINALS.  IT MUST PROTECT THE PUBLIC FROM FURTHER

22     CRIMES OF THE DEFENDANT, AND IT MUST PROVIDE THE

23     DEFENDANT WITH NEEDED EDUCATION, MEDICAL TRAINING,

24     MEDICAL CARE, TREATMENT, ET CETERA.

25                     IN ADDITION, IN IMPOSING THIS SENTENCE, I

1    MUST CONSIDER THE SENTENCING GUIDELINE RANGE AND ANY

2    PERTINENT POLICY STATEMENTS MADE BY THE SENTENCING

3    COMMISSION.  I MUST CONSIDER THE NATURE AND

4    CIRCUMSTANCES OF THE OFFENSE AND THE HISTORY AND

5    CHARACTERISTICS OF THE DEFENDANT.  I MUST CONSIDER THE

6    KINDS OF SENTENCES AVAILABLE, THE NEED TO AVOID

7    UNNECESSARY SENTENCING DISPARITIES, AND ALSO THE NEED TO

8    PROVIDE RESTITUTION TO VICTIMS.  I MUST TAKE INTO

9    ACCOUNT THE FACTORS IN 3553(A), AND IMPOSE A SENTENCE

10   THAT IS SUFFICIENT BUT NOT GREATER THAN NECESSARY TO

11   COMPLY WITH THE ELEMENTS IN SECTION 3553(A)(2).

12              WHAT I WOULD LIKE TO DO NOW IS TO

13   RECOGNIZE DEFENSE COUNSEL FOR REMARKS ON BEHALF OF

14   DEFENDANT.

15              MS. YOUNG:  THANK YOU, YOUR HONOR.

16              I THINK THAT THE BEST WAY TO START THIS

17   IS JUST BY RECOGNIZING THAT ESSENTIALLY YOUR HONOR IS IN

18   A POSITION, BECAUSE OF MR. ZWEITZIG'S AGE AND LIFE

19   EXPECTANCY, REALLY BETWEEN TWO THINGS.  IT'S EITHER A

20   SENTENCE THAT IN ALL LIKELIHOOD WOULD STILL RESULT IN

21   HIM DYING IN PRISON THAT YOUR HONOR IS REQUIRED TO

22   IMPOSE, WHICH IS THE 15 YEAR MANDATORY MINIMUM, OR

23   ANYTHING ELSE WHICH HAS THE -- THAT CERTAIN EFFECT.  AND

24   I AM ASKING YOUR HONOR TO IMPOSE AT OR NEAR THE

25   MANDATORY MINIMUM SENTENCE IN LIGHT OF MR. ZWEITZIG'S

1    AGE AND LIFE EXPECTANCY.

2                AND I KNOW THAT I DETAILED IN MY

3    SENTENCING MEMORANDUM A LOT ABOUT SORT OF AVERAGE LIFE

4    EXPECTANCY.  IN THIS CASE, MR. ZWEITZIG IS 72 YEARS OLD.

5    IF YOUR HONOR IMPOSES THE MANDATORY MINIMUM SENTENCE OR

6    CLOSE TO IT, HE WILL BE IN HIS MID-80S BEFORE HE IS ABLE

7    TO BE RELEASED, WHICH IS BEYOND THE AVERAGE AGE, WHICH I

8    BELIEVE IS ABOUT 76 YEARS OLD OF LIFE EXPECTANCY FOR A

9    MAN OF HIS DEMOGRAPHIC.  AND IT'S -- YOU KNOW, THAT IS

10   REALLY -- THAT IS THE DECISION THAT THE COURT HAS TO

11   MAKE.  I MEAN, WHEN WE REALLY BOIL IT DOWN, THAT'S THE

12   DECISION THAT YOUR HONOR IS MAKING.

13                SO I THINK WHEN YOUR HONOR GOES THROUGH

14   THE STATUTORY FACTORS, THE 3553 FACTORS, IT IS NECESSARY

15   THAT THE COURT LOOK AT EACH ONE OF THOSE FACTORS THROUGH

16   THAT LENS, THROUGH THE LENS OF HOW OLD HE IS AND HOW

17   LONG HE IS EXPECTED TO LIVE.  BECAUSE AS YOUR HONOR IS

18   CERTAINLY WELL AWARE, SENTENCING IS AN INDIVIDUALIZED

19   PROCESS.  AND I THINK IN MR. ZWEITZIG'S CASE, THE

20   LARGEST FACTOR WITH RESPECT TO MITIGATION IS HIS AGE AND

21   LIFE EXPECTANCY.

22                IN GOING THROUGH THOSE FACTORS, IT'S --

23   OBVIOUSLY THIS IS, YOU KNOW, AN INCREDIBLY SERIOUS CASE,

24   ONE OF THE MOST SERIOUS CERTAINLY THAT I HAVE EVER

25   HANDLED.  AND 15 YEARS BEING A SENTENCE THAT COULD, AND

1    IN ALL LIKELIHOOD WILL BE, AN EFFECTIVE LIFE SENTENCE

2    FOR HIM, AND THEREFORE, I THINK ENOUGH IN, YOU KNOW,

3    ACKNOWLEDGING HOW SERIOUS IT IS.

4              IF IN THE EVENT THAT HE IS ABLE TO GET

5    OUT AFTER 15 YEARS, LIKE I SAID, HE WOULD BE PROBABLY

6    ABOUT IN HIS MID-80S.  ALSO TO CONSIDER IS THE FACT THAT

7    THE STATE CHARGES ARE STILL OPEN, AND HE WILL STILL BE

8    PROSECUTED BY -- I THINK IT'S MONTGOMERY COUNTY IN

9    PENNSYLVANIA.  AND WHATEVER SENTENCE HE WOULD RECEIVE

10   THERE WOULD RUN CONSECUTIVE TO THIS FEDERAL ONE.  SO

11   EVEN IF YOUR HONOR IMPOSES THE REQUESTED SENTENCE, HE IS

12   LOOKING AT ADDITIONAL TIME.

13             THE AGE AT WHICH HE WOULD THEN GET OUT IS

14   AN AGE WHERE HE, I THINK WE CAN ALL AGREE, WOULD BE VERY

15   LIKELY TO BE PHYSICALLY INCAPACITATED.  BUT ALSO, IT

16   WOULD BE AFTER A SIGNIFICANT PERIOD OF TIME WHERE HE

17   WOULD HAVE, YOU KNOW, ACCESS TO SEX OFFENDER TREATMENT

18   THROUGH THE BOP, AND CERTAINLY A LENGTHY AMOUNT OF TIME

19   TO, YOU KNOW, REFLECT, AND CERTAINLY HOPEFULLY GET TO A

20   PLACE WHERE THIS WOULD NOT BE SOMETHING THAT COULD

21   HAPPEN AGAIN, LET ALONE THAT HE WOULD BE INCLINED TO DO

22   AGAIN.

23             BUT IN ADDITION TO THAT, YOUR HONOR, YOU

24   HAVE THE ABILITY AND SHOULD IMPOSE A SIGNIFICANT PERIOD

25   OF SUPERVISED RELEASE.  AND WE ARE ALSO IN A POSITION

```
 1    WHERE HE WOULD BE A LIFETIME SEX OFFENDER REGISTRANT,

 2    WHICH IS AN EXTREMELY, YOU KNOW, STRICT PROCESS.  AND SO

 3    EVEN -- YOU KNOW, IN THE EVENT THAT HE IS RELEASED, HE

 4    WOULD HAVE ALL OF THOSE CONDITIONS AND ALL OF THOSE

 5    REQUIREMENTS, AND YOUR HONOR WOULD HAVE ALL OF THOSE

 6    ABILITIES TO, YOU KNOW, BE ABLE TO KNOW EXACTLY WHAT HE

 7    IS DOING AT ALL TIMES, WHICH OBVIOUSLY INCLUDES NOT

 8    HAVING ACCESS TO MINORS OR THE INTERNET OR COMPUTERS.

 9                  AGAIN, LOOKING THROUGH THIS LENS OF HOW

10    OLD HE IS AND HIS LIKELY LIFE EXPECTANCY, IF WE ARE

11    TALKING ABOUT A SENTENCE THAT -- I THINK WE CAN ALL

12    AGREE EVEN WITH THE MANDATORY MINIMUM SENTENCE, IT IS

13    UNLIKELY THAT HE WILL MAKE IT TO HIS RELEASE.  IN LIGHT

14    OF EVERYTHING THAT I HAVE JUST SAID, THAT SENTENCE, THE

15    MANDATORY MINIMUM SENTENCE, WOULD REFLECT THE

16    SERIOUSNESS OF THE OFFENSE, PROMOTING RESPECT FOR THE

17    LAW AND PUNISH HIM, BECAUSE WE ARE AGAIN TALKING ABOUT A

18    SENTENCE THAT IS UNLIKELY WITH HIM TO BE ABLE TO GET OUT

19    OF PRISON.  SO, I MEAN, FROM MY PERSPECTIVE, IT JUST

20    DOES NOT -- ANY ADDITIONAL AMOUNT, THIS EXTREME AMOUNT

21    THAT THE GOVERNMENT IS ASKING FOR, JUST DOES NOT REALLY

22    MAKE SENSE.  IN A LOT OF WAYS TO ME IT'S JUST VERY

23    ARBITRARY.

24                  AND WITH RESPECT TO DETERRENCE, YOUR

25    HONOR, YOU KNOW, I HAVE COVERED WHAT WILL BE AVAILABLE
```

```
 1     FOR SPECIFIC DETERRENCE.  AND I KNOW THE GOVERNMENT, YOU
 2     KNOW, FOCUSES A LOT ON GENERAL DETERRENCE, AND THAT'S
 3     WHY I INCLUDED IT IN MY SENTENCING MEMORANDUM THAT THERE
 4     IS JUST REALLY NO EVIDENCE THAT REGARDLESS OF THE
 5     SENTENCE THAT YOUR HONOR IMPOSES IN THIS CASE, THAT THAT
 6     WOULD AFFECT SOME OTHER INDIVIDUAL'S LIKELIHOOD OF
 7     COMMITTING THE SAME OR SIMILAR OFFENSE.  I INCLUDED THE
 8     SENTENCING COMMISSION STUDY ON THAT IN MY SENTENCING
 9     MEMORANDUM.  YOU KNOW, IT'S EVIDENCE-BASED, AND I KNOW
10     THAT THAT COULD BE ONE OF THE LARGER THINGS THAT YOUR
11     HONOR LOOKS AT, BUT IT SHOULD NOT BE FOR THAT REASON
12     WHEN IT COMES TO THESE FACTORS.
13                 I ALSO INCLUDED, AND I AM NOT GOING TO GO
14     THROUGH THE SPECIFIC FACTS OF EACH ONE, BUT I INCLUDED
15     THE SENTENCING CHART, THE CHART THAT I INCLUDED AS
16     EXHIBIT A IN MY SENTENCING MEMORANDUM, MAINLY TO POINT
17     OUT THAT -- NOT ALL OF THOSE CASES, BY ANY MEANS, BUT A
18     NUMBER OF THOSE CASES HAVE SIMILAR FACTS, SIMILAR FACTS
19     IN THAT THEY INCLUDE PHYSICAL CONTACT WITH MINORS,
20     MULTIPLE MINORS AND/OR ON MULTIPLE OCCASIONS, WHERE THE
21     SENTENCES THAT WERE IMPOSED WERE NOTHING CLOSE TO
22     200 YEARS.  AND THAT'S ONE OF THE THINGS, OBVIOUSLY,
23     THAT YOUR HONOR IS SUPPOSED TO CONSIDER IN TERMS OF WHAT
24     HAVE SIMILARLY SITUATED DEFENDANTS BEEN SENTENCED TO,
25     AND THERE IS NOTHING LIKE THAT IN THERE.
```

```
 1                    I THINK THE MOST IMPORTANT THING, THOUGH,

 2      IN THIS CASE IS, YOU KNOW, WE ARE IN A SITUATION WHERE

 3      THE GUIDELINES CALL FOR LIFE.  YOUR HONOR CAN'T IMPOSE

 4      EXACTLY THAT, BUT YOU CAN EFFECTIVELY BECAUSE OF THE

 5      STATUTORY MAXIMUM.  AND THERE ARE TWO SORT OF THINGS TO

 6      CONSIDER, ONE I THINK IS MUCH MORE IMPORTANT THAN THE

 7      OTHER IN THIS PARTICULAR CASE.  WHEN YOU HAVE A PERSON

 8      WHO IS IN THIS SITUATION, WHO TAKES RESPONSIBILITY FROM

 9      THE VERY BEGINNING, AS EARLY, FRANKLY, AS HE POSSIBLY

10      COULD.  I WOULD SAY THAT THE ATTORNEY FROM MY OFFICE WHO

11      REPRESENTED HIM, I SPOKE TO HIM -- WHO REPRESENTED HIM

12      AT HIS INITIAL APPEARANCE.  MR. ZWEITZIG WAS READY TO

13      PLEAD GUILTY THEN.  OBVIOUSLY HE COULD NOT, AND

14      OBVIOUSLY WE NEEDED TO HAVE THE TIME TO REVIEW THIS CASE

15      AND ALL OF THAT, BUT HE HAS NEVER, EVER, EVER IN THIS

16      CASE ONCE CONSIDERED OR ENTERTAINED THE IDEA OF TAKING

17      THIS CASE TO TRIAL.

18                    THE TWO THINGS THAT I AM TALKING ABOUT

19      THAT I THINK ARE IMPORTANT IN LOOKING AT THAT ARE HE HAS

20      SAVED A LOT OF RESOURCES FROM THE COURT, THE GOVERNMENT,

21      ESPECIALLY, YOU KNOW, DURING A PANDEMIC WHERE IT HAS

22      BECOME VERY HARD TO GET JURORS TO COME IN.

23                    SO THAT'S ONE THING TO CONSIDER, BUT MORE

24      IMPORTANTLY, YOU KNOW, IF WE ARE -- YOU HAVE TO BE --

25      YOU HAVE TO GIVE SOME CREDIT, THERE HAS TO BE CREDIT
```

1    GIVEN TO A PERSON WHO IS SITTING IN HIS POSITION,

2    DESPITE THE EXTREMELY SERIOUS NATURE OF THE CHARGES,

3    DESPITE THE OVERWHELMING EVIDENCE, THERE HAS TO BE SOME

4    CREDIT GIVEN FOR TAKING RESPONSIBILITY, BOTH ACTUALLY

5    AND ALSO BY WAY OF A GUILTY PLEA.  AND I SAY

6    SPECIFICALLY TO THIS CASE BECAUSE WHAT HE HAS SAVED --

7    AND I'M NOT STANDING HERE, YOU KNOW, TRYING TO SAY THAT

8    HE SHOULD GET SOME KIND OF MEDAL OR ANYTHING LIKE THAT.

9    I AM SAYING HE SHOULD GET SOME KIND OF CREDIT FOR THIS.

10   BECAUSE WHAT HE HAS PREVENTED IN DOING THIS IS

11   RE-TRAUMATIZING THE VICTIMS IN THIS CASE, HAVING TO GET

12   UP IN FRONT OF 14 PEOPLE OR MORE, THIS ENTIRE COURT,

13   AND, YOU KNOW, TALK ABOUT EVERYTHING THAT HAPPENED TO

14   THEM.  AND I KNOW THAT ONE OF THE -- ONE OF THE THINGS

15   THAT THE GOVERNMENT SORT OF FOCUSES ON IN ITS MEMORANDUM

16   IS THERE IS ALL THIS, YOU KNOW, EVIDENCE THAT HE HAS NO

17   EMPATHY, THAT HE DOES NOT CARE, THAT HE HAS SORT OF

18   RATIONALIZED TO HIMSELF WHAT HE DID.

19              IT IS VERY CLEAR FROM EVERYTHING WE KNOW

20   ABOUT THIS CASE, FROM STATEMENTS THAT HE MADE THROUGHOUT

21   THE COURSE OF IT, THAT FOR MANY, MANY, MANY YEARS, I

22   THINK HE RATIONALIZED IT.  I NOTED IN MY SENTENCING

23   MEMORANDUM -- AND AGAIN, TO BE CLEAR, I AM NOT MAKING

24   EXCUSES FOR HIM, BUT I THINK A LOT OF HOW THAT

25   RATIONALIZATION WAS ABLE TO HAPPEN STEMS FROM HIS

1    UPBRINGING, STEMS FROM COMING UP IN A HOUSEHOLD AND THEN

2    ULTIMATELY BECOMING A PASTOR.  AND BEING A PASTOR TO A

3    VERY CONSERVATIVE CHURCH THAT DOES NOT REALLY -- WHEN

4    CONFRONTED WITH, FOR LACK OF A BETTER WORD, DEMONS, FOR

5    EXAMPLE, CHILD PORNOGRAPHY ADDICTION, FEELINGS TOWARD

6    CHILDREN, THAT, YOU KNOW, IT WASN'T AN ENVIRONMENT WHERE

7    HE COULD -- OR WHERE I THINK HE FELT LIKE IT WAS SO EASY

8    TO DO ANYTHING ABOUT IT.  AGAIN, NOT MAKING EXCUSES.  HE

9    COULD HAVE, BUT MY POINT SIMPLY IS THAT I THINK THERE

10   ARE ENVIRONMENTAL FACTORS AT PLAY THAT GOT US HERE, AND

11   I THINK THAT'S IMPORTANT TO ACKNOWLEDGE.  BUT I THINK

12   THE MOST IMPORTANT THING TO SAY ABOUT THAT IS DESPITE

13   THE FACT THAT FOR YEARS HE RATIONALIZED IT AND DIDN'T

14   THINK IT WAS AS BAD AS IT ABSOLUTELY IS, HE CAME TO, ON

15   HIS OWN, VERY MUCH, A CLEAR REALIZATION WHAT IT WOULD DO

16   TO THE VICTIMS IF HE WERE TO CHALLENGE ANY ASPECT OF HIS

17   CASE AND GO TO TRIAL.

18              AND I KNOW THAT A LOT OF THE TIMES WHAT

19   THE GOVERNMENT WILL SAY IS THE EVIDENCE WAS

20   OVERWHELMING, WHAT ELSE WAS HE GOING TO DO.  I KNOW THAT

21   I AM NOT THE ONLY ONE WHO HAS HAD TRIALS WHERE IT -- THE

22   EVIDENCE WAS OVERWHELMING, AND DESPITE THAT, DEFENDANTS

23   GO TO TRIAL.  IT HAPPENS.  THAT DOES NOT MATTER.  THE

24   POINT IS THAT FOR SOMEONE WHO HAD THAT PROBLEMATIC -- OR

25   SOME BETTER WORD -- WAY OF THINKING FOR SO MANY YEARS TO

1    THEN SWITCH GEARS AND AT LEAST BE ABLE TO SAY, THIS WILL

2    BE EXTREMELY HARMFUL TO THE VICTIMS INVOLVED IN THIS

3    CASE.  AND OPTING -- KNOWING THAT IT'S NOT GOING TO

4    CHANGE THE GUIDELINES WHETHER HE PLED OR WENT TO TRIAL,

5    THE GUIDELINES REMAIN THE SAME FOR HIM.  HE HAS TO BE

6    GIVEN SOME KIND OF CREDIT FOR THAT.

7                    AND SO IN LIGHT OF ALL OF THAT, YOUR

8    HONOR, YOU KNOW, IT JUST -- TO ME, THE MANDATORY MINIMUM

9    IN THIS CASE IS WHAT MAKES THE MOST SENSE, BECAUSE I

10   THINK IT IS GOING TO HAVE THE SAME EFFECT ANYWAY.

11                   THE COURT:  OKAY.  I WILL HEAR FROM THE

12   DEFENDANT, IF YOU WISH TO SPEAK TO ME ON YOUR OWN

13   BEHALF.

14                   MR. GIBSON:  MAY I INQUIRE?  DID YOU WANT

15   TO HEAR FROM THE VICTIMS FIRST, OR DID YOU WANT TO HEAR

16   FROM MR. ZWEITZIG?

17                   THE COURT:  WELL, I WILL HEAR FROM HIM

18   AND THEN I WILL GO TO YOU AND THEN YOU CAN --

19                   MR. GIBSON:  OKAY, UNDERSTOOD.

20                   THE COURT:  YOU CAN PUT YOUR PEOPLE ON.

21                   MR. GIBSON:  I APOLOGIZE, THANK YOU.

22                   THE DEFENDANT:  I WROTE THIS OUT, YOUR

23   HONOR, SO THAT I WOULD NOT MISSPEAK MYSELF.

24                   YOUR HONOR, WHEN I SPEAK FROM THE HEART,

25   IT COMES OUT IN RELIGIOUS LANGUAGE.  I HAVE SINNED

1     AGAINST GOD.  I HAVE SINNED AGAINST GRACE AND DONE SUCH

2     DAMAGE TO HER LIFE, AND I HAVE SINNED AGAINST MY WIFE.

3     I HAVE SINNED AGAINST MY FAMILY.  I HAVE SINNED AGAINST

4     MY FORMER PARISHIONERS WHO LOOKED TO ME AS A TEACHER OF

5     EXAMPLE.  I SINNED AGAINST THE PEOPLE OF THE UNITED

6     STATES IN BREAKING A FEDERAL LAW.  I HAVE SINNED AGAINST

7     THE CHURCH UNIVERSAL, PROVIDING SOME AT LEAST WITH A

8     LEGITIMATE OPPORTUNITY TO SAY, THERE'S ANOTHER ONE OF

9     THOSE CHRISTIAN HYPOCRITES:  DO AS I SAY, NOT AS I DO.

10                    THE ENORMITY OF THE CONSEQUENCES OF MY

11    BEHAVIOR IS SIMPLY STAGGERING, AND I HAVE HURT SO MANY

12    PEOPLE.  I HAVE TOTALLY HUMILIATED MYSELF AND UTTERLY

13    RUINED MY REPUTATION, AND I AM SO DEEPLY ASHAMED OF WHAT

14    I HAVE DONE.  HOW CAN I EXPRESS MY REGRET?  THE ENGLISH

15    LANGUAGE HAS A PAUCITY OF VOCABULARY FOR SUCH AN ISSUE.

16    I AM SORRY, I AM REALLY SORRY.  I AM SO VERY SORRY.  I

17    HAVE GREAT REGRET.  IT ALL SEEMS ALL CHEAP TO EXPRESS

18    THE SIGNIFICANCE OF THE MATTER.  IF I COULD GO BACK AND

19    CHANGE ANY OF MY BEHAVIOR, I SURELY WOULD, BUT I CAN'T.

20                    I HEAR THOSE AROUND ME IN JAIL PLANNING

21    HOW THEY WOULD BE SMARTER NEXT TIME, MORE DEVIOUS AND

22    NOT GET CAUGHT AGAIN.  I HAVE NO DESIRE TO RETURN TO

23    WHAT I DID BEFORE.  I DO NOT BELIEVE THAT LOVE AND

24    HATRED ARE OPPOSITES.  THEY ARE BOTH POWERFUL EMOTIONS.

25    THE OPPOSITE OF LOVE I WOULD SAY IS INDIFFERENCE.  THE

1    OPPOSITE OF HATRED IS FORGIVENESS.  IT IS MY SINCERE

2    DESIRE THAT ALL THOSE THAT I HAVE SO GRIEVOUSLY HURT

3    WILL EITHER REACH A STATE OF FORGIVENESS OR

4    INDIFFERENCE.  OTHERWISE, THERE WILL BE AN EMOTIONAL

5    TETHER TO MY PAST SINFUL DEEDS, AND IT WILL BE LIKE

6    DRAGGING BEHIND THEM A BALL AND CHAIN THAT WILL FOLLOW

7    THEM THROUGH THE REST OF THEIR LIVES.

8                    THE CORRECTIVE PURPOSE OF MY

9    INCARCERATION HAS BEGUN, BUT I HAVE A LONG WAY TO GO.  I

10   KNOW I NEED REAL SEX OFFENDER TREATMENT.  I NEVER WANT

11   TO RETURN TO MY FORMER BEHAVIOR.

12                    I CAN'T SAY MUCH ABOUT THE PUNITIVE

13   ASPECT, ALL I CAN DO IS BEG THE COURT FOR MERCY.  THE

14   QUALITY OF MERCY IS NOT DETERMINED BY THE ONE WHO

15   RECEIVES IT, IT IS DETERMINED BY THE ONE WHO GRANTS IT,

16   WHETHER IT BE MEAN OR GENEROUS.  I ACCEPT FULL

17   RESPONSIBILITY FOR MY ACTIONS AND HAVE ENTERED A GUILTY

18   PLEA SO THAT THE TIME OF JURORS AND THE RESOURCES OF THE

19   COURT NOT BE WASTED IN FRIVOLOUS MANEUVERING.  I AM

20   72 YEARS OLD, AND ALL I CAN DO IS BEG THAT IN THE NOT

21   TOO DISTANT FUTURE I WILL BE FREE TO DEMONSTRATE THE

22   REALITY OF MY REPENTANCE, AND TO BE ABLE TO BE

23   PROFITABLE TO MY FAMILY AND OTHERS.  I FEEL I HAVE MUCH

24   YET TO CONTRIBUTE, BUT I FEAR I WILL HAVE LITTLE TIME

25   LEFT TO MAKE A SIGNIFICANT DIFFERENCE.  ALL I CAN DO AT

1       THIS POINT IS TO BEG THE COURT FOR A GENEROUS MERCY, AND

2       PLEDGE MYSELF TO LIVE IN A BETTER MANNER THAN IN THE

3       PAST.  THANK YOU, YOUR HONOR.

4                   THE COURT:  THANK YOU.

5                   GOVERNMENT.

6                   MR. GIBSON:  DO YOU PREFER TO HEAR FROM

7       ME FIRST OR THE VICTIMS, YOUR HONOR?

8                   THE COURT:  WELL, I CAN EITHER HEAR FROM

9       YOU OR I CAN HEAR FROM THE VICTIMS.  GIVEN COVID, I

10      THINK IT'S PROBABLY -- WELL, IF THEY STAND IN THE PEWS,

11      CAN YOU HEAR THEM?

12                  THE STENOGRAPHER:  YES.

13                  THE COURT:  SO RATHER THAN COME UP TO THE

14      MICROPHONE, THOSE FOLKS WHO ARE GOING TO SPEAK HERE

15      TODAY SHOULD JUST RISE.

16                  MR. GIBSON:  THERE'S A MICROPHONE RIGHT

17      HERE, JUDGE.

18                  THE COURT:  OKAY, THAT'S FINE, THEN.

19      THEY CAN GET TO THAT.

20                  MR. GIBSON:  AND YOUR HONOR, I UNDERSTAND

21      THERE WAS TECHNICAL DIFFICULTIES CONCERNING MS. MORAN IN

22      CHICAGO.  WE HAD DISCUSSED THE WORKAROUND WITH YOUR

23      STAFF WHEN YOU ARE READY TO --

24                  THE COURT:  THE PRESENTATION IS YOURS,

25      YOU DO IT IN THE MANNER THAT YOU WISH TO DO IT.

```
 1                    MR. GIBSON:  THEN IF WE COULD START WITH
 2    THE FOLKS WHO ARE HERE AND THEN CALL MS. MORAN.
 3                    THE COURT:  OKAY.
 4                    MS. SNOOK:  FIRST, YOUR HONOR, I WANT TO
 5    THANK YOU FOR THE OPPORTUNITY TO SPEAK.  PLEASE
 6    UNDERSTAND THAT MY TEARS ARE PURELY OUT OF ANGER, GRIEF
 7    AND SADNESS.
 8                    THE COURT:  I'M SORRY, I KNOW -- I THINK
 9    IT'S OKAY IF YOU TAKE OFF YOUR MASK BECAUSE YOU -- THERE
10    IS SIX FEET AROUND YOU.  I CAN JUST NOT HEAR YOU, AND I
11    WANT TO HEAR YOUR WORDS.
12                    MS. SNOOK:  OKAY.  FIRST, YOUR HONOR, I
13    WOULD LIKE TO THANK YOU FOR THIS OPPORTUNITY TO SPEAK.
14    PLEASE UNDERSTAND MY TEARS ARE PURELY OUT OF ANGER,
15    GRIEF, SADNESS FOR MY FAMILY.  MY NAME IS CHERYL
16    ZWEITZIG SNOOK, AND I AM THE DAUGHTER OF THE DEFENDANT.
17                    I WANT TO TELL YOU THAT THIS HAS
18    DEFINITELY BEEN GOING ON LONGER THAN THE 16 YEARS OF THE
19    DEFENDANT.  NUMBER ONE -- AND I KNOW THIS BECAUSE
20    37 YEARS AGO, THE ONE NIGHT I HAD SOME INSOMNIA AND I
21    WALKED INTO A ROOM WHEN HE WAS WATCHING A SOFT PORN
22    MOVIE WITH WOMEN IN VARIED STATES OF UNDRESS.  AND IT
23    WAS TOTALLY INAPPROPRIATE FOR A YOUNG TEEN TO BE
24    VIEWING.  BUT DID HE TURN IT OFF, NO.  INSTEAD, HE
25    INVITED ME TO SIT ON THE COUCH WITH HIM, AND WE SAT IN
```

1    SILENCE AND WATCHED IT.  I WAS FROZEN IN SHOCK.  I HAD

2    NO IDEA HOW TO REACT, HOW HE WOULD REACT IF I MOVED.  I

3    REMEMBER BEING SO SCARED AND SHOCKED.

4                    34 YEARS AGO, HE TOLD ME THAT MY MOTHER

5    SUGGESTED HE GIVE ME A MASSAGE.  HE TOOK ME INTO MY

6    PARENTS' BEDROOM, HAD ME UNDRESS TO MY PANTIES AND

7    PROCEEDED TO GIVE ME A FULL BODY MASSAGE.  THERE WAS NO

8    SHEET COVERING, LIKE WHAT YOU DO WHEN YOU GET A MASSAGE

9    AT A PARLOR NOW.

10                   WHILE I WAS LAYING ON MY STOMACH, THE

11   MASSAGE WAS WEIRD, BUT WHEN HE TOLD ME TO ROLL OVER ON

12   MY BACK, I DID.  BUT AGAIN, I WAS FROZEN AND SCARED,

13   SCREAMING IN MY HEAD BUT UNABLE TO MOVE, AND I JUST SHUT

14   MY EYES.  THIS HAS BEEN GOING ON FOR A VERY LONG TIME,

15   JUDGE, MUCH LONGER THAN WHAT YOU HAVE THE EVIDENCE

16   ABOUT.

17                   I KNOW HE IS 72, BUT I THINK THAT FOR MY

18   FAMILY AND SOCIETY'S BEST INTEREST, HE IS NOT ABLE TO BE

19   RELEASED.  HE DID NOT ORIGINALLY COME BACK WITH THE

20   GUILT.  WHEN VICTIM NUMBER ONE ORIGINALLY MADE THE

21   ACCUSATION, HE DENIED IT.  IT WASN'T UNTIL THERE WAS

22   ACTUAL PROOF THAT HE COULD NOT DENY DID HE START

23   ADMITTING ANYTHING.

24                   HE IS MANIPULATIVE.  HE HAS GASLIGHT ED

25   HIS FAMILY OUR WHOLE LIVES.  IN HIS LETTER, HE DIDN'T

1    EVEN APOLOGIZE TO ME, EVEN THOUGH I AM A VICTIM.  AND I

2    DON'T BELIEVE THAT IT'S GOING TO CHANGE BECAUSE NOW HE

3    HAS ACCESS TO IT IN MUCH EASIER WAYS THAN HE DID

4    37 YEARS AGO.  AND I DON'T FEEL THAT THE MINIMUM IS

5    ENOUGH, BECAUSE I JUST DON'T FEEL THAT HE WILL BE THE

6    BEST FOR THE SOCIETY, AND THAT SOCIETY WILL BE SAFE.

7    BECAUSE THIS HAS BEEN GOING ON A VERY, VERY LONG TIME.

8               THE COURT:  THANK YOU.

9               MS. SNOOK:  THANK YOU.

10            MR. GIBSON:  YOUR HONOR, LAUREN ZWEITZIG

11   WOULD LIKE TO SPEAK NEXT.

12            THE COURT:  AS YOU LEAVE THE STAND, YOU

13   SHOULD PUT YOUR MASK BACK ON.

14            GO AHEAD.

15            MS. LAUREN ZWEITZIG:  NUMBER ONE POP-POP,

16   THAT'S WHAT WAS WRITTEN ON THE HAT JERRY WORE FROM THE

17   TIME GRACE WAS BORN.  HE WAS BLESSED WITH THE

18   OPPORTUNITY TO BE JUST THAT, BUT INSTEAD HE CHOSE TO

19   BECOME A PREDATOR.  HE BEGAN PREYING ON MY CHILDREN FROM

20   THE TIME THEY WERE INFANTS, AND THE ONLY REASON HE

21   STOPPED WAS BECAUSE GRACE HAD THE COURAGE TO SPEAK UP

22   AND SAY NO MORE.  SHE CALLED TO SHARE THE HORRIFYING AND

23   DEVASTATING TRUTH WITH ME WHILE LOCKED IN THE BATHROOM

24   IN HIS HOUSE, A BRAVE MOVE THAT SET IN MOTION THE STRING

25   OF EVENTS WHICH HAS LED US ALL HERE TODAY.

1                          JERRY NEVER EXPECTED TO BE HELD

2      ACCOUNTABLE FOR HIS CRIMES AGAINST MY CHILDREN.   IN

3      FACT, HE SPENT THE YEARS AFTER GRACE FIRST ACCUSED HIM

4      CONVINCING OTHER FAMILY MEMBERS THAT HIS OWN SON, MY

5      HUSBAND, WAS THE ONE FEEDING GRACE THESE SO-CALLED LIES

6      ABOUT HIM.   HE WAS WILLING TO SACRIFICE EVERYTHING AND

7      EVERYONE TO SAVE HIMSELF.   AND FOR A WHILE, IT LOOKED

8      LIKE HE SUCCEEDED.   YEAR AFTER YEAR HE REMAINED FREE,

9      CELEBRATING HOLIDAYS AND BIRTHDAYS WITH THE FAMILY,

10     TAKING TRIPS TO THE SHORE WITH THE FAMILY, PREACHING TO

11     A CONGREGATION, BABYSITTING HIS OTHER GRANDCHILDREN, ALL

12     WHILE OUR FAMILY CRUMBLED.   UNLESS A PERSON HAS WALKED

13     THE JOURNEY WE HAVE WALKED, THEY CAN NOT FULLY

14     APPRECIATE THE IMMENSE PAIN AND SUFFERING CAUSED BY A

15     BETRAYAL OF THIS MAGNITUDE.   IT BLEW OUR WORLD APART.

16                          ON TOP OF THAT, WE FELT ABANDONED BY SOME

17     OF THE PEOPLE WHO WERE CLOSEST TO US.   IT BRINGS TEARS

18     TO MY EYES, PUTS A KNOT IN MY STOMACH, AND HURTS MY

19     HEART DEEPLY EVERY TIME I LOOK BACK ON THE DEVASTATION

20     HIS ACTIONS CAUSED MY PRECIOUS FAMILY.

21                          BUT FOR MY FAMILY, TODAY IS ABOUT LOOKING

22     FORWARD, NOT LOOKING BACK.   LOOKING FORWARD TO JERRY

23     FINALLY BEING HELD ACCOUNTABLE FOR SOMETHING IN HIS

24     LIFE; LOOKING FORWARD TO HIM GETTING THE MAXIMUM

25     SENTENCE FOR HIS CRIMES AGAINST MY CHILDREN; LOOKING

1    FORWARD TO THIS LONG JOURNEY FOR JUSTICE FINALLY COMING

2    TO AN END; AND LOOKING FORWARD TO MOVING ON WITH MY

3    HUSBAND AND CHILDREN AND ENJOYING THE LIFE WE ARE

4    BUILDING IN COLORADO, FAR FROM HERE AND FREE OF HIM AND

5    HIS MANIPULATIONS.

6              HIS CRIMES LEFT US DAMAGED, BUT WE HAVE

7    NOT BEEN DESTROYED.  WE HAVE HOPE FOR OUR FUTURE AS WE

8    HEAL IN SPITE OF HOW HE HAS HURT US.  HE DESTROYED HIS

9    FUTURE AND HIS FAMILY WITH HIS CHOICES.  NOW HE HAS TO

10   SUFFER THE CONSEQUENCES, SPENDING THE REST OF HIS DAYS

11   CONFINED AND UNDER SOMEONE ELSE'S CONTROL, WITH NO

12   OPPORTUNITY TO HURT ANOTHER CHILD THE WAY HE HURT MY

13   CHILDREN.

14              THANK YOU, YOUR HONOR.

15              THE COURT:  THANK YOU.

16              MR. GIBSON:  YOUR HONOR, GRACE WOULD LIKE

17   TO ADDRESS THE COURT NEXT.

18              MS. GRACE ZWEITZIG:  HI, I AM GRACE

19   ZWEITZIG, I AM THE GRANDDAUGHTER.  I HAVE BEEN WAITING

20   FOR THIS DAY SINCE APRIL 2018 WHEN THE RAID HAPPENED.

21   NOW THAT WE ARE FINALLY HERE, IT IS HARD TO KNOW EXACTLY

22   HOW TO FEEL.  I HAVE ENDURED YEARS OF PAIN, LOSS AND

23   BETRAYAL BECAUSE OF WHAT THIS MAN DID TO ME.  I LOST A

24   SET OF MY GRANDPARENTS BECAUSE OF WHAT HE DID.  I LOST

25   MY INNOCENCE.  I LOST MY SHOT AT A NORMAL CHILDHOOD.

1          ALTHOUGH THE SITUATION WAS FULL OF LOSS,

2    I FOUND A LOT TO GAIN.  FROM LEARNING WHAT IT MEANS TO

3    BE COURAGEOUS, TO LEARNING WHAT IT MEANS TO BE STRONG

4    AND LEARNING HOW TO STAND UP FOR MYSELF, THIS SITUATION

5    CREATED THE PERSON I AM TODAY.  FOR A LONG TIME I LIVED

6    IN FEAR AND HELD LARGE AMOUNTS OF ANGER AND HATRED

7    BECAUSE OF WHAT HAPPENED.  THE ABUSE CAUSED ME TO

8    BELIEVE THAT I WAS NOTHING BUT AN OBJECT TO TAKE

9    ADVANTAGE OF.  THE ABUSE CAUSED ME TO FEEL UNWORTHY OF

10   LOVE, AND LIKE I WAS WORTH NOTHING.

11          HE JUSTIFIED THIS AS A WAY OF SHOWING

12   LOVE.  THIS IS NOT LOVE.  THIS LED ME TO BELIEVING LOVE

13   WAS VERY DIFFERENT THAN IT ACTUALLY IS.  WHEN YOU ARE

14   LITTLE, YOU ARE TAUGHT THAT THOSE IN YOUR FAMILY ARE THE

15   ONES YOU CAN TRUST AND LOVE YOU THE MOST.  I WAS YOUNG

16   AND VERY IMPRESSIONABLE.  IN FACT, AT THE TIME THIS

17   BEGAN, MY LITTLE BRAIN DIDN'T EVEN KNOW WHAT SEX WAS.

18   IT SHOULD HAVE STAYED PURE AND INNOCENT LIKE THAT FOR A

19   VERY LONG TIME, BUT THIS MAN RUINED ANY CHANCE OF THAT.

20   HE TOOK AWAY MY INNOCENCE.  I WILL NEVER BE ABLE TO GET

21   THE NORMAL CHILDHOOD EVERY KID DESERVES.  I SPENT MOST

22   OF MY CHILDHOOD YEARS DEPRESSED AND LIVING IN SHADOWS

23   AND SECRETS BEFORE I EVEN UNDERSTOOD WHAT IT WAS.  WHAT

24   HAPPENED WILL NEVER BE FAIR, THERE WILL NEVER BE AN

25   EXCUSE.  THERE IS NO WAY TO GO BACK IN TIME AND CHANGE

1    WHAT HAPPENED.  WE CAN ONLY MOVE FORWARD IN AN ATTEMPT

2    TO MAKE LIFE HAPPIER AND HEALTHIER FROM HERE.

3                  THANKFULLY I TOOK MY STEPS TO DEAL WITH

4    THIS TRAUMA AND HAVE BEEN ABLE TO LET GO OF MY ANGER AND

5    RESENTMENT.  I REFUSE TO ALLOW HIM TO HAVE ANY MORE

6    CONTROL OVER ME.  THIS MAN IS THE MOST MANIPULATIVE,

7    CONNIVING AND DISGUSTING PERSON I HAVE EVER COME IN

8    CONTACT WITH.  I WILL NO LONGER LET HIM CONTROL ME OR MY

9    LIFE, AND I BELIEVE THAT SITTING HERE BEING ANGRY AND

10   HARBORING FEELINGS ABOUT THIS IS ALLOWING ME -- IS

11   ALLOWING HIM TO CONTROL ME STILL.  HE DOES NOT DESERVE

12   THE SATISFACTION OF KNOWING THAT HE COULD CONTROL ME

13   WHILE LOCKED UP BY ROTTING MY BRAIN.  I THINK IT IS

14   EMBARRASSING TO BE HIM.  I THINK IT'S EMBARRASSING TO BE

15   RELATED TO SUCH A NARCISSISTIC FREAK.

16                  I ALSO FIND IT DESPICABLE THAT HE SEEMS

17   TO HAVE NO REMORSE FOR WHAT HE DID, AND PROBABLY NEVER

18   WILL.  I PERSONALLY WILL NEVER UNDERSTAND WHAT IT'S LIKE

19   TO BE SUCH A DISGUSTING PERSON, OBSESSED WITH MYSELF AND

20   WHAT I WANT TO CHOOSE -- AND WHAT I WANT, THAT I CHOOSE

21   TO ABUSE AND DESTROY EVERYONE AROUND ME.

22                  I DON'T NEED AN APOLOGY FROM HIM TO FEEL

23   VALIDATED, BUT I DO HOPE THAT ONE DAY HE COMES TO TERMS

24   WITH THE FACT THAT HE WAS IN THE WRONG, AND THERE IS NOT

25   A SINGLE THING THAT CAN EXCUSE WHAT HE DID.  I HOPE HE

1    LOOKS AROUND TODAY AND SEES A FAMILY DESTROYED, THE

2    PEOPLE PERMANENTLY TRAUMATIZED, AND THE OVERALL CHAOS HE

3    CAUSED, AND I PRAY TO GOD THAT IS NOT SATISFYING TO HIM

4    THE SLIGHTEST.

5              IT IS EMBARRASSING TO KNOW THAT WE ALL

6    ALLOW HIM TO HAVE THIS MUCH POWER OVER US AND THAT WE

7    PROTECTED HIS EMOTIONS WHEN WE WERE THE ONES IN NEED OF

8    PROTECTION.

9              BECAUSE OF HIM, I LOST MY FAMILY, AND I

10   FELT LIKE I HAD BEEN STABBED IN THE BACK BY EVERY SINGLE

11   ONE OF THEM BECAUSE HE MANIPULATED THEM INTO KEEPING A

12   TOXIC, ABUSIVE PEDOPHILE IN THEIR LIVES.  WHEN I WAS

13   YOUNGER, I FELT LIKE I NEEDED VALIDATION FROM ALL OF

14   THESE PEOPLE, BUT I DO NOT.  I ALWAYS KNEW WHAT HAPPENED

15   AND KNEW I WAS TELLING THE TRUTH.  THANKFULLY, WE HAVE

16   JUST GOTTEN TO THE POINT WHERE EVERYONE ELSE DOES, TOO.

17   THE LITTLE GIRL WHO WANTED SO BADLY TO BE BELIEVED,

18   LOVED AND PROTECTED WILL GET HER JUSTICE TODAY.  AFTER

19   THIS, I CAN FINALLY BE AT PEACE WITH THE ENTIRE THING

20   AND LEAVE IT IN THE PAST WHERE IT BELONGS.

21              TO FINISH, I WOULD LIKE TO REMIND

22   EVERYONE THAT JERRY MADE SURE WE ALL KNEW THAT HE READ

23   THE BIBLE COVER TO COVER MULTIPLE TIMES THROUGHOUT HIS

24   LIFE, BECAUSE HE WAS SUCH A MAN OF GOD.  ALTHOUGH HE

25   READ IT SO MANY TIMES, IT SEEMS HE UNFORTUNATELY MISSED

1     THIS VERSE, MATTHEW 18:6, BUT WHOSO SHALL OFFEND ONE OF

2     THESE LITTLE ONES WHICH BELIEVE IN ME, IT WERE BETTER

3     FOR HIM THAT A MILLSTONE WERE HANGED ABOUT HIS NECK, AND

4     THAT HE WERE DROWNED IN THE DEPTHS OF THE SEA.

5               THANK YOU.

6               THE COURT:  THANK YOU.  JUST WAIT A

7     SECOND.

8               MS. GRACE ZWEITZIG:  I'M SORRY.

9               THE COURT:  I FIND WHAT YOU SAID VERY

10    MOVING.  I HAVE NEVER TEARED UP IN A SENTENCING BEFORE,

11    BUT YOU ARE EXTRAORDINARY, BRAVE AND STRONG.  AND I WISH

12    YOU ALL THE BEST.

13              MS. GRACE ZWEITZIG:  THANK YOU.

14              MR. GIBSON:  MAY I APPROACH AND TRY TO

15    GET MS. MORAN ON THE PHONE?

16              THE COURT:  YOU MAY.

17              MR. GIBSON:  THANK YOU.

18              (DISCUSSION OFF THE RECORD.)

19              THE COURT:  WHO IS THIS?

20              MR. GIBSON:  THIS IS MS. MORAN, WHO

21    REPRESENTS ONE OF THE VICTIMS.

22              THE COURT:  MS. MORAN, GO AHEAD.

23              MS. MORAN:  GOOD AFTERNOON, YOUR HONOR.

24    CAN YOU HEAR ME OKAY?

25              THE COURT:  YES, I CAN.

1            MS. MORAN:   MY NAME IS CHRISTA MORAN, AND

2    I AM HERE ON BEHALF OF THE VICTIM DEPICTED IN THE

3    MOUNTAIN LION SERIES PHOTOS.   THANK YOU FOR THE

4    OPPORTUNITY TO ADDRESS THE COURT.

5            I WANTED TO SPEAK TODAY TO HOW THE

6    POSSESSION OF OUR CLIENT'S IMAGES BY THE DEFENDANT AND

7    OTHERS LIKE HIM HAVE IMPACTED HER AND CAUSED HER TO SEEK

8    RESTITUTION.

9            WHEN OUR CLIENT WAS JUST 17 YEARS OLD,

10   SHE FOUND OUT THAT SEXUALLY EXPLICIT IMAGES OF HER WERE

11   BEING TRAFFICKED.   THE POLICE CALLED HER DOWN TO THE

12   POLICE STATION, SHOWED HER THE PHOTOS, AND TOLD HER THAT

13   THEY HAD JUST ARRESTED AN INDIVIDUAL IN POSSESSION OF

14   THEM.   THEY ASKED HER TO FLIP THROUGH THE PHOTOS TO

15   CONFIRM HER IDENTITY WHILE SHE STOOD IN FRONT OF HER

16   PARENTS.   SHORTLY THEREAFTER, THE NEWS OF OUR CLIENT'S

17   NUDE PHOTOGRAPHS SPREAD THROUGHOUT HER COMMUNITY AND

18   HIGH SCHOOL, AND OUR CLIENT WAS SO TRAUMATIZED THAT SHE

19   WAS SENT TO THE HOSPITAL AND PUT ON SUICIDE WATCH.

20           EVER SINCE THEN, SHE HAS BEEN DEVASTATED

21   BY THE KNOWLEDGE THAT HER PREPUBESCENT IMAGES ARE BEING

22   POSSESSED AND VIEWED BY STRANGERS.   SHE HAS BEEN PLAGUED

23   BY THE PROLIFERATION OF THESE IMAGES IN VIRTUALLY EVERY

24   FACET OF HER LIFE.   SHE IS UNABLE TO GO OUT IN PUBLIC

25   WITHOUT THE FEAR THAT SOMEONE HAS SEEN THE PICTURES.

1    AND WHILE SHE IS TRYING TO MOVE ON WITH HER LIFE AND

2    ATTEND COLLEGE, SHE LIVES IN CONSTANT FEAR THAT HER

3    PORNOGRAPHIC IMAGES ARE BEING CONTINUALLY TRAFFICKED AND

4    VIEWED.  SHE BECOMES TRIGGERED WHEN SHE SEES MEN WITH

5    THEIR PHONES OUT WHO ARE LOOKING AT HER, IN CONSTANT

6    FEAR THAT THEY HAVE SEEN HER IMAGES AND RECOGNIZE HER.

7    SHE HAS MOVED MULTIPLE TIMES OVER THE PAST SEVERAL YEARS

8    STATING THAT SHE BECOMES OVERCOME WITH THE THOUGHT THAT

9    EVERY PERSON SHE ENCOUNTERS HAS SEEN HER NAKED BODY.

10            OUR CLIENT HAS THE CORE GOALS IN LIFE OF

11   BEING HAPPY, MAKING MONEY, HAVING A FAMILY.  HOWEVER,

12   FOR EVERY STEP SHE TAKES TO CREATE A NEW LIFE, THE

13   CONDUCT OF THE DEFENDANT AND OTHERS LIKE HIM CAUSE HER

14   TO RELAPSE AND EXPERIENCE THE TRAUMA ALL OVER AGAIN.

15   EVERY VIEW IS A REPETITION OF THAT ABUSE.  AND GIVEN THE

16   NEVER-ENDING NATURE OF THE DISTRIBUTION, SHE WILL NEVER

17   COME OUT FROM THIS AND WILL NEVER HAVE HER LIFE BACK.

18            OUR CLIENT PUT IT BEST IN HER OWN WORDS.

19   SHE SAID:  EVER SINCE I FOUND OUT THAT THESE PHOTOGRAPHS

20   EXISTED, I HAVE BEEN AFRAID.  WHEN I WALK DOWN THE

21   STREET AND SOMEONE LOOKS AT ME FUNNY, MY FIRST THOUGHT

22   IS THAT THEY HAVE SEEN MY NAKED 12-YEAR OLD BODY.  IT IS

23   A HORRIFIC THOUGHT TO HAVE ON SUCH A REGULAR BASIS.  I

24   HAVE BEEN WITH MANY DIFFERENT THERAPISTS, BUT NOBODY

25   REALLY UNDERSTANDS WHAT THAT FEELS LIKE.  IT IS NOT

1      NORMAL TO BE AFRAID OF SO MANY PEOPLE.  IT IS NOT NORMAL

2      TO WORRY ABOUT YOUR LIFE THIS MUCH.  I AM AFRAID TO EVEN

3      INTERVIEW FOR JOBS BECAUSE THERE ARE PEOPLE LIKE THE

4      DEFENDANT WHO DOWNLOAD AND POSSESS THESE IMAGES AND

5      CONTINUE TO DEFILE MY NAME AND REPUTATION.

6                     OUR CLIENT HAS BEEN DIAGNOSED WITH

7      ANXIETY, DEPRESSION AND PTSD.  SHE WILL REQUIRE

8      EXTENSIVE THERAPY SERVICES FOR THE REMAINDER OF HER LIFE

9      DUE TO THE EXPLOITATION OF THESE PICTURES OF HER AS A

10     MINOR.

11                    OUR CLIENT HAS SOUGHT RESTITUTION IN THIS

12     MATTER TO BE REIMBURSED FOR PAST EXPENSES RELATING TO

13     THIS EXPLOITATION, AS WELL AS FUTURE THERAPY AND SAFETY

14     PRECAUTIONS.  AS MR. GIBSON MAY HAVE INFORMED THE COURT,

15     WE HAVE REACHED AN AGREEMENT ON THE RESTITUTION AMOUNT.

16     SO THANK YOU FOR THE OPPORTUNITY TO ADDRESS THE COURT

17     TODAY ON BEHALF OF OUR CLIENT.

18                     THE COURT:  THANK YOU.

19                     ANYONE ELSE?

20                     MR. GIBSON:  JUST MY COMMENTS, YOUR

21     HONOR.

22                     THE COURT:  GO AHEAD.

23                     MR. GIBSON:  MAY I INQUIRE, IS EVERYONE

24     COMFORTABLE IF I REMOVE THIS FROM HERE?

25                     THE COURT:  YOU MAY.

1            MR. GIBSON:  I HAVE TWO COMMENTS IN

2     RESPONSE TO MR. ZWEITZIG'S SENTENCING ARGUMENT, AND

3     THERE ARE FOUR POINTS THAT I WANT TO ADDRESS.  BUT THERE

4     IS NOTHING THAT I CAN SAY THAT IS GOING TO ADD TO WHAT

5     YOU HAVE HEARD.

6            THE FIRST IS, AND THIS IS IN RESPONSE TO

7     A SENTENCING ARGUMENT.  THERE ACTUALLY IS NO SENIOR

8     CITIZEN DISCOUNT FOR CHILD EXPLOITATION.  HE DOES NOT

9     GET A LOWER SENTENCE BECAUSE HE DECIDED TO COMMIT THE

10    OFFENSES, OR MORE APPROPRIATELY, GET CAUGHT FOR THE

11    OFFENSES WHEN HE IS IN HIS 70S AS OPPOSED TO HIS 20S OR

12    HIS 30S OR HIS 40S.

13            SECOND POINT RELATED TO THEIR SENTENCING

14    ARGUMENT IS I COMPLETELY AM AT A LOSS AS TO UNDERSTAND

15    HOW REGISTRATION AS A SEX OFFENDER IS A DETERRENT BUT

16    INCARCERATION IS NOT.  THAT ONE I AM UNABLE TO EXPLAIN.

17            AS TO THE FOUR POINTS I WOULD LIKE TO

18    ADDRESS SPECIFICALLY AS THEY RELATE TO SENTENCING, FOR

19    THE 3553 FACTORS, THEY RELATE SPECIFICALLY TO THE NATURE

20    OF THE OFFENSE AND ALSO THE CHARACTER AND HISTORY OF THE

21    DEFENDANT.  FIRST IS THAT MR. ZWEITZIG WANTS TO ASK FOR

22    CREDIT FOR ACCEPTING RESPONSIBILITY TODAY, AND WE AGREE

23    THAT HE GETS HIS ONE LEVEL FOR ADMITTING RESPONSIBILITY

24    AND SAVING US THE TROUBLE OF THE TRIAL.  ALTHOUGH, AS

25    MS. YOUNG ALREADY ALLUDED TO, HE WAS CAUGHT ON THE VIDEO

1    WITH HIS VOICE RECORDED WITH HIS GRANDCHILDREN IN HIS

2    POSSESSION.  SO LET'S TAKE A STEP BACK, IF WE COULD,

3    JUST TO WHEN GRACE HAD THE STRENGTH TO MAKE THE INITIAL

4    DISCLOSURE, WHICH WAS IN 2014.  WHAT HAPPENED THEN?

5                  YOU HAVE ALREADY HEARD, HE DENIED IT.

6    GRACE IS A LIAR.  HER FATHER IS PUTTING HER UP TO IT.

7    DIDN'T DO IT, WASN'T ME.  HEY, I EVEN WENT TO STAR AND

8    THEY GAVE ME SOME SORT OF SEAL OF APPROVAL.  BUT GUESS

9    WHAT HAPPENED NEXT?  HE CONTINUED TO DOWNLOAD AND STORE

10   AT LEAST 7,500 MORE OF THE CHILD PORNOGRAPHY IMAGES THAT

11   HE IS CAUGHT WITH AND ANSWERING FOR TODAY.  THAT'S THE

12   BULK OF THE COLLECTION AFTER THE INITIAL REPORT.

13                  SOME MIGHT HAVE THOUGHT HEY, WOW, THAT

14   WAS CLOSE.  I'M NOT GOING TO PRISON.  APPARENTLY THEY

15   BELIEVED ME AND STOPPED OR REALLY SOUGHT HELP.  DID MR.

16   ZWEITZIG DO ANY OF THOSE THINGS?  NO, HE DID NOT.

17                  THE SECOND POINT.  I HAVE BEEN DOING THIS

18   FOR 25 YEARS.  I HAVE TRAINED STATE AND LOCAL

19   PROSECUTORS HOW TO DO THESE CASES.  I HAVE MET WITH THE

20   VICTIMS OF SEXUAL ASSAULT OVER AND OVER AGAIN.  I KNOW

21   WHAT THE PHENOMENON OF GROOMING IS.  I UNDERSTAND IT.

22   UNTIL MR. ZWEITZIG PROVIDED HIMSELF ON AUDIO, I HAD

23   NEVER HEARD IT, AND I CANNOT REMOVE IT FROM MY HEAD.

24   THE MANIPULATION IN HIS VOICE, THE POWER DIFFERENTIAL,

25   THE TRAPPED FEELING THAT IS OBVIOUS ON HIS

1    GRANDDAUGHTER'S FACE.

2                    AND RECALL, PLEASE, THAT THE LAST EPISODE

3    THAT CAUSED HER TO REPORT IN THE FIRST PLACE, NO CHILD

4    SHOULD HAVE THIS CRUSHING BURDEN EVER.  BUT SHE WAS

5    ABOUT TO ESCAPE.  THE FAMILY WAS MOVING OUT OF STATE.

6    SHE HAD HER TICKET OUT OF THE SITUATION.  BUT THAT WAS

7    NOT GOOD ENOUGH FOR MR. ZWEITZIG.  ONE MORE TIME.  ONE

8    MORE TIME.

9                    WE QUOTED AT LENGTH FROM THE EXCHANGE ON

10   THE VIDEO.  I WILL NEVER HURT YOU.  WE WILL KEEP THIS A

11   SECRET.  THIS IS JUST BETWEEN YOU AND ME.

12                   MY THIRD POINT.  YOU KNOW, SOME

13   DEFENDANTS WHO COME BEFORE YOU, YOUR HONOR, ARE NOT

14   ALWAYS AS KEENLY AWARE OF THE CONSEQUENCES OF THEIR

15   ACTIONS AS MR. ZWEITZIG IS.  YOU WILL RECALL FROM THE

16   PSR AND FROM THE GOVERNMENT'S SENTENCING MEMORANDUM THAT

17   WHEN HE WAS INTERVIEWED BY THE AUTHORITIES ABOUT THIS,

18   DENYING IT A SECOND TIME, HE INDICATED TO THE DETECTIVES

19   THAT HE KNEW HOW DAMAGING THIS COULD BE BECAUSE OF HIS

20   RELATIONSHIP.  HE WAS KEENLY AWARE OF HOW DAMAGING THIS

21   WAS IN HIS OWN MARITAL RELATIONSHIP, AND HE DID IT

22   ANYWAY.  NOT ONCE, NOT TWICE, BUT OVER AND OVER.  IN THE

23   LAW, WE CALL THAT WILLFULNESS.  THAT LEVEL OF INTENT IS

24   NOT EVEN NECESSARY FOR THESE OFFENSES, BUT YOU HAVE IT

25   HERE.  HE KNEW HOW DAMAGING THIS WAS, AND HE DID IT

1      ANYWAY, AGAIN AND AGAIN AND AGAIN.

2                    MY LAST POINT, WHICH YOU HAVE ALREADY

3      HEARD CONSISTENTLY FROM THE ZWEITZIG FAMILY TODAY.   THIS

4      MAN CLOAKED HIMSELF IN THE AUTHORITY OF THE CHURCH; HE

5      CLOAKED HIMSELF IN THE AUTHORITY OF A PATRIARCHAL

6      FIGURE, THE FAMILY FIGURE, THE FATHER FIGURE AT THE HEAD

7      OF THIS FAMILY, WHICH HE SPLINTERED IN TWO BY ACCUSING

8      HIS GRANDDAUGHTER OF LYING ABOUT THESE ALLEGATIONS IN

9      2014.   IT IS PAINFULLY, AND I MEAN THAT IN THE SINCEREST

10     TERMS, IT IS PAINFULLY OBVIOUS THAT KIND OF MANIPULATION

11     AND THE USE OF THAT AUTHORITY ON THE VIDEOS DEPICTING

12     HIS BEHAVIOR WITH GRACE.

13                    AND I AM SURE I DO NOT NEED TO RECOUNT

14     WHAT HAPPENED WITH SILAS.   THERE IS NO MINIMIZING THIS

15     CONDUCT.   AND HIS VICTIMS HAVE TO LIVE WITH THIS FOR THE

16     REST OF THEIR LIVES, AND NOT JUST GRACE AND SILAS, BUT

17     ALL OF THE VICTIMS FROM THE COLLECTION WHO I DIDN'T HEAR

18     MR. ZWEITZIG REFERENCE TODAY.

19                    GRACE CAPTURED IT MORE ELOQUENTLY THAN I

20     EVER COULD.   THIS MAN'S ENTIRE UNIVERSE REVOLVED AROUND

21     HIM.   AND WE ARE HERE BECAUSE HE GOT CAUGHT WITH

22     INCONTESTABLE PROOF.   HE HAD AN OPPORTUNITY IN 2014 TO

23     SAY, I GOT CAUGHT, I WAS WRONG, I SHOULD NOT BE DOING

24     THIS.   INSTEAD, HE LIED, GOT FIVE MORE YEARS OF LIBERTY,

25     AND WHEN HE WAS CAUGHT AGAIN BEFORE THE FORENSIC

1    ANALYSIS WAS DONE OF HIS DEVICES, HE DENIED IT AGAIN.

2         HE DESERVES THE SAME PUNISHMENT THAT EACH

3    ONE OF HIS VICTIMS WILL UNFORTUNATELY ENDURE FOR THE

4    REST OF THEIR LIVES.  THE GUIDELINES RECOMMEND WHAT THEY

5    DO BECAUSE OF WHAT HE DID IN THIS CASE.  THE PHYSICAL

6    CONTACT, THE AGE OF THE VICTIMS, THE REPEATED CONTACT.

7    THE ONLY SUITABLE PUNISHMENT FOR MR. ZWEITZIG AND THE

8    ONLY ONE THAT ANY OF US CAN BE SURE WILL DETER HIM FROM

9    ANY FUTURE MISCONDUCT IS THE FUNCTIONAL EQUIVALENT OF A

10   LIFE SENTENCE WHICH IS RECOMMENDED BY THE GUIDELINES.

11        YOUR HONOR, WITH RESPECT TO THE

12   RESTITUTION, MS. MORAN WAS CORRECT.  MS. YOUNG AND THE

13   GOVERNMENT ON BEHALF OF MR. -- OR WITH MR. ZWEITZIG,

14   HAVE REACHED AN AGREEMENT AS TO THE RESTITUTION AMOUNT.

15   THE ULTIMATE DOLLAR FIGURE IS $41,992.60.

16        THE COURT:  THAT'S IN ADDITION TO THE

17   $184,681.76?

18        MR. GIBSON:  NO, YOUR HONOR, THAT IS THE

19   AGREED-UPON AMOUNT TOTAL.

20        THE COURT:  $41,992.60?

21        MR. GIBSON:  YES, MA'AM.  AND WE GOT TO

22   THAT AS FOLLOWS:  THE SPECIFIC AMOUNTS SOUGHT ON BEHALF

23   OF GRACE, WILLIAM, LAUREN, NOAH AND THE ZWEITZIG FAMILY

24   ARE TO BE PAID IN FULL AS DETAILED IN BOTH THE PSR AND

25   THE GOVERNMENT 'S SENTENCING MEMORANDUM.  ALL OF THE

```
 1          OTHER VICTIMS WHO HAVE IMAGES FROM MR. ZWEITZIG'S
 2     COLLECTION HAVE AGREED TO THREE -- OR WILL ACCEPT $3,000
 3     PER VICTIM, WITH THE EXCEPTION OF THE VICTIMS IN THE
 4     PINK HEART SERIES.  THERE ARE TWO, ERICA AND TORY, IN
 5     THE JESSICA SERIES, IN THE JENNY SERIES AND IN THE MISTY
 6     SERIES THE VICTIM IDENTIFIED AS AMY.  THOSE VICTIMS ARE
 7     ALL REPRESENTED BY THE MARSH LAW FIRM.  THE MARSH LAW
 8     FIRM HAS COMMUNICATED THAT BECAUSE THERE ARE VICTIMS WHO
 9     SUFFERED HANDS-ON ABUSE HERE, SPECIFICALLY GRACE AND
10     SILAS, IT IS THEIR DESIRE TO WITHDRAW THEIR REQUEST FOR
11     RESTITUTION IN DEFERENCE TO THEM BECAUSE OF THE LIMITED
12     AMOUNT OF RESOURCES THAT ARE AVAILABLE TO MR. ZWEITZIG
13     AND THE LIMITED EXPECTATIONS OF WHAT CAN BE RECOUPED
14     FROM HIM IN THE FUTURE.  SO THOSE VICTIMS HAVE ON THEIR
15     OWN VOLUNTEERED TO STEP ASIDE SO THAT THERE IS A GREATER
16     LIKELIHOOD THAT THE VICTIMS WHO SUFFERED HANDS-ON ABUSE
17     WILL SEE SOME COMPENSATION FROM THE LIMITED RESOURCES OF
18     THE DEFENDANT.
19               WITH THAT, YOUR HONOR, I WOULD IMPLORE
20     THE COURT TO IMPOSE THE FUNCTIONAL EQUIVALENT OF A LIFE
21     SENTENCE.  IT IS MERITED, IT IS WARRANTED, IT IS
22     DESERVED.  AND NO OTHER SENTENCE CAN APPROPRIATELY BEGIN
23     TO ADDRESS WHAT MR. ZWEITZIG HAS DONE TO BRING HIM
24     BEFORE THE COURT TODAY.
25               THE COURT:  THANK YOU.
```

1          MR. ZWEITZIG, I TOLD YOU THAT AFTER WE

2    HAD HEARD FROM YOU, YOUR ATTORNEY AND THE GOVERNMENT AND

3    THE GOVERNMENT'S WITNESSES, I WOULD APPLY THE 3553(A)

4    FACTORS TO THE FACTS IN THIS CASE, AND THAT'S WHAT I AM

5    GOING TO DO.

6          TURNING FIRST TO THE FACTOR THAT THE

7    SENTENCE MUST REFLECT THE SERIOUSNESS OF THE OFFENSE,

8    PROMOTE RESPECT FOR THE LAW AND PROVIDE JUST PUNISHMENT

9    FOR THE OFFENSE.  IN THIS CASE, YOU SEXUALLY ABUSED YOUR

10   GRANDDAUGHTER AND YOUR GRANDSON.  WHAT IS MORE, YOU

11   PHOTOGRAPHED AND TAPED THE SEXUAL ABUSE.  YOU HAD SPENT

12   TIME GROOMING YOUR GRANDDAUGHTER, TELLING HER WHAT TO DO

13   TO HIM, AND INSTRUCTING HER NOT TO TELL.  VIDEOTAPING

14   YOURSELF AS YOU WENT ALONG AND KEEPING A DETAILED

15   JOURNAL OF YOUR ACTIVITIES, PART OF WHICH AFTER THE

16   FAMILY MOVED FROM PENNSYLVANIA TO COLORADO, YOU MAILED

17   TO YOUR GRANDDAUGHTER.  WHEN HER BROTHER WAS JUST SIX

18   MONTHS OLD, YOU VIDEOTAPED YOURSELF INSERTING A PENIS

19   INTO THE BABY'S MOUTH, AND ENCOURAGING HIM TO SUCK ON

20   IT.

21          WHEN POLICE RAIDED YOUR HOME, THEY FOUND

22   IN ADDITION TO MULTIPLE IMAGES OF YOUR GRANDCHILDREN,

23   OVER 10,000 IMAGES, PICTURES AND VIDEOS OF CHILD

24   PORNOGRAPHY.  THE IMAGES SHOWED UNDERAGE CHILDREN IN

25   SEXUAL ACTS WITH OTHER CHILDREN, WITH ADULTS, AND WITH

1    ANIMALS.  THE PICTURES OF YOUR GRANDDAUGHTER SHOWED HER

2    GENITALS.  THE VIDEO SHOWED HER NAKED, GENITALS EXPOSED

3    AND OBEYING YOUR INSTRUCTIONS TO MANUALLY STIMULATE YOUR

4    PENIS.

5                    I TURN NOW TO THE FACTOR THAT THE

6    SENTENCE MUST AFFORD ADEQUATE DETERRENCE TO CRIMINALS.

7    I MUST LOOK AT THE DETERRENCE FACTOR BOTH SPECIFICALLY

8    AND GENERALLY.  SPECIFICALLY, ALTHOUGH YOU ARE A

9    FIRST-TIME OFFENDER, THERE IS NO INDICATION THAT YOUR

10   ARREST AND INDICTMENT WOULD STOP YOUR HEINOUS BEHAVIOR.

11   AFTER YOU WERE CONFRONTED BY LOCAL POLICE ABOUT THE

12   ABUSE OF YOUR GRANDDAUGHTER, YOU CONTINUED TO COLLECT

13   CHILD PORNOGRAPHY.  YOU DENIED WHAT YOU HAD DONE.

14   NEVERTHELESS, YOU TRANSFERRED MORE THAN 7,500 IMAGES

15   AFTER YOUR GRANDDAUGHTER FIRST REPORTED THE ABUSE.

16                    AND WITH RESPECT TO GENERAL DETERRENCE,

17   YOUR ATTORNEY HAS SUGGESTED THAT GIVEN YOUR AGE AND THE

18   VIEWPOINT THAT A LONG SENTENCE WOULD NOT ACTUALLY DETER

19   PEOPLE FROM DOING WHAT YOU HAVE DONE.  UNFORTUNATELY,

20   YOUNG AS WELL AS OLD PEOPLE COMMIT SEXUAL CRIMES AGAINST

21   CHILDREN.  AND THE SENTENCE THAT I IMPOSE HERE MUST

22   REFLECT THAT ALTHOUGH YOU MAY NOT SURVIVE -- YOU WILL

23   NOT SURVIVE YOUR TIME IN PRISON, EVERYONE SHOULD

24   UNDERSTAND THAT IF THEY ENGAGE IN THESE KIND OF

25   ACTIVITIES, WHATEVER THEIR AGE, HOWEVER YOUNG THEY ARE,

1    THEY RISK SPENDING THEIR LIFE AND DYING IN PRISON.

2                      I TURN TO THE FACTOR TO PROTECT THE

3    PUBLIC FROM FURTHER CRIMES OF THE DEFENDANT.  I FIND

4    THAT THERE IS OBVIOUSLY A NEED TO PROTECT THE PUBLIC

5    FROM YOUR FURTHER CRIMES.

6                      I LOOK AT THE NEED TO PROVIDE YOU WITH

7    EDUCATION, TRAINING AND MEDICAL CARE.  I NOTE THAT YOU

8    ARE A HIGHLY EDUCATED MAN.  YOU HAVE ADVANCED DEGREES.

9    YOU HAVE READ THE BIBLE TWICE, I UNDERSTAND.  SEVERAL

10   TIMES.  YOU DO HAVE SOME PHYSICAL AND MENTAL HEALTH

11   ISSUES, YOU HAVE SKIN CANCER, DEPRESSION, HIGH BLOOD

12   PRESSURE, HIGH CHOLESTEROL, AND YOU HAVE PREVIOUSLY BEEN

13   DIAGNOSED WITH CORONARY ARTERY DISEASE.

14                     I TALKED ABOUT THE SENTENCING GUIDELINE

15   RANGE, AND OBVIOUSLY THAT WILL PLAY INTO MY SENTENCE.

16   THERE HAVE BEEN NO SPECIFIC POLICY STATEMENTS THAT HAVE

17   BEEN IDENTIFIED BY THE PARTIES HERE.

18                     I LOOK AT THE NATURE AND CIRCUMSTANCES OF

19   THE OFFENSE AND THE HISTORY AND CHARACTERISTICS OF THE

20   DEFENDANT.  AND HERE, HERE, THE DEFENDANT IS A HIGHLY

21   EDUCATED MAN, A PASTOR, A MAN OF GOD.  THE PATER

22   FAMILIAS OF HIS FAMILY, A LEADER IN HIS COMMUNITY.  AND

23   THOSE FACTS MAKE THE CRIME PARTICULARLY SHOCKING, THE

24   CRIMES PARTICULARLY SHOCKING.  THE IMPACT THAT YOU HAD

25   ON YOUR GRANDCHILDREN IS UNFATHOMABLE.  YOUR

1   GRANDDAUGHTER, YOUR VERY, VERY BRAVE GRANDDAUGHTER

2   DESCRIBED IN THE SUBMISSIONS TO ME BEING ASHAMED,

3   FEELING IN A DEEP DEPRESSION, TURNING TO A BAD CROWD AND

4   DRUGS TO EASE HER PSYCHOLOGICAL PAIN.  SHE DESCRIBED

5   PANIC ATTACKS, SHE QUESTIONED HER SELF-WORTH.  SHE

6   WONDERED WHETHER SHE WAS WORTHY OF LOVE OR EVEN WORTHY

7   OF LIVING.  THE DAMAGE SUFFERED IS SIMILARLY DESCRIBED

8   BY THE CHILDREN WHO, ALTHOUGH THEY DID NOT KNOW YOU

9   PERSONALLY, FORTUNATELY, HAVE BEEN VICTIMIZED BY WHAT

10  YOU HAVE DONE.  THEY TOO DESCRIBE THE FEAR, THE SHAME,

11  THE SENSE OF DEGRADATION.  THEY ALSO DESCRIBE THE

12  POWERLESSNESS AND THE HOPELESSNESS THEY FEEL BECAUSE THE

13  IMAGES OF THEM BEING SEXUALLY ABUSED REMAIN ON THE

14  INTERNET FREE TO BE ACCESSED BY OTHERS LIKE THE

15  DEFENDANT.

16                    ALTHOUGH DEFENDANT ASKS FOR MERCY BECAUSE

17  OF HIS AGE, AND WHAT HE SAYS IS AN OTHERWISE UNBLEMISHED

18  LIFE, HIS SON, THE FATHER OF HIS GRANDCHILDREN,

19  DESCRIBES THE TERRIBLE PAIN DEFENDANT HAS INFLICTED AND

20  BEGS THE COURT TO UNDERSTAND THAT THE MAN HAS POISONED

21  HIS FAMILY AND DESERVES NO MERCY.  AND HIS WIFE

22  DESCRIBES HER FATHER-IN-LAW AS HAVING A LEVEL OF

23  DEPRAVITY BEYOND ANYTHING SHE CAN FATHOM.

24                    THE CHILDREN WHOSE LIFE HE HAS HORRIBLY

25  TAINT ED MUST BE ABLE TO REACH SOLACE IN THE FACT THAT

1    SOCIETY HAS UTTERLY CONDEMNED YOUR ACTIONS.  AND FOR ALL

2    TIME, THERE WILL BE A CRY TO HEAVEN THAT THIS MAN IS A

3    SEXUAL ABUSER.  THIS MAN IS A CHILD PORNOGRAPHER.  THIS

4    MAN IS A HEINOUS CRIMINAL.

5                    AND AS WE ARE CITING THE BIBLE, I WILL

6    CITE TO YOU REVELATION 20:1 THROUGH 15.  I ASSUME YOU

7    KNOW THE PASSAGE THAT I AM REFERRING TO.

8                    AND THE DEVIL, WHO HAD DECEIVED THEM, WAS

9    THROWN INTO THE LAKE OF FIRE AND SULFUR, WHERE THE BEAST

10   AND THE FALSE PROPHET WERE, AND THEY WILL BE TORMENTED

11   DAY AND NIGHT FOR EVER AND EVER.

12                    I LOOK AT THE KINDS OF SENTENCES

13   AVAILABLE.  IN THIS CASE, THE MAXIMUM INCARCERATION IS

14   2,400 MONTHS.  WITH RESPECT TO SUPERVISED RELEASE, IT IS

15   FIVE YEARS TO LIFE, AND A FINE TO BE IMPOSED IS 50,000

16   TO $500,000.  AND THERE IS A SPECIAL ASSESSMENT OF $100

17   PER CHARGE.

18                    I LOOK TO THE NEED TO AVOID UNNECESSARY

19   SENTENCING DISPARITIES, AND OBVIOUSLY I HAVE MY

20   GUIDELINES RANGE THAT I CAN LOOK TO IN ORDER TO

21   DETERMINE THAT.  AND I LOOK TO THE NEED TO PROVIDE

22   RESTITUTION TO VICTIMS.  AND IN THIS CASE, THE AGREED

23   AMOUNT IS $41,992.60.

24                    PLEASE STAND.

25                    PURSUANT TO THE SENTENCING REFORM ACT OF

1    1984, IT IS THE JUDGMENT OF THIS COURT THAT THE

2    DEFENDANT, JERRY ZWEITZIG, IS HEREBY COMMITTED TO THE

3    CUSTODY OF THE BUREAU OF PRISONS TO BE IMPRISONED FOR A

4    TERM OF 200 YEARS.   THAT IS A TERM OF 360 MONTHS ON EACH

5    OF COUNTS 1 THROUGH 5 ON CRIMINAL NUMBER 19-311 TO BE

6    SERVED CONSECUTIVELY WITH EACH OTHER, A TERM OF

7    240 MONTHS ON COUNT 6 OF CRIMINAL NUMBER 19-311 TO BE

8    SERVED CONSECUTIVELY TO COUNTS 1 THROUGH 5 OF CRIMINAL

9    NUMBER 19-311.   AND A TERM OF 360 MONTHS ON COUNT 1 OF

10   CRIMINAL NUMBER 20-153 TO BE SERVED CONSECUTIVELY TO ALL

11   OTHER COUNTS TO THE EXTENT NECESSARY TO PRODUCE A TOTAL

12   TERM OF 2,400 MONTHS.

13              UPON RELEASE FROM IMPRISONMENT, THE

14   DEFENDANT SHALL BE PLACED ON SUPERVISED RELEASE FOR LIFE

15   ON EACH COUNT OF 1 THROUGH 6 OF CRIMINAL NUMBER 19-311,

16   AND COUNT 1 OF CRIMINAL NUMBER 20-153, SUCH TEAMS TO RUN

17   CONCURRENTLY.   WITHIN 72 HOURS OF RELEASE FROM THE

18   CUSTODY OF THE BUREAU OF PRISONS, THE DEFENDANT SHALL

19   REPORT IN PERSON TO THE PROBATION OFFICE IN THE DISTRICT

20   TO WHICH THE DEFENDANT IS RELEASED.   WHILE ON SUPERVISED

21   RELEASE, THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL,

22   STATE OR LOCAL CRIME, SHALL BE PROHIBITED FROM

23   POSSESSING A FIREARM OR OTHER DANGEROUS DEVICE, SHALL

24   NOT POSSESS AN ILLEGAL CONTROLLED SUBSTANCE, AND SHALL

25   COMPLY WITH THE OTHER STANDARD CONDITIONS THAT HAVE BEEN

1      ADOPTED BY THIS COURT.  THE DEFENDANT MUST SUBMIT TO ONE

2      DRUG TEST WITHIN 15 DAYS OF COMMENCEMENT OF SUPERVISED

3      RELEASE, AND AT LEAST TWO TESTS THEREAFTER AS DETERMINED

4      BY THE PROBATION OFFICE.  THE DEFENDANT SHALL SUBMIT TO

5      THE COLLECTION OF A DNA SAMPLE FROM THE DEFENDANT AT THE

6      DIRECTION OF THE UNITED STATES PROBATION OFFICE PURSUANT

7      TO SECTION THREE OF THE DNA ANALYSIS BACKLOG ELIMINATION

8      ACT OF 2000.

9                  IN ADDITION, THE DEFENDANT SHALL COMPLY

10     WITH THE FOLLOWING SPECIAL CONDITIONS:  THE DEFENDANT

11     SHALL SUBMIT TO A SEX OFFENDER ASSESSMENT WHICH MAY

12     INCLUDE THE USE OF SPECIFIC ASSESSMENT TOOLS, INCLUDING

13     BUT NOT LIMITED TO A POLYGRAPH, PLETHYSMOGRAPH OR ABEL.

14     THE DEFENDANT SHALL PARTICIPATE IN A SEX OFFENDER

15     PROGRAM FOR EVALUATION AND TREATMENT AND ABIDE BY THE

16     RULES OF ANY SUCH PROGRAM UNTIL SATISFACTORILY

17     DISCHARGED.  WHILE IN THE TREATMENT PROGRAM, THE

18     DEFENDANT SHALL SUBMIT TO RISK ASSESSMENT, PSYCHOLOGICAL

19     TESTING AND PHYSIOLOGICAL TESTING, WHICH MAY INCLUDE,

20     BUT IS NOT LIMITED TO, POLYGRAPH OR OTHER SPECIFIC TESTS

21     TO MONITOR COMPLIANCE WITH SUPERVISED RELEASE AND

22     TREATMENT CONDITIONS.  THE DEFENDANT SHALL REPORT TO THE

23     U.S. PROBATION OFFICE ANY REGULAR CONTACT WITH CHILDREN

24     OF EITHER SEX UNDER THE AGE OF 18.  THE DEFENDANT SHALL

25     NOT OBTAIN EMPLOYMENT OR PERFORM VOLUNTEER WORK WHICH

1    INCLUDES REGULAR CONTACT WITH CHILDREN UNDER THE AGE OF

2    18.

3                    THE DEFENDANT SHALL SUBMIT TO INITIAL

4    INSPECTION BY THE U.S. PROBATION OFFICE AND TO ANY

5    EXAMINATION DURING SUPERVISION OF THE DEFENDANT'S

6    COMPUTER AND ANY DEVICES, PROGRAMS OR APPLICATIONS.  THE

7    DEFENDANT SHALL ALLOW THE INSTALLATION OF ANY HARDWARE

8    OR SOFTWARE SYSTEMS WHICH MONITOR OR FILTER COMPUTER

9    USE.  THE DEFENDANT SHALL ABIDE BY THE STANDARD

10   CONDITIONS OF COMPUTER MONITORING AND FILTERING THAT

11   WILL BE APPROVED BY THE COURT.  THE DEFENDANT IS TO PAY

12   THE COST OF THE COMPUTER MONITORING, NOT TO EXCEED THE

13   MONTHLY CONTRACTUAL RATE, IN ACCORDANCE WITH THE

14   PROBATION OFFICE'S DISTRIBUTION.

15                   THE DEFENDANT SHALL COMPLY WITH THE

16   REQUIREMENTS OF THE SEX OFFENDER REGISTRATION AND

17   NOTIFICATION ACT AS DIRECTED BY THE PROBATION OFFICER,

18   THE BUREAU OF PRISONS OR ANY STATE SEX OFFENDER

19   REGISTRATION AGENCY WHERE HE RESIDES, WORKS, IS A

20   STUDENT OR WAS CONVICTED OF A QUALIFYING OFFENSE.  THE

21   DEFENDANT SHALL PARTICIPATE IN A MENTAL HEALTH PROGRAM

22   FOR EVALUATION AND/OR TREATMENT AND ABIDE BY THE RULES

23   OF ANY SUCH PROGRAM UNTIL SATISFACTORILY DISCHARGED.

24                   THE DEFENDANT SHALL PROVIDE THE U.S.

25   PROBATION OFFICE WITH FULL DISCLOSURE OF HIS FINANCIAL

1    RECORDS TO INCLUDE YEARLY INCOME TAX RETURNS UPON THE

2    REQUEST OF THE U.S. PROBATION OFFICE.  THE DEFENDANT

3    SHALL COOPERATE WITH THE PROBATION OFFICE IN THE

4    INVESTIGATION OF HIS FINANCIAL DEALINGS AND SHALL

5    PROVIDE TRUTHFUL MONTHLY STATEMENTS OF HIS INCOME.  THE

6    DEFENDANT IS PROHIBITED FROM INCURRING ANY NEW CREDIT

7    CARD CHARGES OR OPENING ADDITIONAL LINES OF CREDIT

8    WITHOUT THE APPROVAL OF THE PROBATION OFFICER, UNLESS

9    THE DEFENDANT IS IN COMPLIANCE WITH A PAYMENT SCHEDULE

10   FOR ANY FINE OR RESTITUTION OBLIGATION.  THE DEFENDANT

11   SHALL NOT ENCUMBER OR LIQUIDATE INTEREST IN ANY ASSETS

12   UNLESS IT IS IN DIRECT SERVICE OF THE FINE OR

13   RESTITUTION OBLIGATION OR OTHERWISE HAS THE EXPRESS

14   APPROVAL OF THE COURT.

15              IT IS FURTHER ORDERED THAT THE DEFENDANT

16   SHALL MAKE RESTITUTION IN THE AMOUNT OF $41,992.60.

17   PAYMENTS SHOULD BE MADE PAYABLE TO CLERK, U.S. DISTRICT

18   COURT, FOR PROPORTIONATE DISTRIBUTION TO THE VICTIMS AS

19   PROVIDED FOR BY THE GOVERNMENT.  AND I THINK I DO NOT

20   HAVE THAT FULL LIST.

21              MR. GIBSON:  I DO, YOUR HONOR.

22              THE COURT:  OKAY.  PROVIDE THAT TO MY

23   DEPUTY.

24              THE RESTITUTION IS DUE IMMEDIATELY.  IT

25   IS RECOMMENDED THAT THE DEFENDANT PARTICIPATE IN THE

```
 1      BUREAU OF PRISONS INMATE FINANCIAL RESPONSIBILITY

 2      PROGRAM AND PROVIDE A MINIMUM PAYMENT OF $25 PER QUARTER

 3      TOWARDS RESTITUTION.  IN THE EVENT THE ENTIRE

 4      RESTITUTION IS NOT PAID PRIOR TO THE COMMENCEMENT OF

 5      SUPERVISION, THE DEFENDANT SHALL SATISFY THE AMOUNT DUE

 6      IN MONTHLY INSTALLMENTS OF NOT LESS THAN $500, TO

 7      COMMENCE 30 DAYS AFTER RELEASE FROM CONFINEMENT.

 8                  THE DEFENDANT SHALL NOTIFY THE UNITED

 9      STATES ATTORNEY FOR THIS DISTRICT WITHIN 30 DAYS OF ANY

10      CHANGE OF MAILING ADDRESS OR RESIDENCE THAT OCCURS WHILE

11      ANY PORTION OF THE RESTITUTION REMAINS UNPAID.

12                  THE COURT FINDS THAT THE DEFENDANT DOES

13      NOT HAVE THE ABILITY TO PAY A FINE.  THE COURT WILL

14      WAIVE THE FINE IN THIS CASE.  IT IS FURTHER ORDERED THAT

15      THE DEFENDANT PAY TO THE UNITED STATES A TOTAL SPECIAL

16      ASSESSMENT OF $700 WHICH SHALL BE DUE IMMEDIATELY.  THE

17      DEFENDANT IS ALSO SUBJECT TO THE PROVISIONS OF THE

18      JUSTICE FOR VICTIMS OF TRAFFICKING ACT OF 2015.  IT IS

19      FURTHER ORDERED THAT THE DEFENDANT SHALL PAY TO THE

20      UNITED STATES AN ASSESSMENT OF $35,000 WHICH SHALL BE

21      DUE IMMEDIATELY.  THE SPECIAL ASSESSMENT AND JVTA

22      ASSESSMENT ARE DUE IMMEDIATELY.  IT IS RECOMMENDED THAT

23      THE DEFENDANT PARTICIPATE IN THE BUREAU OF PRISONS

24      INMATE FINANCIAL RESPONSIBILITY WITH A MINIMUM PAYMENT

25      OF $25 PER QUARTER TOWARDS THE SPECIAL ASSESSMENT.  THE
```

1    DEFENDANT SHALL NOTIFY THE UNITED STATES ATTORNEY FOR

2    THIS DISTRICT WITHIN 30 DAYS OF ANY CHANGE OF NAME,

3    ADDRESS OR RESIDENCE THAT OCCURS WHILE ANY PORTION OF

4    THIS SPECIAL ASSESSMENT REMAINS UNPAID.

5                     DOES COUNSEL KNOW OF ANY REASON WHY THE

6    IMPLEMENTATION OF THIS SENTENCE WOULD BE UNLAWFUL?

7                     MS. YOUNG:  THE ONLY ISSUE I SEE, YOUR

8    HONOR, IS WITH THE $35,000 SPECIAL ASSESSMENT.  I THINK

9    THAT HAS TO BE IF THERE -- IT HAS TO BE IF HE IS NOT

10   INDIGENT.  AM I CORRECT ABOUT THAT?  AND I RAISE IT

11   ESPECIALLY BECAUSE WITH THE RESTITUTION, I DON'T KNOW

12   WHAT ORDER THINGS GO IN, BUT JUST TO -- HE IS INDIGENT

13   AND JUST TO ELIMINATE ANY POSSIBILITY THAT MONEY WOULD

14   GO TO A SPECIAL ASSESSMENT OVER RESTITUTION, I THINK IT

15   MAKES SENSE.

16                     THE COURT:  ANY THOUGHTS ABOUT THAT, MR.

17   GIBSON?

18                     MR. GIBSON:  YOUR HONOR, I AM KEENLY

19   AWARE THAT MR. ZWEITZIG IS REPRESENTED BY THE DEFENDER.

20   IT SEEMS TO ME UNLIKELY THAT HE WOULD BE ABLE TO PAY THE

21   SPECIAL ASSESSMENT, AND THAT THAT COULD, IF THE FUNDS

22   WERE DIVERTED TOWARDS THE SPECIAL ASSESSMENT, THAT WOULD

23   IMPACT HIS ABILITY TO MAKE ANY PROGRESS ON THE

24   RESTITUTION PAYMENTS.

25                     THE COURT:  SO YOU WOULD AGREE THAT UNDER

1    THESE CIRCUMSTANCES I CAN CONCLUDE THAT HE IS INDIGENT,

2    AND THEREFORE THE PAYMENT IS NOT APPROPRIATE?

3                    MR. GIBSON:  YES, YOUR HONOR.

4                    THE COURT:  OKAY.  STRIKE THE PORTION

5    WITH RESPECT TO THE $35,000 PAYMENT.

6                    ANY OBJECTION TO PROCEDURAL

7    UNREASONABLENESS OR ERRORS BY THE COURT?

8                    MS. YOUNG:  JUST FOR THE RECORD, YOUR

9    HONOR, I DO HAVE TO MAKE THE OBJECTION UNDER

10   FLORES-MEJIA THAT YOUR HONOR DID NOT SUFFICIENTLY

11   CONSIDER MY ARGUMENTS EARLIER, FOR THE RECORD.

12                   THE COURT:  OKAY.  IN MY DISCUSSION OF

13   THE 3553(A) FACTORS, I DID INCLUDE A DISCUSSION OF YOUR

14   ARGUMENT, AND I HAVE DENIED THE MOTION.

15                   MS. YOUNG:  OKAY.

16                   THE COURT:  ANYTHING FROM THE GOVERNMENT?

17                   MR. GIBSON:  NO, YOUR HONOR.

18                   THE COURT:  MR. ZWEITZIG, I SENTENCE YOU

19   TO 200 YEARS OF INCARCERATION, LIFETIME SUPERVISED

20   RELEASE AND A $700 SPECIAL ASSESSMENT, AND RESTITUTION

21   IN THE AMOUNT OF $41,992.60.

22                   I AM NOW GOING TO READ YOU YOUR RIGHTS TO

23   APPEAL.  FOR AN APPEAL TO BE EFFECTIVE, YOU MUST FILE A

24   NOTICE OF APPEAL WITHIN 14 DAYS FROM THE DATE JUDGMENT

25   IS ENTERED.  IF YOU ARE UNABLE TO FILE AN APPEAL OR YOUR

1    ATTORNEY IS UNWILLING TO FILE AN APPEAL, YOU MAY FORWARD

2    THE APPEAL TO ME AND I WILL HAVE THE DEPUTY CLERK ENTER

3    THE APPEAL ON YOUR BEHALF.  FAILURE TO FILE A NOTICE OF

4    APPEAL WILL RESULT IN YOU LOSING YOUR RIGHTS TO APPEAL

5    THE COURT'S SENTENCE TO THE COURT OF APPEALS.  IN

6    ADDITION, YOU ARE HEREBY ADVISED THAT YOU HAVE A RIGHT

7    TO BE REPRESENTED BY COUNSEL ON APPEAL.  IF YOU ARE

8    FINANCIALLY UNABLE TO HIRE PRIVATE COUNSEL, YOU MAY

9    SUBMIT A FINANCIAL AFFIDAVIT.  AND IF YOU QUALIFY, THE

10   COURT WILL APPOINT COUNSEL TO HANDLE THE APPEAL.  YOU

11   ARE COMMITTED TO THE CUSTODY OF THE BUREAU OF PRISONS TO

12   BE IMPRISONED FOR A TERM OF 2,400 MONTHS.

13                 THE ORIGINAL REPORT AND THE RECORD OF THE

14   PROBATION OFFICER TO BE RETURNED, RECOMMENDATION NOT TO

15   BE RELEASED.  I UNDERSTAND THAT THERE IS A MOTION TO

16   IMPOUND, IS THAT CORRECT?

17                 MR. GIBSON:  YES.  IT WAS TO THE EXHIBITS

18   ATTACHED TO THE SENTENCING MEMORANDUM.  I BELIEVE IT MAY

19   HAVE ALREADY BEEN ENTERED.

20                 THE COURT:  YOU THINK IT'S BEEN SIGNED?

21                 MR. GIBSON:  I BELIEVE IT WAS.

22                 THE COURT:  OKAY.

23                 ANYTHING ELSE?

24                 MR. GIBSON:  NOT FROM THE GOVERNMENT.

25                 MS. YOUNG:  NO, YOUR HONOR.

1              THE COURT:   THEN HE IS HEREBY REMANDED TO

2       THE CUSTODY OF THE BUREAU OF PRISONS.

3              (COURT ADJOURNED.)

4

5              I CERTIFY THAT THE FOREGOING IS A CORRECT

6       TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

7       ABOVE-ENTITLED MATTER.

8        November 12, 2020                *Lynn Gligor*

9       DATE                          OFFICIAL COURT REPORTER

10                                     LYNN GLIGOR, RMR

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$1,750,000** [1] - 8:17
**$100** [3] - 8:1, 8:10, 48:16
**$184,681.76** [1] - 42:17
**$25** [2] - 53:2, 53:25
**$250,000** [2] - 7:25, 8:10
**$3,000** [1] - 43:2
**$35,000** [3] - 53:20, 54:8, 55:5
**$41,992.60** [5] - 42:15, 42:20, 48:23, 52:16, 55:21
**$5,000** [1] - 8:12
**$500** [1] - 53:6
**$500,000** [1] - 48:16
**$700** [3] - 8:18, 53:16, 55:20

**1**

**1** [15] - 4:7, 4:10, 7:19, 7:20, 9:6, 9:8, 9:9, 9:24, 11:2, 49:5, 49:8, 49:9, 49:15, 49:16
**10,000** [1] - 44:23
**110** [1] - 11:18
**117** [1] - 11:18
**12** [1] - 8:7
**12-YEAR** [1] - 36:22
**1250** [1] - 1:15
**14** [2] - 20:12, 55:24
**15** [5] - 14:22, 15:25, 16:5, 48:6, 50:2
**15-YEAR** [2] - 7:23, 8:15
**16** [1] - 26:18
**17** [2] - 1:8, 35:9
**18** [8] - 4:7, 4:9, 4:12, 5:5, 5:10, 10:1, 50:24, 51:2
**18:6** [1] - 34:1
**19-311** [6] - 3:6, 4:5, 4:16, 7:20, 49:5, 49:7, 49:9, 49:15
**19-CR-311** [1] - 1:5
**19106** [4] - 1:9, 1:15, 1:20, 2:4
**1984** [1] - 49:1
**1990** [1] - 6:25
**1:05** [1] - 3:1
**1ST** [1] - 8:25

**2**

**2** [6] - 9:6, 9:8, 9:23,

10:3, 10:17, 11:25
**2'S** [2] - 10:9, 10:20
**2,400** [4] - 13:3, 48:14, 49:12, 56:12
**20** [1] - 8:7
**20-153** [7] - 3:6, 4:10, 4:17, 7:21, 9:24, 49:10, 49:16
**200** [5] - 8:14, 13:3, 18:22, 49:4, 55:19
**2000** [1] - 50:8
**2014** [3] - 39:4, 41:9, 41:22
**2015** [2] - 6:20, 53:18
**2018** [3] - 6:21, 8:25, 30:20
**2020** [1] - 1:8
**20:1** [1] - 48:6
**20S** [1] - 38:11
**2251(A** [3] - 4:7, 4:12, 10:1
**2252(A)4(B** [1] - 4:9
**240** [1] - 49:7
**25** [1] - 39:18
**2609** [1] - 1:19
**2G2.1** [1] - 10:2
**2G2.1(B)(1)** [1] - 10:6
**2G2.1(B)(2)** [1] - 10:14
**2G2.1(B)(4)(B)** [1] - 10:19

**3**

**3** [2] - 9:8, 11:25
**30** [4] - 7:22, 53:7, 53:9, 54:2
**30S** [1] - 38:12
**311** [1] - 8:5
**32** [1] - 10:2
**3355(A)** [1] - 5:5
**3355(A)(2)** [1] - 5:10
**34** [1] - 27:4
**35,000** [2] - 8:19, 8:21
**3553** [2] - 15:14, 38:19
**3553(A** [4] - 13:12, 14:9, 44:3, 55:13
**3553(A)(2)** [1] - 14:11
**360** [2] - 49:4, 49:9
**37** [2] - 26:20, 28:4
**3D1.4** [2] - 11:9, 11:14
**3D1.4(A** [1] - 10:25

**4**

**4** [2] - 9:10, 11:2
**4.5** [2] - 11:4
**40S** [1] - 38:12
**44** [1] - 10:24
**48** [1] - 11:14
**4B1.1** [1] - 11:22

**4B1.5** [1] - 11:23

**5**

**5** [8] - 4:5, 7:20, 8:9, 9:10, 9:22, 11:13, 49:5, 49:8
**5,000** [1] - 8:2
**50** [2] - 12:17, 12:25
**50,000** [1] - 48:15
**53** [1] - 12:1
**540** [1] - 2:3

**6**

**6** [3] - 8:5, 49:7, 49:15
**601** [2] - 1:19, 2:3
**615** [1] - 1:15
**6A** [1] - 1:8

**7**

**7,500** [2] - 39:10, 45:14
**70S** [1] - 38:11
**71** [1] - 6:9
**72** [5] - 6:10, 15:4, 24:20, 27:17, 49:17
**76** [1] - 15:8

**8**

**856)649-4774** [1] - 1:20

**A**

**ABANDONED** [1] - 29:16
**ABEL** [1] - 50:13
**ABIDE** [3] - 50:15, 51:9, 51:22
**ABILITIES** [1] - 17:6
**ABILITY** [3] - 16:24, 53:13, 54:23
**ABLE** [12] - 15:6, 16:4, 17:6, 17:18, 20:25, 22:1, 24:22, 27:18, 31:20, 32:4, 47:25, 54:20
**ABOUT** [27] - 6:4, 7:18, 13:12, 15:3, 15:8, 16:6, 17:11, 17:17, 19:18, 20:13, 20:20, 21:8, 21:12, 24:12, 27:16, 29:6, 29:21, 32:10, 34:3, 37:2, 40:5, 40:17, 41:8, 45:11, 46:14, 54:10, 54:16

**ABOVE** [1] - 57:7
**ABOVE-ENTITLED** [1] - 57:7
**ABSOLUTELY** [1] - 21:14
**ABUSE** [9] - 31:7, 31:9, 32:21, 36:15, 43:9, 43:16, 44:11, 45:12, 45:15
**ABUSED** [2] - 44:9, 47:13
**ABUSER** [1] - 48:3
**ABUSIVE** [1] - 33:12
**ACCEPT** [2] - 24:16, 43:2
**ACCEPTANCE** [1] - 12:3
**ACCEPTING** [1] - 38:22
**ACCESS** [3] - 16:17, 17:8, 28:3
**ACCESSED** [1] - 47:14
**ACCORDANCE** [1] - 51:13
**ACCOUNT** [1] - 14:9
**ACCOUNTABLE** [2] - 29:2, 29:23
**ACCUSATION** [1] - 27:21
**ACCUSED** [1] - 29:3
**ACCUSING** [1] - 41:7
**ACKNOWLEDGE** [1] - 21:11
**ACKNOWLEDGING** [1] - 16:3
**ACT** [5] - 10:8, 48:25, 50:8, 51:17, 53:18
**ACTION** [2] - 3:5, 9:24
**ACTIONS** [4] - 24:17, 29:20, 40:15, 48:1
**ACTIVITIES** [2] - 44:15, 45:25
**ACTIVITY** [1] - 11:16
**ACTS** [1] - 44:25
**ACTUAL** [2] - 8:23, 27:22
**ACTUALLY** [5] - 9:16, 20:4, 31:13, 38:7, 45:18
**ADD** [2] - 7:3, 38:4
**ADDED** [1] - 6:5
**ADDICTION** [1] - 21:5
**ADDITION** [7] - 10:7, 13:25, 16:23, 42:16, 44:22, 50:9, 56:6
**ADDITIONAL** [9] - 6:16, 8:2, 8:12, 8:19, 8:21, 10:15, 16:12, 17:20, 52:7

**ADDRESS** [8] - 30:17, 35:4, 37:16, 38:3, 38:18, 43:23, 53:10, 54:3
**ADDRESSED** [1] - 5:22
**ADEQUATE** [2] - 13:20, 45:6
**ADJOURNED** [1] - 57:3
**ADJUDICATIONS** [1] - 12:19
**ADJUST** [1] - 10:24
**ADJUSTED** [3] - 9:13, 11:5, 11:10
**ADJUSTMENT** [1] - 11:2
**ADJUSTMENTS** [1] - 11:1
**ADMITTING** [2] - 27:23, 38:23
**ADOPTED** [1] - 50:1
**ADULT** [2] - 10:8, 12:19
**ADULTS** [1] - 44:25
**ADVANCED** [1] - 46:8
**ADVANTAGE** [1] - 31:9
**ADVISED** [1] - 56:6
**AFFECT** [1] - 18:6
**AFFIDAVIT** [1] - 56:9
**AFFORD** [2] - 13:20, 45:6
**AFRAID** [3] - 36:20, 37:1, 37:2
**AFTER** [13] - 5:17, 10:20, 16:5, 16:16, 29:3, 29:8, 33:18, 39:12, 44:1, 44:15, 45:11, 45:15, 53:7
**AFTERNOON** [4] - 3:2, 3:3, 3:13, 34:23
**AGAIN** [16] - 6:25, 16:21, 16:22, 17:9, 17:17, 20:23, 21:8, 23:22, 27:12, 36:14, 39:20, 41:1, 41:25, 42:1
**AGAINST** [11] - 11:20, 23:1, 23:2, 23:3, 23:5, 23:6, 29:2, 29:25, 45:20
**AGE** [13] - 8:7, 14:18, 15:1, 15:7, 15:20, 16:13, 16:14, 42:6, 45:17, 45:25, 47:17, 50:24, 51:1
**AGENCY** [1] - 51:19
**AGENT** [1] - 3:10
**AGO** [3] - 26:20, 27:4,

28:4
**AGREE** [6] - 8:25,
13:4, 16:14, 17:12,
38:22, 54:25
**AGREED** [3] - 42:19,
43:2, 48:22
**AGREED-UPON** [1] -
42:19
**AGREEMENT** [2] -
37:15, 42:14
**AHEAD** [3] - 28:14,
34:22, 37:22
**AIDED** [1] - 1:22
**ALL** [31] - 3:3, 14:20,
16:1, 16:14, 17:4,
17:5, 17:7, 17:11,
18:17, 19:15, 20:16,
22:7, 23:17, 24:2,
24:13, 24:20, 24:25,
28:25, 29:11, 33:5,
33:13, 33:22, 34:12,
36:14, 41:17, 42:25,
43:7, 48:1, 49:10
**ALLEGATIONS** [1] -
41:8
**ALLOW** [3] - 32:5,
33:6, 51:7
**ALLOWING** [2] -
32:10, 32:11
**ALLUDED** [1] - 38:25
**ALONE** [1] - 16:21
**ALONG** [1] - 44:14
**ALREADY** [5] - 7:1,
38:25, 39:5, 41:2,
56:19
**ALSO** [15] - 4:21, 6:14,
6:23, 11:15, 12:4,
14:7, 16:6, 16:15,
16:25, 18:13, 20:5,
32:16, 38:20, 47:11,
53:17
**ALTHOUGH** [7] - 31:1,
33:24, 38:24, 45:8,
45:22, 47:8, 47:16
**ALWAYS** [2] - 33:14,
40:14
**AM** [35] - 4:25, 5:1,
5:3, 5:4, 5:8, 6:9,
9:17, 12:11, 14:24,
18:13, 19:18, 20:9,
20:23, 21:21, 23:13,
23:16, 24:19, 26:16,
28:1, 30:18, 30:19,
31:5, 35:2, 37:2,
38:14, 38:16, 41:13,
44:4, 48:7, 54:10,
54:18, 55:22
**AMERICA** [1] - 1:3
**AMOUNT** [12] - 11:14,
16:18, 17:20, 37:15,

42:14, 42:19, 43:12,
48:23, 52:16, 53:5,
55:21
**AMOUNTS** [2] - 31:6,
42:22
**AMY** [1] - 43:6
**AN** [32] - 6:15, 8:2,
8:11, 8:19, 8:21,
10:8, 10:15, 10:17,
10:24, 15:18, 15:23,
16:1, 16:14, 17:2,
21:6, 23:15, 24:4,
30:2, 31:8, 31:24,
32:1, 32:22, 35:13,
37:15, 41:22, 42:14,
47:17, 49:24, 53:20,
55:23, 55:25, 56:1
**ANALYSIS** [2] - 42:1,
50:7
**ANALYZE** [1] - 5:6
**AND** [319] - 3:6, 3:10,
3:12, 3:16, 4:5, 4:7,
4:9, 4:11, 4:12, 4:17,
4:21, 4:23, 5:6, 5:16,
5:21, 6:21, 7:10,
7:20, 7:21, 8:1, 8:11,
8:18, 9:8, 9:10, 10:2,
10:10, 10:11, 10:18,
10:19, 10:22, 11:1,
11:4, 11:6, 11:7,
11:13, 11:18, 11:20,
11:22, 11:25, 13:1,
13:19, 13:22, 14:1,
14:3, 14:4, 14:7,
14:9, 14:18, 14:23,
15:1, 15:2, 15:9,
15:16, 15:19, 15:20,
15:25, 16:2, 16:7,
16:9, 16:18, 16:19,
16:24, 16:25, 17:2,
17:4, 17:5, 17:10,
17:17, 17:24, 18:1,
18:2, 18:9, 18:13,
18:22, 18:25, 19:5,
19:13, 19:15, 20:5,
20:7, 20:13, 20:14,
20:23, 21:1, 21:2,
21:10, 21:13, 21:17,
21:18, 21:22, 22:1,
22:3, 22:7, 22:18,
23:1, 23:2, 23:11,
23:12, 23:13, 23:18,
23:21, 23:23, 24:5,
24:6, 24:17, 24:18,
24:20, 24:22, 24:23,
25:1, 25:20, 26:2,
26:7, 26:10, 26:16,
26:19, 26:20, 26:22,
26:25, 27:1, 27:3,
27:6, 27:12, 27:13,

27:18, 28:1, 28:4,
28:6, 28:20, 28:22,
29:6, 29:7, 29:9,
29:14, 29:18, 30:2,
30:3, 30:4, 30:9,
30:11, 30:22, 31:4,
31:6, 31:10, 31:15,
31:16, 31:18, 31:22,
31:23, 31:25, 32:2,
32:4, 32:7, 32:9,
32:17, 32:19, 32:20,
32:21, 32:24, 33:1,
33:2, 33:3, 33:6,
33:9, 33:15, 33:18,
33:20, 34:3, 34:11,
34:14, 35:1, 35:6,
35:7, 35:12, 35:17,
35:18, 35:19, 35:22,
36:1, 36:3, 36:6,
36:13, 36:14, 36:15,
36:17, 36:21, 37:4,
37:5, 37:7, 37:13,
38:2, 38:6, 38:20,
38:22, 38:24, 39:7,
39:9, 39:11, 39:15,
39:18, 39:20, 39:23,
40:2, 40:11, 40:16,
40:21, 40:22, 40:25,
41:1, 41:9, 41:11,
41:13, 41:15, 41:16,
41:21, 41:25, 42:7,
42:12, 42:21, 42:23,
42:24, 43:4, 43:5,
43:9, 43:13, 43:22,
44:2, 44:4, 44:8,
44:10, 44:11, 44:13,
44:14, 44:19, 44:23,
44:25, 45:3, 45:8,
45:10, 45:16, 45:17,
45:21, 46:1, 46:7,
46:10, 46:12, 46:15,
46:18, 46:19, 46:20,
46:22, 47:3, 47:12,
47:17, 47:19, 47:21,
48:1, 48:5, 48:8,
48:9, 48:10, 48:11,
48:15, 48:16, 48:19,
48:21, 48:22, 49:9,
49:16, 49:24, 50:3,
50:15, 50:19, 50:21,
51:4, 51:6, 51:10,
51:16, 51:22, 52:4,
52:19, 53:2, 53:21,
54:10, 54:13, 54:21,
55:2, 55:14, 55:20,
56:2, 56:9, 56:13
**AND/OR** [2] - 18:20,
51:22
**ANGER** [4] - 26:6,
26:14, 31:6, 32:4
**ANGRY** [1] - 32:9

**ANIMALS** [1] - 45:1
**ANOTHER** [5] - 10:7,
12:15, 23:8, 30:12,
49:21
**ANSWERING** [1] -
39:11
**ANXIETY** [1] - 37:7
**ANY** [36] - 5:3, 5:4,
5:17, 5:21, 7:3, 9:19,
13:8, 14:1, 17:20,
18:17, 21:16, 23:19,
31:19, 32:5, 39:16,
42:8, 42:9, 50:16,
50:23, 51:4, 51:6,
51:7, 51:18, 51:23,
52:6, 52:10, 52:11,
53:9, 53:11, 54:2,
54:3, 54:5, 54:13,
54:16, 54:23, 55:6
**ANYONE** [1] - 37:19
**ANYTHING** [8] - 6:5,
14:23, 20:8, 21:8,
27:23, 47:23, 55:16,
56:23
**ANYWAY** [3] - 22:10,
40:22, 41:1
**APART** [1] - 29:15
**APOLOGIZE** [2] -
22:21, 28:1
**APOLOGY** [1] - 32:22
**APPARENTLY** [1] -
39:14
**APPEAL** [11] - 55:23,
55:24, 55:25, 56:1,
56:2, 56:3, 56:4,
56:7, 56:10
**APPEALS** [1] - 56:5
**APPEARANCE** [1] -
19:12
**APPEARANCES** [2] -
1:13, 2:1
**APPLICABLE** [2] -
11:12, 11:25
**APPLICATIONS** [1] -
51:6
**APPLIES** [1] - 11:23
**APPLY** [1] - 44:3
**APPOINT** [1] - 56:10
**APPRECIATE** [1] -
29:14
**APPROACH** [1] -
34:14
**APPROPRIATE** [2] -
9:15, 55:2
**APPROPRIATELY** [2]
- 38:10, 43:22
**APPROVAL** [3] - 39:8,
52:8, 52:14
**APPROVED** [1] -
51:11

**APRIL** [1] - 30:20
**ARBITRARY** [1] -
17:23
**ARE** [54] - 4:1, 5:4,
5:6, 7:13, 8:18, 8:24,
9:5, 10:25, 11:21,
12:19, 16:7, 16:25,
17:10, 17:17, 19:2,
19:5, 19:19, 19:24,
21:10, 23:24, 25:14,
25:23, 26:2, 26:6,
26:14, 30:3, 30:21,
31:13, 31:14, 34:11,
35:21, 36:3, 36:5,
37:3, 38:3, 40:13,
41:21, 42:24, 43:4,
43:6, 43:8, 43:12,
45:8, 45:25, 46:8,
48:5, 53:22, 55:25,
56:6, 56:7, 56:11
**ARGUMENT** [4] -
38:2, 38:7, 38:14,
55:14
**ARGUMENTS** [1] -
55:11
**AROUND** [5] - 23:20,
26:10, 32:21, 33:1,
41:20
**ARREST** [1] - 45:10
**ARRESTED** [1] -
35:13
**ARTERY** [1] - 46:13
**AS** [38] - 3:17, 3:25,
15:17, 18:15, 19:9,
21:14, 23:4, 23:9,
28:12, 30:7, 31:11,
37:9, 37:13, 37:14,
38:11, 38:14, 38:15,
38:17, 38:18, 38:24,
40:14, 40:15, 42:14,
42:22, 42:24, 43:6,
44:14, 45:20, 47:22,
48:5, 50:3, 51:17,
52:18
**ASHAMED** [2] - 23:13,
47:2
**ASIDE** [1] - 43:15
**ASK** [1] - 38:21
**ASKED** [1] - 35:14
**ASKING** [2] - 14:24,
17:21
**ASKS** [1] - 47:16
**ASPECT** [2] - 21:16,
24:13
**ASSAULT** [1] - 39:20
**ASSESSMENT** [22] -
8:1, 8:3, 8:11, 8:12,
8:18, 8:20, 8:22,
48:16, 50:11, 50:12,
50:18, 53:16, 53:20,

53:21, 53:22, 53:25, 54:4, 54:8, 54:14, 54:21, 54:22, 55:20
**ASSETS** [1] - 52:11
**ASSIGNED** [1] - 10:25
**ASSISTANT** [1] - 1:14
**ASSISTED** [1] - 12:6
**ASSUME** [1] - 48:6
**ASSUMING** [1] - 12:11
**AT** [32] - 3:1, 7:17, 8:13, 10:18, 14:24, 15:15, 16:12, 16:13, 17:7, 18:11, 19:12, 19:19, 21:10, 22:1, 23:7, 24:25, 27:9, 30:25, 31:16, 33:19, 36:5, 36:21, 38:14, 39:10, 40:9, 41:6, 45:7, 46:6, 46:18, 48:12, 50:3, 50:5
**ATTACHED** [1] - 56:18
**ATTACKS** [1] - 47:5
**ATTEMPT** [1] - 32:1
**ATTEMPTED** [3] - 4:6, 4:11, 7:21
**ATTEND** [1] - 36:2
**ATTENDED** [1] - 6:20
**ATTORNEY** [8] - 7:8, 7:11, 19:10, 44:2, 45:17, 53:9, 54:1, 56:1
**ATTORNEY'S** [1] - 7:13
**ATTORNEYS** [2] - 1:14, 5:12
**AUDIO** [1] - 39:22
**AUTHORITIES** [3] - 12:6, 12:8, 40:17
**AUTHORITY** [3] - 41:4, 41:5, 41:11
**AVAILABLE** [4] - 14:6, 17:25, 43:12, 48:13
**AVERAGE** [2] - 15:3, 15:7
**AVOID** [2] - 14:6, 48:18
**AWARE** [4] - 15:18, 40:14, 40:20, 54:19
**AWAY** [1] - 31:20

**B**

**B)(2)** [1] - 4:9
**BABY** [2] - 10:10, 10:11
**BABY'S** [2] - 10:13, 44:19
**BABYSIT** [1] - 10:22
**BABYSITTING** [1] - 29:11

**BACK** [10] - 23:18, 27:12, 27:19, 28:13, 29:19, 29:22, 31:25, 33:10, 36:17, 39:2
**BACKLOG** [1] - 50:7
**BAD** [2] - 21:14, 47:3
**BADLY** [1] - 33:17
**BALL** [1] - 24:6
**BASE** [1] - 9:25
**BASED** [1] - 18:9
**BASICALLY** [1] - 6:21
**BASIS** [1] - 36:23
**BATHROOM** [1] - 28:23
**BE** [92] - 5:22, 6:6, 7:5, 8:2, 8:3, 8:11, 8:19, 8:20, 8:22, 9:16, 11:24, 12:10, 13:16, 15:6, 15:7, 16:1, 16:5, 16:7, 16:14, 16:15, 16:16, 16:20, 16:21, 17:1, 17:6, 17:18, 17:25, 18:10, 18:11, 19:24, 19:25, 20:3, 20:23, 22:1, 22:2, 22:5, 23:21, 24:4, 24:5, 24:16, 24:19, 24:21, 24:22, 26:23, 27:18, 28:5, 28:6, 28:18, 29:1, 31:3, 31:20, 31:24, 32:14, 32:19, 33:17, 33:19, 37:1, 37:12, 40:19, 41:23, 42:8, 42:24, 43:13, 47:14, 47:25, 48:2, 48:10, 48:15, 49:3, 49:5, 49:7, 49:10, 49:14, 49:22, 51:11, 52:17, 53:16, 53:20, 54:6, 54:9, 54:20, 55:23, 56:7, 56:12, 56:14, 56:15
**BEAST** [1] - 48:9
**BECAUSE** [39] - 6:6, 6:7, 8:5, 10:3, 10:8, 10:16, 10:19, 12:2, 12:5, 12:12, 14:18, 15:17, 17:17, 19:4, 20:6, 20:10, 22:9, 26:9, 26:19, 28:2, 28:5, 28:7, 28:21, 30:23, 30:24, 31:7, 33:9, 33:11, 33:24, 37:3, 38:9, 40:19, 41:21, 42:5, 43:8, 43:11, 47:12, 47:16, 54:11
**BECOME** [2] - 19:22, 28:19

**BECOMES** [2] - 36:4, 36:8
**BECOMING** [1] - 21:2
**BEDROOM** [1] - 27:6
**BEEN** [22] - 4:21, 18:24, 26:18, 27:14, 28:7, 30:7, 30:19, 32:4, 33:10, 35:20, 35:22, 36:20, 36:24, 37:6, 39:17, 46:12, 46:16, 46:17, 47:9, 49:25, 56:19, 56:20
**BEETLESTONE** [1] - 1:10
**BEFORE** [9] - 1:10, 13:13, 15:6, 23:23, 31:23, 34:10, 40:13, 41:25, 43:24
**BEG** [3] - 24:13, 24:20, 25:1
**BEGAN** [2] - 28:19, 31:17
**BEGIN** [1] - 43:22
**BEGINNING** [1] - 19:9
**BEGS** [1] - 47:20
**BEGUN** [1] - 24:9
**BEHALF** [8] - 3:14, 14:13, 22:13, 35:2, 37:17, 42:13, 42:22, 56:3
**BEHAVIOR** [5] - 23:11, 23:19, 24:11, 41:12, 45:10
**BEHIND** [1] - 24:6
**BEING** [13] - 10:9, 12:22, 15:25, 21:2, 27:3, 29:23, 32:9, 35:11, 35:21, 36:3, 36:11, 47:2, 47:13
**BELIEVE** [9] - 9:21, 15:8, 23:23, 28:2, 31:8, 32:9, 34:2, 56:18, 56:21
**BELIEVED** [2] - 33:17, 39:15
**BELIEVING** [1] - 31:12
**BELONGS** [1] - 33:20
**BEST** [5] - 14:16, 27:18, 28:6, 34:12, 36:18
**BETRAYAL** [2] - 29:15, 30:23
**BETTER** [4] - 21:4, 21:25, 25:2, 34:2
**BETWEEN** [3] - 11:7, 14:19, 40:11
**BEYOND** [2] - 15:7, 47:23
**BIBLE** [3] - 33:23, 46:9, 48:5

**BIRTH** [1] - 10:21
**BIRTHDAYS** [1] - 29:9
**BLESSED** [1] - 28:17
**BLEW** [1] - 29:15
**BLOOD** [1] - 46:11
**BODY** [3] - 27:7, 36:9, 36:22
**BOIL** [1] - 15:11
**BOP** [1] - 16:18
**BORN** [1] - 28:17
**BOTH** [4] - 20:4, 23:24, 42:24, 45:7
**BOY** [1] - 10:12
**BRAIN** [2] - 31:17, 32:13
**BRAVE** [3] - 28:24, 34:11, 47:1
**BREAKING** [1] - 23:6
**BRING** [1] - 43:23
**BRINGS** [1] - 29:17
**BROTHER** [1] - 44:17
**BUILDING** [2] - 2:3, 30:4
**BULK** [1] - 39:12
**BURDEN** [1] - 40:4
**BUREAU** [7] - 49:3, 49:18, 51:18, 53:1, 53:23, 56:11, 57:2
**BUT** [42] - 5:8, 14:10, 16:15, 16:23, 18:11, 18:14, 18:17, 19:4, 19:15, 19:23, 20:24, 21:9, 21:11, 23:19, 24:9, 24:24, 26:24, 27:11, 27:12, 27:13, 27:17, 28:18, 29:21, 30:6, 31:8, 31:19, 32:23, 33:14, 34:1, 34:11, 36:24, 38:3, 38:15, 39:8, 40:4, 40:6, 40:22, 40:24, 41:16, 50:13, 50:20, 54:12
**BY** [51] - 1:22, 1:22, 4:18, 5:22, 7:6, 10:5, 10:11, 10:23, 11:8, 11:11, 11:13, 12:4, 12:8, 12:10, 13:17, 14:2, 14:17, 16:8, 18:17, 20:5, 24:14, 24:15, 29:14, 29:16, 32:13, 33:10, 35:6, 35:21, 35:22, 35:23, 40:17, 41:7, 42:10, 43:7, 45:11, 46:17, 47:8, 47:9, 47:14, 50:1, 50:4, 50:15, 51:4, 51:9, 51:11, 51:17, 51:22, 52:19, 54:19, 55:7, 56:7

**C**

**CALCULATE** [1] - 5:2
**CALCULATION** [4] - 8:23, 9:16, 11:5, 13:5
**CALCULATIONS** [1] - 7:17
**CALL** [3] - 19:3, 26:2, 40:23
**CALLED** [3] - 28:22, 29:5, 35:11
**CAME** [1] - 21:14
**CAN** [35] - 3:7, 3:18, 3:19, 3:21, 6:11, 12:10, 13:16, 16:14, 17:11, 19:4, 22:18, 22:20, 23:14, 24:13, 24:20, 24:25, 25:8, 25:9, 25:11, 25:19, 26:10, 29:13, 31:15, 32:1, 32:25, 33:19, 34:24, 34:25, 38:4, 42:8, 43:13, 43:22, 47:23, 48:20, 55:1
**CAN'T** [3] - 19:3, 23:19, 24:12
**CANCER** [1] - 46:11
**CANNOT** [1] - 39:23
**CAPTURED** [1] - 41:19
**CARD** [1] - 52:7
**CARE** [3] - 13:24, 20:17, 46:7
**CAREER** [1] - 11:22
**CASE** [30] - 1:3, 4:5, 4:10, 5:7, 7:20, 8:5, 9:1, 11:25, 15:4, 15:19, 15:23, 18:5, 19:2, 19:7, 19:14, 19:16, 19:17, 20:6, 20:11, 20:20, 21:17, 22:3, 22:9, 42:5, 44:4, 44:9, 48:13, 48:22, 53:14
**CASES** [3] - 18:17, 18:18, 39:19
**CATEGORY** [2] - 12:23, 13:1
**CAUGHT** [7] - 23:22, 38:10, 38:25, 39:11, 41:21, 41:23, 41:25
**CAUSE** [1] - 36:13
**CAUSED** [7] - 29:14, 29:20, 31:7, 31:9, 33:3, 35:7, 40:3
**CELEBRATING** [1] - 29:9
**CERTAIN** [1] - 14:23
**CERTAINLY** [4] -

15:18, 15:24, 16:18, 16:19
**CERTIFY** [1] - 57:5
**CETERA** [1] - 13:24
**CHAIN** [1] - 24:6
**CHALLENGE** [1] - 21:16
**CHANCE** [1] - 31:19
**CHANGE** [6] - 22:4, 23:19, 28:2, 31:25, 53:10, 54:2
**CHAOS** [1] - 33:2
**CHAPTER** [2] - 11:15, 11:18
**CHAPTERS** [1] - 11:25
**CHARACTER** [1] - 38:20
**CHARACTERISTICS** [2] - 14:5, 46:19
**CHARGE** [2] - 9:25, 48:17
**CHARGES** [3] - 16:7, 20:2, 52:7
**CHART** [3] - 13:2, 18:15
**CHEAP** [1] - 23:17
**CHERYL** [1] - 26:15
**CHESTNUT** [1] - 1:15
**CHICAGO** [1] - 25:22
**CHILD** [19] - 4:6, 4:8, 4:11, 7:22, 8:4, 9:5, 9:7, 9:9, 9:10, 9:11, 9:23, 21:5, 30:12, 38:8, 39:10, 40:3, 44:23, 45:13, 48:3
**CHILDHOOD** [3] - 30:25, 31:21, 31:22
**CHILDREN** [14] - 8:6, 21:6, 28:19, 29:2, 29:25, 30:3, 30:13, 44:24, 44:25, 45:21, 47:8, 47:24, 50:23, 51:1
**CHOICES** [1] - 30:9
**CHOLESTEROL** [1] - 46:12
**CHOOSE** [2] - 32:20
**CHOSE** [1] - 28:18
**CHRISTA** [1] - 35:1
**CHRISTIAN** [1] - 23:9
**CHURCH** [3] - 21:3, 23:7, 41:4
**CIRCUMSTANCES** [3] - 14:4, 46:18, 55:1
**CITE** [1] - 48:6
**CITING** [1] - 48:5
**CITIZEN** [1] - 38:8
**CLEAR** [3] - 20:19, 20:23, 21:15

**CLEARLY** [1] - 12:2
**CLERK** [3] - 3:1, 52:17, 56:2
**CLIENT** [7] - 35:9, 35:18, 36:10, 36:18, 37:6, 37:11, 37:17
**CLIENT'S** [2] - 35:6, 35:16
**CLOAKED** [2] - 41:4, 41:5
**CLOSE** [4] - 3:25, 15:6, 18:21, 39:14
**CLOSEST** [1] - 29:17
**COAXING** [1] - 10:10
**CODE** [2] - 11:19, 13:17
**COLLECT** [1] - 45:12
**COLLECTION** [5] - 8:6, 39:12, 41:17, 43:2, 50:5
**COLLEGE** [1] - 36:2
**COLORADO** [2] - 30:4, 44:16
**COMBINED** [1] - 11:10
**COME** [7] - 10:21, 19:22, 25:13, 27:19, 32:7, 36:17, 40:13
**COMES** [3] - 18:12, 22:25, 32:23
**COMFORTABLE** [1] - 37:24
**COMING** [2] - 21:1, 30:1
**COMMENCE** [1] - 53:7
**COMMENCEMENT** [2] - 50:2, 53:4
**COMMENTS** [2] - 37:20, 38:1
**COMMISSION** [2] - 14:3, 18:8
**COMMIT** [3] - 38:9, 45:20, 49:21
**COMMITTED** [2] - 49:2, 56:11
**COMMITTING** [1] - 18:7
**COMMUNICATED** [1] - 43:8
**COMMUNITY** [3] - 2:2, 35:17, 46:22
**COMPENSATION** [1] - 43:17
**COMPLETELY** [1] - 38:14
**COMPLIANCE** [2] - 50:21, 52:9
**COMPLY** [5] - 5:9, 14:11, 49:25, 50:9, 51:15

**COMPUTER** [6] - 1:22, 1:22, 51:6, 51:8, 51:10, 51:12
**COMPUTER-AIDED** [1] - 1:22
**COMPUTERS** [1] - 17:8
**CONCERNING** [1] - 25:21
**CONCLUDE** [1] - 55:1
**CONCURRENTLY** [1] - 49:17
**CONDEMNED** [1] - 48:1
**CONDITIONS** [5] - 17:4, 49:25, 50:10, 50:22, 51:10
**CONDUCT** [3] - 11:17, 36:13, 41:15
**CONFINED** [1] - 30:11
**CONFINEMENT** [1] - 53:7
**CONFIRM** [1] - 35:15
**CONFIRMED** [1] - 7:5
**CONFRONTED** [2] - 21:4, 45:11
**CONGREGATION** [1] - 29:11
**CONGRESS** [1] - 13:17
**CONNECTION** [2] - 4:14, 11:5
**CONNIVING** [1] - 32:7
**CONSECUTIVE** [1] - 16:10
**CONSECUTIVELY** [3] - 49:6, 49:8, 49:10
**CONSEQUENCES** [2] - 23:10, 30:10, 40:14
**CONSERVATIVE** [1] - 21:3
**CONSIDER** [9] - 5:5, 14:1, 14:3, 14:5, 16:6, 18:23, 19:6, 19:23, 55:11
**CONSIDERED** [1] - 19:16
**CONSISTENTLY** [1] - 41:3
**CONSTANT** [2] - 36:2, 36:5
**CONTACT** [6] - 18:19, 32:8, 42:6, 50:23, 51:1
**CONTINUALLY** [1] - 36:3
**CONTINUE** [1] - 37:5
**CONTINUED** [3] - 2:1, 39:9, 45:12
**CONTRACTUAL** [1] -

51:13
**CONTRIBUTE** [1] - 24:24
**CONTROL** [5] - 30:11, 32:6, 32:8, 32:11, 32:12
**CONTROLLED** [1] - 49:24
**CONVICTED** [1] - 51:20
**CONVICTIONS** [3] - 11:21, 12:20, 12:21
**CONVINCING** [1] - 29:4
**COOPERATE** [1] - 52:3
**COPIES** [1] - 5:12
**CORE** [1] - 36:10
**CORONARY** [1] - 46:13
**CORRECT** [6] - 12:14, 13:5, 42:12, 54:10, 56:16, 57:5
**CORRECTION** [2] - 6:8, 6:12
**CORRECTIONS** [1] - 6:1
**CORRECTIVE** [1] - 24:8
**COST** [1] - 51:12
**COUCH** [1] - 26:25
**COULD** [15] - 15:25, 16:20, 18:10, 19:10, 19:13, 21:7, 21:9, 23:18, 26:1, 27:22, 32:12, 39:2, 40:19, 41:20, 54:21
**COUNSEL** [9] - 1:16, 2:5, 3:3, 5:16, 14:13, 54:5, 56:7, 56:8, 56:10
**COUNT** [12] - 4:8, 4:10, 7:20, 7:23, 8:5, 9:6, 9:24, 11:1, 49:7, 49:9, 49:15, 49:16
**COUNTS** [5] - 4:5, 7:19, 49:5, 49:8, 49:11
**COUNTY** [1] - 16:8
**COURAGE** [1] - 28:21
**COURAGEOUS** [1] - 31:3
**COURSE** [1] - 20:21
**COURT** [87] - 1:1, 1:18, 3:1, 3:2, 3:4, 3:12, 3:16, 3:21, 3:24, 4:4, 5:16, 5:21, 5:22, 6:1, 6:4, 6:11, 6:14, 7:2, 7:6, 7:16, 9:4, 9:19, 9:22,

12:15, 13:8, 13:11, 15:10, 15:15, 19:20, 20:12, 22:11, 22:17, 22:20, 24:13, 24:19, 25:1, 25:4, 25:8, 25:13, 25:18, 25:24, 26:3, 26:8, 28:8, 28:12, 30:15, 30:17, 34:6, 34:9, 34:16, 34:19, 34:22, 34:25, 35:4, 37:14, 37:16, 37:18, 37:22, 37:25, 42:16, 42:20, 43:20, 43:24, 43:25, 47:20, 49:1, 50:1, 51:11, 52:14, 52:18, 52:22, 53:12, 53:13, 54:16, 54:25, 55:4, 55:7, 55:12, 55:16, 55:18, 56:5, 56:10, 56:20, 56:22, 57:1, 57:3, 57:9
**COURT'S** [1] - 56:5
**COURTHOUSE** [1] - 1:19
**COURTROOM** [1] - 1:8
**COVER** [2] - 33:23
**COVERED** [2] - 11:22, 17:25
**COVERING** [1] - 27:8
**COVID** [1] - 25:9
**CREATE** [1] - 36:12
**CREATED** [1] - 31:5
**CREDIT** [8] - 19:25, 20:4, 20:9, 22:6, 38:22, 52:6, 52:7
**CRIME** [2] - 46:23, 49:22
**CRIMES** [9] - 11:22, 13:22, 29:2, 29:25, 30:6, 45:20, 46:3, 46:5, 46:24
**CRIMINAL** [19] - 1:3, 3:5, 4:5, 4:10, 9:24, 12:18, 12:20, 12:21, 12:22, 12:23, 13:1, 48:4, 49:5, 49:7, 49:8, 49:10, 49:15, 49:16
**CRIMINALS** [2] - 13:21, 45:6
**CROWD** [1] - 47:3
**CRUMBLED** [1] - 29:12
**CRUSHING** [1] - 40:4
**CRY** [1] - 48:2
**CURTIS** [1] - 2:3
**CUSTODY** [4] - 49:3, 49:18, 56:11, 57:2

# D

**DAMAGE** [2] - 23:2, 47:7
**DAMAGED** [1] - 30:6
**DAMAGING** [3] - 40:19, 40:20, 40:25
**DANGEROUS** [2] - 11:20, 49:23
**DATE** [2] - 55:24, 57:9
**DAUGHTER** [1] - 26:16
**DAY** [3] - 30:20, 32:23, 48:11
**DAYS** [7] - 4:22, 30:10, 50:2, 53:7, 53:9, 54:2, 55:24
**DEAL** [1] - 32:3
**DEALINGS** [1] - 52:4
**DECEIVED** [1] - 48:8
**DECIDED** [1] - 38:9
**DECISION** [2] - 15:10, 15:12
**DECREASE** [1] - 12:5
**DECREASED** [1] - 12:4
**DEEDS** [1] - 24:5
**DEEP** [1] - 47:3
**DEEPLY** [2] - 23:13, 29:19
**DEFENDANT** [68] - 1:6, 2:5, 3:23, 4:3, 5:16, 6:8, 6:20, 10:4, 10:10, 10:19, 10:21, 11:16, 12:2, 12:6, 13:22, 13:23, 14:5, 14:14, 22:12, 22:22, 26:16, 26:19, 35:6, 36:13, 37:4, 38:21, 43:18, 46:3, 46:20, 47:15, 47:16, 47:19, 49:2, 49:14, 49:18, 49:20, 49:21, 50:1, 50:4, 50:5, 50:9, 50:10, 50:14, 50:18, 50:22, 50:24, 51:3, 51:7, 51:9, 51:11, 51:15, 51:21, 51:24, 52:2, 52:6, 52:9, 52:10, 52:15, 52:25, 53:5, 53:8, 53:12, 53:15, 53:17, 53:19, 53:23, 54:1
**DEFENDANT'S** [4] - 4:22, 12:7, 12:18, 51:5
**DEFENDANTS** [3] - 18:24, 21:22, 40:13
**DEFENDER** [2] - 2:2, 54:19

**DEFENDERS** [1] - 3:14
**DEFENSE** [2] - 3:12, 14:13
**DEFERENCE** [1] - 43:11
**DEFILE** [1] - 37:5
**DEFINITELY** [1] - 26:18
**DEGRADATION** [1] - 47:11
**DEGREES** [1] - 46:8
**DEMOGRAPHIC** [1] - 15:9
**DEMONS** [1] - 21:4
**DEMONSTRATE** [1] - 24:21
**DEMONSTRATED** [1] - 12:3
**DENIED** [5] - 27:21, 39:5, 42:1, 45:13, 55:14
**DENY** [1] - 27:22
**DENYING** [1] - 40:18
**DEPARTURES** [2] - 5:3, 13:8
**DEPICT** [1] - 8:6
**DEPICTED** [1] - 35:2
**DEPICTING** [1] - 41:11
**DEPRAVITY** [1] - 47:23
**DEPRESSED** [1] - 31:22
**DEPRESSION** [3] - 37:7, 46:11, 47:3
**DEPTHS** [1] - 34:4
**DEPUTY** [2] - 52:23, 56:2
**DESCRIBE** [2] - 47:10, 47:11
**DESCRIBED** [3] - 47:2, 47:4, 47:7
**DESCRIBES** [2] - 47:19, 47:22
**DESERVE** [1] - 32:11
**DESERVED** [1] - 43:22
**DESERVES** [3] - 31:21, 42:2, 47:21
**DESIRE** [3] - 23:22, 24:2, 43:10
**DESPICABLE** [1] - 32:16
**DESPITE** [4] - 20:2, 20:3, 21:12, 21:22
**DESTROY** [1] - 32:21
**DESTROYED** [3] - 30:7, 30:8, 33:1
**DETAILED** [3] - 15:2,

42:24, 44:14
**DETECTIVES** [1] - 40:18
**DETER** [2] - 42:8, 45:18
**DETERMINATIVE** [1] - 13:15
**DETERMINE** [1] - 48:21
**DETERMINED** [5] - 11:11, 11:24, 24:14, 24:15, 50:3
**DETERRENCE** [7] - 13:20, 17:24, 18:1, 18:2, 45:6, 45:7, 45:16
**DETERRENT** [1] - 38:15
**DEVASTATED** [1] - 35:20
**DEVASTATING** [1] - 28:23
**DEVASTATION** [1] - 29:19
**DEVICE** [1] - 49:23
**DEVICES** [2] - 42:1, 51:6
**DEVIL** [1] - 48:8
**DEVIOUS** [1] - 23:21
**DIAGNOSED** [2] - 37:6, 46:13
**DID** [23] - 5:12, 7:7, 20:18, 22:14, 22:15, 23:23, 26:24, 27:12, 27:19, 27:22, 28:3, 30:23, 30:24, 32:17, 32:25, 39:15, 39:16, 40:21, 40:25, 42:5, 47:8, 55:10, 55:13
**DIDN'T** [5] - 21:13, 27:25, 31:17, 39:7, 41:17
**DIFFERENCE** [1] - 24:25
**DIFFERENT** [2] - 31:13, 36:24
**DIFFERENTIAL** [1] - 39:24
**DIFFICULTIES** [1] - 25:21
**DIRECT** [1] - 52:12
**DIRECTED** [1] - 51:17
**DIRECTION** [1] - 50:6
**DISCHARGED** [2] - 50:17, 51:23
**DISCLOSURE** [2] - 39:4, 51:25
**DISCOUNT** [1] - 38:8
**DISCUSSED** [1] - 25:22

**DISCUSSION** [3] - 34:18, 55:12, 55:13
**DISEASE** [1] - 46:13
**DISGUSTING** [2] - 32:7, 32:19
**DISPARITIES** [2] - 14:7, 48:19
**DISTANT** [1] - 24:21
**DISTRIBUTION** [3] - 36:16, 51:14, 52:18
**DISTRICT** [6] - 1:1, 1:2, 49:19, 52:17, 53:9, 54:2
**DIVERTED** [1] - 54:22
**DIVINITY** [1] - 6:24
**DNA** [2] - 50:5, 50:7
**DO** [35] - 7:2, 7:10, 8:25, 9:12, 9:13, 13:4, 13:14, 14:12, 16:21, 21:8, 21:15, 21:20, 23:9, 23:23, 24:13, 24:20, 24:25, 25:6, 25:25, 27:8, 32:23, 33:14, 39:7, 39:16, 39:19, 41:13, 42:5, 44:5, 44:12, 46:10, 52:19, 52:21, 55:9
**DOCTORATE** [1] - 6:25
**DOES** [11] - 12:11, 17:20, 17:21, 20:17, 21:3, 21:23, 32:11, 33:16, 38:8, 53:12, 54:5
**DOING** [5] - 17:7, 20:10, 39:17, 41:23, 45:19
**DOLLAR** [1] - 42:15
**DON'T** [6] - 9:21, 28:2, 28:4, 28:5, 32:22, 54:11
**DONE** [7] - 23:1, 23:14, 42:1, 43:23, 45:13, 45:19, 47:10
**DOWN** [3] - 15:11, 35:11, 36:20
**DOWNLOAD** [2] - 37:4, 39:9
**DOWNWARD** [1] - 4:23
**DRAGGING** [1] - 24:6
**DROWNED** [1] - 34:4
**DRUG** [1] - 50:2
**DRUGS** [1] - 47:4
**DUE** [6] - 37:9, 52:24, 53:5, 53:16, 53:21, 53:22
**DURING** [2] - 19:21, 51:5

**DYING** [2] - 14:21, 46:1

# E

**E)** [1] - 4:13
**EACH** [7] - 7:23, 15:15, 18:14, 42:2, 49:4, 49:6, 49:15
**EARLIER** [1] - 55:11
**EARLY** [1] - 19:9
**EASE** [1] - 47:4
**EASIER** [1] - 28:3
**EASTERN** [1] - 1:2
**EASY** [1] - 21:7
**ED** [3] - 10:24, 27:24, 47:25
**EDPA** [1] - 2:2
**EDUCATED** [2] - 46:8, 46:21
**EDUCATION** [2] - 13:23, 46:7
**EFFECT** [3] - 8:24, 14:23, 22:10
**EFFECTIVE** [2] - 16:1, 55:23
**EFFECTIVELY** [1] - 19:4
**EITHER** [4] - 14:19, 24:3, 25:8, 50:24
**ELEMENTS** [2] - 5:9, 14:11
**ELEVATED** [1] - 8:7
**ELIMINATE** [1] - 54:13
**ELIMINATION** [1] - 50:7
**ELOQUENTLY** [1] - 41:19
**ELSE** [5] - 14:23, 21:20, 33:16, 37:19, 56:23
**ELSE'S** [1] - 30:11
**EMBARRASSING** [3] - 32:14, 33:5
**EMOTIONAL** [1] - 24:4
**EMOTIONS** [2] - 23:24, 33:7
**EMPATHY** [1] - 20:17
**EMPLOYMENT** [1] - 50:25
**ENCOUNTERS** [1] - 36:9
**ENCOURAGING** [1] - 44:19
**ENCUMBER** [1] - 52:11
**END** [1] - 30:2
**ENDING** [1] - 36:16
**ENDURE** [1] - 42:3
**ENDURED** [1] - 30:22

ENGAGE [1] - 45:24
ENGAGED [1] - 11:16
ENGLISH [1] - 23:14
ENHANCEMENT [1] - 11:15
ENJOYING [1] - 30:3
ENORMITY [1] - 23:10
ENOUGH [3] - 16:2, 28:5, 40:7
ENTER [2] - 12:9, 56:2
ENTERED [3] - 24:17, 55:25, 56:19
ENTERTAINED [1] - 19:16
ENTIRE [5] - 9:14, 20:12, 33:19, 41:20, 53:3
ENTITLED [1] - 57:7
ENVIRONMENT [1] - 21:6
ENVIRONMENTAL [1] - 21:10
EPISODE [1] - 40:2
EQUATES [1] - 12:23
EQUIVALENT [2] - 42:9, 43:20
ERIC [2] - 1:14, 3:9
ERICA [1] - 43:4
ERRORS [1] - 55:7
ESCAPE [1] - 40:5
ESPECIALLY [2] - 19:21, 54:11
ESQUIRE [2] - 1:14, 2:2
ESSENTIALLY [1] - 14:17
ET [1] - 13:24
EVALUATE [1] - 13:13
EVALUATION [2] - 50:15, 51:22
EVEN [11] - 16:11, 17:3, 17:12, 28:1, 31:17, 31:23, 37:2, 39:7, 40:24, 47:6
EVENT [3] - 16:4, 17:3, 53:3
EVENTS [1] - 28:25
EVER [10] - 15:24, 19:15, 32:7, 35:20, 36:19, 40:4, 41:20, 48:11
EVERY [7] - 29:19, 31:21, 33:10, 35:23, 36:9, 36:12, 36:15
EVERYBODY [1] - 3:19
EVERYONE [6] - 29:7, 32:21, 33:16, 33:22, 37:23, 45:23
EVERYTHING [4] -

17:14, 20:13, 20:19, 29:6
EVIDENCE [7] - 18:4, 18:9, 20:3, 20:16, 21:19, 21:22, 27:15
EVIDENCE-BASED [1] - 18:9
EXACTLY [3] - 17:6, 19:4, 30:21
EXAMINATION [1] - 51:5
EXAMPLE [2] - 21:5, 23:5
EXCEED [1] - 51:12
EXCEPTION [1] - 43:3
EXCHANGE [1] - 40:9
EXCUSE [2] - 31:25, 32:25
EXCUSES [1] - 20:24, 21:8
EXHIBIT [1] - 18:16
EXHIBITS [1] - 56:17
EXISTED [1] - 36:20
EXPECTANCY [6] - 14:19, 15:1, 15:4, 15:8, 15:21, 17:10
EXPECTATIONS [1] - 43:13
EXPECTED [3] - 7:4, 15:17, 29:1
EXPENSES [1] - 37:12
EXPERIENCE [1] - 36:14
EXPLAIN [1] - 38:16
EXPLICIT [1] - 35:10
EXPLOITATION [3] - 37:9, 37:13, 38:8
EXPLOITED [1] - 10:4
EXPOSED [1] - 45:2
EXPRESS [3] - 23:14, 23:17, 52:13
EXTENSIVE [1] - 37:8
EXTENT [1] - 49:11
EXTRAORDINARY [1] - 34:11
EXTREME [1] - 17:20
EXTREMELY [3] - 17:2, 20:2, 22:2
EYES [2] - 27:14, 29:18

F

FACE [1] - 40:1
FACET [1] - 35:24
FACT [7] - 13:5, 16:6, 21:13, 29:3, 31:16, 32:24, 47:25
FACTOR [6] - 13:14, 15:20, 44:6, 45:5,

45:7, 46:2
FACTORS [15] - 5:5, 5:6, 5:7, 13:12, 13:13, 14:9, 15:14, 15:15, 15:22, 18:12, 21:10, 38:19, 44:4, 55:13
FACTS [6] - 5:7, 18:14, 18:18, 44:4, 46:23
FACTUAL [1] - 5:21
FAILURE [1] - 56:3
FAIR [1] - 31:24
FALSE [1] - 48:10
FAMILIAS [1] - 46:22
FAMILY [24] - 23:3, 24:23, 26:15, 27:18, 27:25, 29:4, 29:9, 29:10, 29:12, 29:20, 29:21, 30:9, 31:14, 33:1, 33:9, 36:11, 40:5, 41:3, 41:6, 41:7, 42:23, 44:16, 46:22, 47:21
FAR [1] - 30:4
FATHER [4] - 39:6, 41:6, 47:18, 47:22
FATHER-IN-LAW [1] - 47:22
FATHOM [1] - 47:23
FEAR [6] - 24:24, 31:6, 35:25, 36:2, 36:6, 47:10
FEDERAL [5] - 2:2, 3:14, 16:10, 23:6, 49:21
FEEDING [1] - 29:5
FEEL [7] - 24:23, 28:4, 28:5, 30:22, 31:9, 32:22, 47:12
FEELING [2] - 39:25, 47:3
FEELINGS [2] - 21:5, 32:10
FEELS [1] - 36:25
FEET [1] - 26:10
FELONY [1] - 11:18
FELT [4] - 21:7, 29:16, 33:10, 33:13
FEW [1] - 4:22
FIGURE [4] - 41:6, 42:15
FILE [4] - 55:23, 55:25, 56:1, 56:3
FILTER [1] - 51:8
FILTERING [1] - 51:10
FINALLY [4] - 29:23, 30:1, 30:21, 33:19
FINANCIAL [5] - 51:25, 52:4, 53:1,

53:24, 56:9
FINANCIALLY [1] - 56:8
FIND [3] - 32:16, 34:9, 46:3
FINDS [1] - 53:12
FINE [10] - 7:25, 8:10, 8:17, 9:17, 25:18, 48:15, 52:10, 52:12, 53:13, 53:14
FINISH [1] - 33:21
FIRE [1] - 48:9
FIREARM [1] - 49:23
FIRM [2] - 43:7, 43:8
FIRST [14] - 5:1, 13:13, 22:15, 25:7, 26:4, 26:12, 29:3, 36:21, 38:6, 38:21, 40:3, 44:6, 45:9, 45:15
FIRST-TIME [1] - 45:9
FIVE [7] - 7:24, 8:16, 11:6, 11:7, 11:24, 41:24, 48:15
FIVE-YEAR [2] - 7:24, 8:16
FLIP [1] - 35:14
FLORES [1] - 55:10
FLORES-MEJIA [1] - 55:10
FOCUS [1] - 9:15
FOCUSES [2] - 18:2, 20:15
FOLKS [2] - 25:14, 26:2
FOLLOW [1] - 24:6
FOLLOWING [2] - 4:15, 50:10
FOLLOWS [1] - 42:22
FOR [96] - 1:2, 1:16, 2:5, 3:9, 4:23, 5:3, 5:23, 7:22, 9:25, 11:6, 12:3, 13:17, 13:19, 14:13, 15:8, 16:2, 17:16, 17:21, 18:1, 18:11, 19:3, 20:4, 20:9, 20:21, 20:24, 21:4, 21:13, 21:24, 21:25, 22:5, 22:6, 23:15, 24:13, 24:17, 25:1, 26:5, 26:13, 26:15, 26:23, 27:14, 27:17, 28:6, 29:2, 29:7, 29:21, 29:23, 29:25, 30:1, 30:7, 30:20, 31:4, 31:5, 31:18, 32:17, 34:3, 35:3, 36:12, 37:3, 37:8, 37:12, 37:16, 38:8, 38:10,

38:18, 38:21, 38:22, 38:23, 39:11, 39:18, 40:7, 40:24, 41:15, 42:3, 42:7, 43:10, 44:8, 44:9, 47:16, 48:1, 48:11, 49:3, 49:14, 50:15, 51:22, 52:10, 52:18, 52:19, 53:9, 53:18, 54:1, 55:8, 55:11, 55:23, 56:12
FOREGOING [1] - 57:5
FORENSIC [1] - 41:25
FORFEITURE [2] - 8:1, 8:18
FORGIVENESS [2] - 24:1, 24:3
FORMER [2] - 23:4, 24:11
FORTUNATELY [1] - 47:9
FORWARD [7] - 29:22, 29:24, 30:1, 30:2, 32:1, 56:1
FOUND [9] - 8:1, 8:11, 8:19, 8:20, 10:1, 31:2, 35:10, 36:19, 44:21
FOUR [6] - 10:5, 10:15, 11:8, 11:15, 38:3, 38:17
FRANKLY [1] - 19:9
FREAK [1] - 32:15
FREE [4] - 24:21, 29:8, 30:4, 47:14
FRIVOLOUS [1] - 24:19
FROM [58] - 3:8, 3:11, 3:14, 6:7, 6:15, 6:19, 6:23, 13:21, 17:19, 19:8, 19:10, 19:20, 20:19, 20:20, 20:25, 21:1, 22:11, 22:15, 22:16, 22:17, 22:24, 25:6, 25:8, 25:9, 28:16, 28:19, 30:4, 31:2, 32:2, 32:22, 33:13, 36:17, 37:24, 39:23, 40:9, 40:15, 40:16, 41:3, 41:17, 42:8, 43:1, 43:14, 43:17, 44:2, 44:16, 45:19, 46:3, 46:5, 49:13, 49:17, 49:22, 50:5, 52:6, 53:7, 55:16, 55:24, 56:24, 57:6
FRONT [2] - 20:12, 35:15

**FROZEN** [2] - 27:1, 27:12
**FULL** [6] - 24:16, 27:7, 31:1, 42:24, 51:25, 52:20
**FULLY** [1] - 29:13
**FUNCTIONAL** [2] - 42:9, 43:20
**FUNDS** [1] - 54:21
**FUNNY** [1] - 36:21
**FURTHER** [7] - 12:5, 13:21, 46:3, 46:5, 52:15, 53:14, 53:19
**FUTURE** [6] - 24:21, 30:7, 30:9, 37:13, 42:9, 43:14

**G**

**GAIN** [1] - 31:2
**GASLIGHT** [1] - 27:24
**GAVE** [1] - 39:8
**GEARS** [1] - 22:1
**GENERAL** [2] - 18:2, 45:16
**GENERALLY** [1] - 45:8
**GENEROUS** [2] - 24:16, 25:1
**GENITALS** [2] - 45:2
**GET** [16] - 16:4, 16:13, 16:19, 17:18, 19:22, 20:8, 20:9, 20:11, 23:22, 25:19, 27:8, 31:20, 33:18, 34:15, 38:9, 38:10
**GETS** [1] - 38:23
**GETTING** [1] - 29:24
**GIBSON** [38] - 1:14, 3:9, 5:14, 5:19, 5:23, 6:3, 9:2, 9:21, 12:14, 13:6, 13:10, 22:14, 22:19, 22:21, 25:6, 25:16, 25:20, 26:1, 28:10, 30:16, 34:14, 34:17, 34:20, 37:14, 37:20, 37:23, 38:1, 42:18, 42:21, 52:21, 54:17, 54:18, 55:3, 55:17, 56:17, 56:21, 56:24
**GIRL** [1] - 33:17
**GIVE** [3] - 19:25, 27:5, 27:7
**GIVEN** [6] - 20:1, 20:4, 22:6, 25:9, 36:15, 45:17
**GLIGOR** [2] - 1:18, 57:10
**GO** [19] - 4:25, 7:7,

7:10, 9:12, 9:14, 18:13, 21:17, 21:23, 22:18, 23:18, 24:9, 28:14, 31:25, 32:4, 34:22, 35:24, 37:22, 54:12, 54:14
**GOALS** [1] - 36:10
**GOD** [4] - 23:1, 33:3, 33:24, 46:21
**GOES** [1] - 15:13
**GOING** [20] - 4:25, 5:1, 5:3, 5:4, 5:8, 13:12, 15:22, 18:13, 21:20, 22:3, 22:10, 25:14, 26:18, 27:14, 28:2, 28:7, 38:4, 39:14, 44:5, 55:22
**GOOD** [6] - 3:2, 3:3, 3:13, 10:12, 34:23, 40:7
**GOT** [5] - 21:10, 41:21, 41:23, 41:24, 42:21
**GOTTEN** [1] - 33:16
**GOVERNMENT** [18] - 1:16, 3:8, 5:23, 9:19, 12:11, 17:21, 18:1, 19:20, 20:15, 21:19, 25:5, 42:13, 42:25, 44:2, 52:19, 55:16, 56:24
**GOVERNMENT'S** [5] - 4:19, 4:20, 4:24, 40:16, 44:3
**GRACE** [17] - 23:1, 28:17, 28:21, 29:3, 29:5, 30:16, 30:18, 34:8, 34:13, 39:3, 39:6, 41:12, 41:16, 41:19, 42:23, 43:9
**GRANDCHILDREN** [5] - 29:11, 39:1, 44:22, 46:25, 47:18
**GRANDDAUGHTER** [10] - 30:19, 41:8, 44:10, 44:12, 44:17, 45:1, 45:12, 45:15, 47:1
**GRANDDAUGHTER'S** [1] - 40:1
**GRANDFATHER** [1] - 10:20
**GRANDPARENTS** [1] - 30:24
**GRANDSON** [1] - 44:10
**GRANTS** [1] - 24:15
**GREAT** [1] - 23:17
**GREATER** [4] - 5:9, 9:12, 14:10, 43:15

**GRIEF** [2] - 26:6, 26:15
**GRIEVOUSLY** [1] - 24:2
**GROOMING** [2] - 39:21, 44:12
**GROUP** [11] - 9:6, 9:8, 9:9, 9:10, 9:15, 9:22, 11:2, 11:6, 11:12, 11:13
**GROUPING** [2] - 9:5, 9:14
**GROUPS** [1] - 9:5
**GUESS** [1] - 39:8
**GUIDELINE** [5] - 10:2, 10:6, 11:9, 14:1, 46:14
**GUIDELINES** [13] - 5:2, 5:4, 7:17, 8:24, 12:24, 13:2, 13:15, 19:3, 22:4, 22:5, 42:4, 42:10, 48:20
**GUILT** [1] - 27:20
**GUILTY** [6] - 4:4, 4:10, 12:9, 19:13, 20:5, 24:17

**H**

**HAD** [18] - 21:21, 21:24, 25:22, 26:20, 27:1, 27:6, 28:21, 33:10, 35:13, 39:3, 39:22, 40:6, 41:22, 44:2, 44:11, 45:13, 46:24, 48:8
**HALF** [1] - 11:7
**HANDLE** [1] - 56:10
**HANDLED** [1] - 15:25
**HANDS** [2] - 43:9, 43:16
**HANDS-ON** [2] - 43:9, 43:16
**HANGED** [1] - 34:3
**HAPPEN** [2] - 16:21, 20:25
**HAPPENED** [9] - 20:13, 30:20, 31:7, 31:24, 32:1, 33:14, 39:4, 39:9, 41:14
**HAPPENS** [1] - 21:23
**HAPPIER** [1] - 32:2
**HAPPY** [1] - 36:11
**HARBORING** [1] - 32:10
**HARD** [3] - 3:19, 19:22, 30:21
**HARDWARE** [1] - 51:7
**HARMFUL** [1] - 22:2
**HAS** [45] - 3:19, 12:2,

12:6, 14:23, 15:10, 19:15, 19:19, 19:21, 19:25, 20:3, 20:6, 20:10, 20:16, 20:17, 21:21, 22:5, 23:15, 24:9, 26:17, 27:14, 27:24, 28:3, 28:7, 28:25, 29:12, 30:8, 30:9, 35:20, 35:22, 35:25, 36:7, 36:9, 36:10, 37:6, 37:11, 43:8, 43:23, 45:17, 47:19, 47:20, 47:24, 48:1, 52:13, 54:9
**HAT** [1] - 28:16
**HATRED** [3] - 23:24, 24:1, 31:6
**HAVE** [99] - 3:2, 3:7, 3:16, 4:4, 4:14, 4:21, 5:16, 6:15, 9:12, 12:12, 13:11, 15:24, 16:17, 16:24, 17:4, 17:5, 17:14, 17:25, 18:18, 18:24, 19:7, 19:14, 19:24, 19:25, 21:9, 22:10, 22:25, 23:1, 23:2, 23:3, 23:6, 23:11, 23:12, 23:14, 23:17, 23:22, 24:2, 24:9, 24:17, 24:23, 24:24, 27:15, 29:13, 30:6, 30:7, 30:19, 30:22, 31:18, 32:4, 32:5, 32:7, 32:17, 33:6, 33:15, 34:10, 35:7, 36:6, 36:17, 36:20, 36:22, 36:23, 36:24, 37:14, 37:15, 38:1, 38:5, 39:5, 39:13, 39:17, 39:18, 39:19, 40:4, 40:24, 41:2, 41:15, 42:14, 43:1, 43:2, 43:14, 45:19, 46:8, 46:9, 46:10, 46:11, 46:12, 46:16, 47:9, 47:10, 48:19, 49:25, 52:20, 53:13, 55:9, 55:14, 56:2, 56:6, 56:19
**HAVING** [4] - 17:8, 20:11, 36:11, 47:22
**HE** [129] - 3:19, 6:24, 11:17, 11:19, 15:6, 15:16, 15:17, 16:4, 16:5, 16:7, 16:9, 16:11, 16:13, 16:14, 16:16, 16:21, 17:1, 17:3, 17:6, 17:10, 17:13, 19:9, 19:13,

19:15, 19:19, 20:6, 20:8, 20:9, 20:10, 20:16, 20:17, 20:18, 20:20, 20:22, 21:7, 21:8, 21:13, 21:14, 21:16, 21:20, 22:4, 22:5, 26:21, 26:24, 27:2, 27:4, 27:5, 27:11, 27:17, 27:18, 27:19, 27:21, 27:22, 27:24, 27:25, 28:2, 28:3, 28:5, 28:17, 28:18, 28:19, 28:20, 29:3, 29:6, 29:8, 30:8, 30:9, 30:12, 30:24, 31:11, 31:20, 32:11, 32:12, 32:16, 32:17, 32:23, 32:24, 32:25, 33:2, 33:11, 33:22, 33:24, 33:25, 34:4, 38:8, 38:9, 38:11, 38:23, 38:25, 39:5, 39:9, 39:11, 39:16, 40:17, 40:18, 40:19, 40:20, 40:21, 40:25, 41:4, 41:7, 41:21, 41:22, 41:24, 41:25, 42:1, 42:2, 42:5, 47:17, 47:24, 51:19, 54:9, 54:12, 54:20, 55:1, 57:1
**HEAD** [3] - 27:13, 39:23, 41:6
**HEAL** [1] - 30:8
**HEALTH** [2] - 46:10, 51:21
**HEALTHIER** [1] - 32:2
**HEAR** [14] - 3:21, 22:11, 22:15, 22:17, 23:20, 25:6, 25:8, 25:9, 25:11, 26:10, 26:11, 34:24, 41:17
**HEARD** [6] - 38:5, 39:5, 39:23, 41:3, 44:2
**HEARING** [2] - 1:12, 3:19
**HEART** [3] - 22:24, 29:19, 43:4
**HEAVEN** [1] - 48:2
**HEINOUS** [2] - 45:10, 48:4
**HELD** [3] - 29:1, 29:23, 31:6
**HELP** [1] - 39:15
**HELPFUL** [1] - 6:6
**HER** [37] - 23:2, 33:18, 35:7, 35:10, 35:11, 35:12, 35:14, 35:15, 35:17, 35:21, 35:24,

36:1, 36:2, 36:5, 36:6, 36:9, 36:13, 36:17, 36:18, 37:8, 37:9, 39:6, 40:3, 40:6, 44:12, 44:13, 44:17, 45:1, 45:2, 47:4, 47:5, 47:22

**HERE** [21] - 3:16, 4:1, 20:7, 21:10, 25:14, 25:17, 26:2, 28:25, 30:4, 30:21, 32:2, 32:9, 35:2, 37:24, 40:25, 41:21, 43:9, 45:21, 46:17, 46:20

**HEREBY** [3] - 49:2, 56:6, 57:1

**HEY** [2] - 39:7, 39:13

**HI** [1] - 30:18

**HIGH** [3] - 35:18, 46:11, 46:12

**HIGHEST** [1] - 11:12

**HIGHLY** [2] - 46:8, 46:20

**HIM** [34] - 10:4, 10:12, 14:21, 16:2, 17:17, 17:18, 19:11, 20:24, 22:5, 22:17, 26:25, 29:3, 29:6, 29:24, 30:4, 32:5, 32:8, 32:11, 32:14, 32:22, 33:3, 33:6, 33:9, 34:3, 35:7, 36:13, 41:21, 42:8, 43:14, 43:23, 44:13, 44:19

**HIMSELF** [5] - 20:18, 29:7, 39:22, 41:4, 41:5

**HIRE** [1] - 56:8

**HIS** [58] - 3:11, 15:6, 15:9, 15:20, 16:6, 17:10, 17:13, 19:12, 20:1, 20:25, 21:15, 21:16, 27:25, 28:24, 29:2, 29:4, 29:11, 29:20, 29:23, 29:25, 30:5, 30:6, 30:8, 30:9, 30:10, 33:7, 33:23, 34:3, 38:11, 38:12, 38:23, 39:1, 39:24, 39:25, 40:19, 40:21, 41:8, 41:12, 41:15, 42:1, 42:3, 46:22, 47:17, 47:18, 47:21, 51:25, 52:4, 52:5, 54:23

**HISTORY** [8] - 12:19, 12:21, 12:22, 12:23, 13:1, 14:4, 38:20, 46:19

**HOLIDAYS** [1] - 29:9

**HOME** [1] - 44:21

**HONOR** [64] - 3:3, 3:9, 3:13, 3:19, 4:3, 5:14, 5:15, 5:19, 5:20, 5:24, 5:25, 6:9, 6:13, 6:18, 7:4, 9:2, 9:3, 9:18, 12:14, 13:6, 13:7, 13:9, 13:10, 14:15, 14:17, 14:21, 14:24, 15:5, 15:12, 15:13, 15:17, 16:11, 16:23, 17:5, 17:25, 18:5, 18:11, 18:23, 19:3, 22:8, 22:23, 22:24, 25:3, 25:7, 25:20, 26:4, 26:12, 28:10, 30:14, 30:16, 34:23, 37:21, 40:13, 42:11, 42:18, 43:19, 52:21, 54:8, 54:18, 54:25, 55:9, 55:10, 55:17, 56:25

**HONORABLE** [1] - 1:10

**HOPE** [3] - 30:7, 32:23, 32:25

**HOPEFULLY** [1] - 16:19

**HOPELESSNESS** [1] - 47:12

**HORRIBLY** [1] - 47:24

**HORRIFIC** [1] - 36:23

**HORRIFYING** [1] - 28:22

**HOSPITAL** [1] - 35:19

**HOURS** [1] - 49:17

**HOUSE** [2] - 10:22, 28:24

**HOUSEHOLD** [1] - 21:1

**HOW** [19] - 6:4, 15:16, 16:3, 17:9, 20:24, 23:14, 23:21, 27:2, 30:8, 30:22, 31:4, 35:5, 38:15, 39:19, 40:19, 40:20, 40:25

**HOWEVER** [2] - 36:11, 45:25

**HUMILIATED** [1] - 23:12

**HURT** [6] - 23:11, 24:2, 30:8, 30:12, 40:10

**HURTS** [1] - 29:18

**HUSBAND** [2] - 29:5, 30:3

**HYPOCRITES** [1] - 23:9

**I**

**I'M** [4] - 20:7, 26:8, 34:8, 39:14

**IDEA** [2] - 19:16, 27:2

**IDENTIFIED** [2] - 43:6, 46:17

**IDENTITY** [1] - 35:15

**IF** [28] - 3:18, 3:19, 5:4, 8:1, 8:11, 8:18, 8:20, 15:5, 16:4, 16:11, 17:10, 19:24, 21:16, 22:12, 23:18, 25:10, 26:1, 26:9, 27:2, 37:24, 39:2, 45:24, 54:9, 54:21, 55:25, 56:7, 56:9

**ILLEGAL** [1] - 49:24

**IMAGES** [15] - 8:6, 35:6, 35:10, 35:21, 35:23, 36:3, 36:6, 37:4, 39:10, 43:1, 44:22, 44:23, 44:24, 45:14, 47:13

**IMMEDIATELY** [4] - 52:24, 53:16, 53:21, 53:22

**IMMENSE** [1] - 29:14

**IMPACT** [3] - 4:19, 46:24, 54:23

**IMPACTED** [1] - 35:7

**IMPLEMENTATION** [1] - 54:6

**IMPLORE** [1] - 43:19

**IMPORTANT** [5] - 19:1, 19:6, 19:19, 21:11, 21:12

**IMPORTANTLY** [1] - 19:24

**IMPOSE** [8] - 5:8, 14:9, 14:22, 14:24, 16:24, 19:3, 43:20, 45:21

**IMPOSED** [5] - 8:3, 8:22, 13:16, 18:21, 48:15

**IMPOSES** [3] - 15:5, 16:11, 18:5

**IMPOSING** [1] - 13:25

**IMPOUND** [2] - 4:24, 56:16

**IMPRESSIONABLE** [1] - 31:16

**IMPRISONED** [2] - 49:3, 56:12

**IMPRISONMENT** [1] - 49:13

**IN** [202] - 1:1, 4:4, 4:6, 4:8, 4:9, 4:12, 4:14, 4:16, 4:17, 4:22, 5:5,

5:10, 6:16, 6:20, 6:21, 6:25, 7:1, 7:20, 8:5, 8:6, 8:14, 8:24, 9:8, 9:15, 9:16, 9:25, 10:1, 10:12, 11:4, 11:14, 11:16, 11:18, 11:25, 12:5, 12:6, 12:12, 12:21, 12:23, 13:4, 13:17, 13:25, 14:9, 14:11, 14:17, 14:20, 14:21, 14:25, 15:2, 15:4, 15:6, 15:19, 15:22, 16:1, 16:2, 16:4, 16:6, 16:8, 16:23, 16:25, 17:3, 17:13, 17:22, 18:3, 18:5, 18:8, 18:16, 18:19, 18:23, 18:25, 19:2, 19:7, 19:8, 19:15, 19:19, 19:22, 20:1, 20:10, 20:11, 20:12, 20:15, 20:22, 21:1, 22:2, 22:7, 22:9, 22:25, 23:6, 23:20, 24:19, 24:20, 25:2, 25:10, 25:21, 25:25, 26:22, 26:25, 27:1, 27:13, 27:25, 28:3, 28:23, 28:24, 29:2, 29:18, 29:23, 30:4, 30:8, 31:6, 31:14, 31:16, 31:22, 31:25, 32:1, 32:7, 32:24, 33:7, 33:10, 33:12, 33:20, 34:2, 34:4, 34:10, 35:2, 35:13, 35:15, 35:23, 35:24, 36:2, 36:5, 36:10, 36:18, 37:11, 38:1, 38:6, 38:11, 39:1, 39:4, 39:24, 40:3, 40:21, 40:22, 41:4, 41:5, 41:7, 41:8, 41:9, 41:22, 42:5, 42:16, 42:24, 43:3, 43:4, 43:5, 43:11, 43:14, 44:4, 44:9, 44:22, 44:24, 45:23, 45:24, 46:1, 46:22, 47:2, 47:3, 47:22, 47:25, 48:13, 48:20, 48:22, 49:19, 50:9, 50:14, 50:17, 51:13, 51:21, 52:3, 52:9, 52:11, 52:12, 52:16, 52:25, 53:3, 53:6, 53:14, 53:23, 54:12, 55:12, 55:21, 56:4, 56:5, 57:6

**INAPPROPRIATE** [1] -

26:23

**INCAPACITATED** [1] - 16:15

**INCARCERATION** [6] - 8:8, 8:15, 24:9, 38:16, 48:13, 55:19

**INCLINED** [1] - 16:21

**INCLUDE** [6] - 6:16, 18:19, 50:12, 50:19, 52:1, 55:13

**INCLUDED** [5] - 18:3, 18:7, 18:13, 18:14, 18:15

**INCLUDES** [2] - 17:7, 51:1

**INCLUDING** [3] - 5:17, 13:14, 50:12

**INCOME** [2] - 52:1, 52:5

**INCONTESTABLE** [1] - 41:22

**INCORRECT** [1] - 6:7

**INCREASE** [2] - 10:13, 10:16

**INCREASED** [1] - 11:8

**INCREASES** [3] - 10:5, 10:18, 10:23

**INCREASING** [1] - 11:13

**INCREDIBLY** [1] - 15:23

**INCURRING** [1] - 52:6

**INDICATED** [1] - 40:18

**INDICATION** [2] - 6:15, 45:9

**INDICTMENT** [2] - 4:16, 45:10

**INDIFFERENCE** [2] - 23:25, 24:4

**INDIGENT** [7] - 8:2, 8:11, 8:19, 8:21, 54:10, 54:12, 55:1

**INDIVIDUAL** [1] - 35:13

**INDIVIDUAL'S** [1] - 18:6

**INDIVIDUALIZED** [1] - 15:18

**INFANT** [1] - 10:17

**INFANTS** [1] - 28:20

**INFLICTED** [1] - 47:19

**INFORMATION** [4] - 4:16, 6:16, 6:19, 6:23

**INFORMED** [1] - 37:14

**INITIAL** [4] - 19:12, 39:3, 39:12, 51:3

**INMATE** [2] - 53:1, 53:24

**INNOCENCE** [2] -

30:25, 31:20
INNOCENT [1] - 31:18
INQUIRE [2] - 22:14, 37:23
INSERTED [1] - 10:9
INSERTING [1] - 44:18
INSOMNIA [1] - 26:20
INSPECTION [1] - 51:4
INSTALLATION [1] - 51:7
INSTALLMENTS [1] - 53:6
INSTEAD [3] - 26:24, 28:18, 41:24
INSTRUCTING [1] - 44:13
INSTRUCTIONS [1] - 45:3
INTENT [1] - 40:23
INTENTION [1] - 12:9
INTEREST [2] - 27:18, 52:11
INTERNET [2] - 17:8, 47:14
INTERVIEW [1] - 37:3
INTERVIEWED [1] - 40:17
INTO [8] - 10:9, 14:8, 26:21, 27:5, 33:11, 44:19, 46:15, 48:9
INTRODUCTIONS [1] - 3:7
INVESTIGATION [5] - 4:17, 5:12, 5:13, 12:7, 52:4
INVITED [1] - 26:25
INVOLVED [5] - 9:16, 10:8, 10:16, 11:17, 22:2
INVOLVING [1] - 11:16
IS [205] - 3:4, 3:10, 3:25, 5:8, 6:5, 6:7, 6:19, 7:1, 7:21, 7:22, 8:5, 8:7, 8:14, 9:1, 9:7, 9:8, 9:10, 9:14, 9:24, 10:1, 10:2, 10:9, 10:10, 10:12, 10:13, 10:20, 11:2, 11:7, 11:8, 11:11, 11:13, 11:15, 11:19, 12:1, 12:4, 12:15, 13:4, 13:13, 13:15, 13:16, 14:10, 14:12, 14:17, 14:21, 14:22, 15:4, 15:6, 15:7, 15:8, 15:9, 15:10, 15:12, 15:14, 15:16,

15:17, 15:18, 15:20, 15:23, 16:3, 16:4, 16:6, 16:11, 16:13, 17:2, 17:3, 17:7, 17:10, 17:12, 17:18, 17:21, 18:4, 18:23, 18:25, 19:2, 19:6, 19:8, 20:1, 20:10, 20:16, 20:19, 21:9, 21:12, 21:14, 21:19, 21:24, 22:9, 22:10, 23:11, 23:25, 24:1, 24:13, 24:14, 24:15, 24:20, 25:1, 25:24, 26:10, 26:15, 27:17, 27:18, 27:24, 28:4, 29:21, 30:21, 31:12, 31:13, 31:25, 32:6, 32:10, 32:13, 32:24, 33:3, 33:5, 34:19, 34:20, 35:1, 35:24, 36:1, 36:15, 36:22, 36:25, 37:1, 37:23, 38:4, 38:6, 38:7, 38:11, 38:14, 38:15, 38:16, 38:21, 39:6, 39:11, 39:21, 39:25, 40:11, 40:15, 40:23, 41:9, 41:10, 41:14, 42:9, 42:10, 42:15, 42:18, 43:10, 43:15, 43:21, 44:10, 45:9, 46:4, 46:20, 46:25, 47:7, 47:17, 48:2, 48:3, 48:4, 48:13, 48:14, 48:15, 48:16, 48:23, 49:1, 49:2, 49:4, 49:20, 50:20, 51:11, 51:19, 52:6, 52:9, 52:12, 52:15, 52:24, 52:25, 53:4, 53:14, 53:17, 53:18, 53:22, 54:8, 54:9, 54:12, 54:19, 55:1, 55:2, 55:25, 56:1, 56:15, 56:16, 57:1, 57:5
ISSUE [3] - 6:9, 23:15, 54:7
ISSUES [2] - 5:22, 46:11
IT [109] - 6:6, 6:7, 6:9, 7:10, 7:22, 8:14, 9:14, 12:12, 13:20, 13:21, 13:22, 15:6, 15:11, 15:14, 16:3, 16:15, 17:12, 17:13, 17:19, 18:3, 18:11, 18:12, 19:21, 20:19, 20:21, 20:22, 21:6, 21:7, 21:8, 21:13,

21:14, 21:15, 21:21, 21:23, 22:8, 22:10, 22:25, 23:17, 24:1, 24:5, 24:15, 24:16, 25:25, 26:22, 26:24, 27:1, 27:21, 28:3, 29:7, 29:15, 29:17, 30:21, 31:2, 31:3, 31:13, 31:18, 31:23, 32:13, 32:16, 33:5, 33:20, 33:25, 34:2, 36:18, 36:22, 36:25, 37:1, 39:5, 39:6, 39:7, 39:21, 39:23, 40:18, 40:21, 40:24, 40:25, 41:9, 41:10, 41:19, 42:1, 43:10, 43:21, 44:20, 48:14, 49:1, 52:12, 52:15, 52:24, 53:14, 53:18, 53:22, 54:9, 54:10, 54:14, 54:20, 56:17, 56:18, 56:21
IT'S [13] - 14:19, 15:9, 15:22, 16:8, 17:22, 18:9, 22:3, 25:10, 26:9, 28:2, 32:14, 32:18, 56:20
ITS [1] - 20:15

J

JAIL [1] - 23:20
JENNY [1] - 43:5
JERRY [7] - 1:6, 3:5, 28:16, 29:1, 29:22, 33:22, 49:2
JESSICA [1] - 43:5
JOBS [1] - 37:3
JOURNAL [1] - 44:15
JOURNEY [2] - 29:13, 30:1
JUDGE [3] - 9:21, 25:17, 27:15
JUDGMENT [2] - 49:1, 55:24
JURORS [2] - 19:22, 24:18
JUST [30] - 3:18, 3:20, 6:25, 9:15, 13:19, 14:17, 17:14, 17:19, 17:21, 17:22, 18:4, 22:8, 25:15, 26:10, 27:13, 28:5, 28:18, 33:16, 34:6, 35:9, 35:13, 37:20, 39:3, 40:11, 41:16, 44:8, 44:17, 54:12, 54:13, 55:8
JUSTICE [3] - 30:1,

33:18, 53:18
JUSTIFIED [1] - 31:11
JUVENILE [1] - 12:19
JVTA [1] - 53:21

K

KATHERINE [1] - 3:10
KATRINA [2] - 2:2, 3:14
KEENLY [3] - 40:14, 40:20, 54:18
KEEP [1] - 40:10
KEEPING [2] - 33:11, 44:14
KID [1] - 31:21
KIND [5] - 20:8, 20:9, 22:6, 41:10, 45:24
KINDS [2] - 14:6, 48:12
KNEW [5] - 33:14, 33:15, 33:22, 40:19, 40:25
KNOT [1] - 29:18
KNOW [40] - 15:2, 15:9, 15:23, 16:2, 16:17, 16:19, 17:2, 17:3, 17:6, 17:25, 18:1, 18:2, 18:9, 19:2, 19:21, 19:24, 20:7, 20:13, 20:14, 20:16, 20:19, 21:6, 21:18, 21:20, 22:8, 24:10, 26:8, 26:19, 27:17, 30:21, 31:17, 33:5, 39:20, 40:12, 47:8, 48:7, 54:5, 54:11
KNOWING [2] - 22:3, 32:12
KNOWLEDGE [1] - 35:21

L

LACK [1] - 21:4
LAKE [1] - 48:9
LANGUAGE [2] - 22:25, 23:15
LARGE [1] - 31:6
LARGER [1] - 18:10
LARGEST [1] - 15:20
LAST [4] - 4:22, 40:2, 41:2
LATTER [1] - 9:17
LAUREN [3] - 28:10, 28:15, 42:23
LAW [8] - 13:19, 17:17, 23:6, 40:23, 43:7, 44:8, 47:22

LAYING [1] - 27:10
LEADER [1] - 46:22
LEARNING [3] - 31:2, 31:3, 31:4
LEAST [4] - 22:1, 23:7, 39:10, 50:3
LEAVE [2] - 28:12, 33:20
LED [2] - 28:25, 31:12
LEFT [2] - 24:25, 30:6
LEGAL [1] - 5:21
LEGITIMATE [1] - 23:8
LENGTH [1] - 40:9
LENGTHY [1] - 16:18
LENS [3] - 15:16, 17:9
LESS [1] - 53:6
LET [4] - 7:19, 16:21, 32:4, 32:8
LET'S [3] - 5:11, 7:16, 39:2
LETTER [1] - 27:25
LEVEL [20] - 9:25, 10:2, 10:5, 10:23, 10:24, 11:6, 11:8, 11:11, 11:12, 11:13, 11:23, 11:24, 12:1, 12:4, 12:16, 12:25, 38:23, 40:23, 47:22
LEVELS [4] - 9:13, 10:5, 10:23, 11:8
LIAR [1] - 39:6
LIBERTY [1] - 41:24
LIED [1] - 41:24
LIES [1] - 29:5
LIFE [28] - 14:18, 15:1, 15:3, 15:8, 15:21, 16:1, 17:10, 19:3, 23:2, 29:24, 30:3, 32:2, 32:9, 33:24, 35:24, 36:1, 36:10, 36:12, 36:17, 37:2, 37:8, 42:10, 43:20, 46:1, 47:18, 47:24, 48:15, 49:14
LIFETIME [5] - 7:24, 8:9, 8:16, 17:1, 55:19
LIGHT [3] - 14:25, 17:13, 22:7
LIKE [24] - 6:5, 14:12, 16:5, 18:25, 20:8, 21:7, 24:5, 26:13, 27:8, 28:11, 29:8, 30:16, 31:10, 31:18, 32:18, 33:10, 33:13, 33:21, 35:7, 36:13, 36:25, 37:3, 38:17, 47:14
LIKELIHOOD [4] -

14:20, 16:1, 18:6, 43:16

**LIKELY** [2] - 16:15, 17:10

**LIMITED** [5] - 43:11, 43:13, 43:17, 50:13, 50:20

**LINES** [1] - 52:7

**LION** [1] - 35:3

**LIQUIDATE** [1] - 52:11

**LIST** [1] - 52:20

**LITTLE** [5] - 24:24, 31:14, 31:17, 33:17, 34:2

**LIVE** [3] - 15:17, 25:2, 41:15

**LIVED** [1] - 31:5

**LIVES** [6] - 24:7, 27:25, 33:12, 36:2, 41:16, 42:4

**LIVING** [2] - 31:22, 47:7

**LOCAL** [3] - 39:18, 45:11, 49:22

**LOCK** [2] - 6:11, 6:14

**LOCKED** [2] - 28:23, 32:13

**LONG** [8] - 15:17, 24:9, 27:14, 28:7, 30:1, 31:5, 31:19, 45:18

**LONGER** [3] - 26:18, 27:15, 32:8

**LOOK** [9] - 15:15, 29:19, 45:7, 46:6, 46:18, 48:12, 48:18, 48:20, 48:21

**LOOKED** [2] - 23:4, 29:7

**LOOKING** [11] - 8:13, 16:12, 17:9, 19:19, 29:21, 29:22, 29:24, 29:25, 30:2, 36:5

**LOOKS** [3] - 18:11, 33:1, 36:21

**LOSING** [1] - 56:4

**LOSS** [3] - 30:22, 31:1, 38:14

**LOST** [4] - 30:23, 30:24, 30:25, 33:9

**LOT** [7] - 15:3, 17:22, 18:2, 19:20, 20:24, 21:18, 31:2

**LOUDLY** [1] - 3:20

**LOVE** [8] - 23:23, 23:25, 31:10, 31:12, 31:15, 47:6

**LOVED** [1] - 33:18

**LOWER** [1] - 38:9

**LYING** [1] - 41:8

**LYNN** [2] - 1:18, 57:10

# M

**MA'AM** [5] - 3:23, 6:10, 7:9, 7:15, 42:21

**MADE** [6] - 5:17, 14:2, 20:20, 27:20, 33:22, 52:17

**MAGNITUDE** [1] - 29:15

**MAILED** [1] - 44:16

**MAILING** [1] - 53:10

**MAINLY** [1] - 18:16

**MAKE** [14] - 3:20, 3:24, 6:11, 12:11, 15:11, 17:13, 17:22, 24:25, 32:2, 39:3, 46:23, 52:16, 54:23, 55:9

**MAKES** [2] - 22:9, 54:15

**MAKING** [4] - 15:12, 20:23, 21:8, 36:11

**MAN** [13] - 15:9, 30:23, 31:19, 32:6, 33:24, 41:4, 46:8, 46:21, 47:20, 48:2, 48:3, 48:4

**MAN'S** [1] - 41:20

**MANDATORY** [15] - 7:23, 7:25, 8:2, 8:10, 8:12, 8:15, 8:17, 8:19, 8:21, 14:22, 14:25, 15:5, 17:12, 17:15, 22:8

**MANEUVERING** [1] - 24:19

**MANIPULATED** [1] - 33:11

**MANIPULATION** [2] - 39:24, 41:10

**MANIPULATIONS** [1] - 30:5

**MANIPULATIVE** [2] - 27:24, 32:6

**MANNER** [2] - 25:2, 25:25

**MANUALLY** [1] - 45:3

**MANUFACTURE** [4] - 4:11, 7:21, 7:22

**MANUFACTURING** [7] - 4:5, 4:6, 9:5, 9:7, 9:9, 9:11, 9:23

**MANY** [8] - 20:21, 21:25, 23:11, 33:25, 36:24, 37:1

**MARITAL** [1] - 40:21

**MARKET** [1] - 1:19

**MARSH** [1] - 43:7

**MASK** [2] - 26:9, 28:13

**MASSAGE** [4] - 27:5, 27:7, 27:8, 27:11

**MATERIAL** [1] - 10:16

**MATTER** [6] - 3:4, 8:14, 21:23, 23:18, 37:12, 57:7

**MATTHEW** [1] - 34:1

**MAXIMUM** [8] - 7:18, 8:7, 8:14, 13:2, 13:16, 19:5, 29:24, 48:13

**MAY** [12] - 22:14, 34:14, 34:16, 37:14, 37:23, 37:25, 45:22, 50:11, 50:19, 56:1, 56:8, 56:18

**ME** [40] - 3:10, 3:21, 4:20, 4:22, 7:19, 17:22, 22:8, 22:12, 23:4, 23:20, 25:7, 26:25, 27:4, 27:5, 27:6, 27:7, 27:11, 28:1, 28:23, 30:23, 31:7, 31:9, 31:12, 32:6, 32:8, 32:10, 32:11, 32:12, 32:21, 34:2, 34:24, 36:21, 39:7, 39:8, 39:15, 40:11, 47:2, 54:20, 56:2

**MEAN** [4] - 15:11, 17:19, 24:16, 41:9

**MEANS** [4] - 11:10, 18:17, 31:2, 31:3

**MEDAL** [1] - 20:8

**MEDICAL** [3] - 13:23, 13:24, 46:7

**MEJIA** [1] - 55:10

**MEMBERS** [1] - 29:4

**MEMORANDUM** [12] - 4:19, 4:21, 4:23, 15:3, 18:3, 18:9, 18:16, 20:15, 20:23, 40:16, 42:25, 56:18

**MEN** [1] - 36:4

**MENTAL** [2] - 46:10, 51:21

**MERCY** [5] - 24:13, 24:14, 25:1, 47:16, 47:21

**MERITED** [1] - 43:21

**MET** [1] - 39:19

**MICROPHONE** [3] - 3:25, 25:14, 25:16

**MID-80S** [2] - 15:6, 16:6

**MIGHT** [2] - 6:15, 39:13

**MILLSTONE** [1] - 34:3

**MINIMIZING** [1] - 41:14

**MINIMUM** [14] - 7:23, 7:24, 8:9, 8:15, 8:16, 14:22, 14:25, 15:5, 17:12, 17:15, 22:8, 28:4, 53:2, 53:24

**MINISTRY** [1] - 6:25

**MINOR** [12] - 6:9, 9:6, 9:7, 9:9, 9:23, 10:3, 10:9, 10:17, 10:20, 10:21, 37:10

**MINORS** [4] - 11:20, 17:8, 18:19, 18:20

**MINUS** [1] - 12:9

**MISCONDUCT** [1] - 42:9

**MISCONDUCTS** [1] - 12:8

**MISSED** [1] - 33:25

**MISSPEAK** [1] - 22:23

**MISTY** [1] - 43:5

**MITIGATION** [1] - 15:20

**MONEY** [2] - 36:11, 54:13

**MONITOR** [2] - 50:21, 51:8

**MONITORING** [2] - 51:10, 51:12

**MONTGOMERY** [1] - 16:8

**MONTHLY** [3] - 51:13, 52:5, 53:6

**MONTHS** [10] - 10:3, 10:18, 13:3, 44:18, 48:14, 49:4, 49:7, 49:9, 49:12, 56:12

**MORAN** [9] - 25:21, 26:2, 34:15, 34:20, 34:22, 34:23, 35:1, 42:12

**MORE** [15] - 7:10, 19:6, 19:23, 20:12, 23:21, 28:22, 32:5, 38:10, 39:10, 40:7, 40:8, 41:19, 41:24, 44:10, 45:14

**MOST** [7] - 15:24, 19:1, 21:12, 22:9, 31:15, 31:21, 32:6

**MOTHER** [1] - 27:4

**MOTION** [7] - 4:23, 4:24, 12:10, 12:12, 28:24, 55:14, 56:15

**MOTIONS** [1] - 5:3

**MOUNTAIN** [1] - 35:3

**MOUTH** [3] - 10:10, 10:13, 44:19

**MOVE** [4] - 27:13, 28:24, 32:1, 36:1

**MOVED** [3] - 27:2, 36:7, 44:16

**MOVIE** [1] - 26:22

**MOVING** [3] - 30:2, 34:10, 40:5

**MR** [68] - 3:9, 3:15, 3:16, 3:22, 4:1, 4:25, 5:14, 5:19, 5:23, 6:3, 6:4, 6:11, 6:14, 7:18, 9:2, 9:21, 12:14, 13:6, 13:10, 13:11, 14:18, 14:25, 15:4, 15:19, 19:12, 22:14, 22:16, 22:19, 22:21, 25:6, 25:16, 25:20, 26:1, 28:10, 30:16, 34:14, 34:17, 34:20, 37:14, 37:20, 37:23, 38:1, 38:2, 38:21, 39:15, 39:22, 40:7, 40:15, 41:18, 42:7, 42:13, 42:18, 42:21, 43:1, 43:12, 43:23, 44:1, 52:21, 54:16, 54:18, 54:19, 55:3, 55:17, 55:18, 56:17, 56:21, 56:24

**MS** [34] - 3:13, 3:18, 5:15, 5:20, 5:25, 6:2, 7:2, 7:4, 9:3, 9:17, 13:7, 13:9, 14:15, 25:21, 26:2, 26:4, 26:12, 28:9, 28:15, 30:18, 34:8, 34:13, 34:15, 34:20, 34:22, 34:23, 35:1, 38:25, 42:12, 54:7, 55:8, 55:15, 56:25

**MUCH** [8] - 19:6, 21:15, 24:12, 24:23, 27:15, 28:3, 33:6, 37:2

**MULTIPLE** [6] - 11:1, 18:20, 33:23, 36:7, 44:22

**MURRAY** [1] - 3:11

**MUST** [17] - 8:3, 8:22, 13:18, 13:20, 13:21, 13:22, 14:1, 14:3, 14:5, 14:8, 44:7, 45:6, 45:7, 45:21, 47:25, 50:1, 55:23

**MY** [70] - 7:17, 15:2, 17:19, 18:3, 18:8, 18:16, 19:10, 20:22, 21:9, 23:2, 23:3, 23:4, 23:10, 23:13, 23:14, 23:19, 24:1,

24:5, 24:8, 24:11, 24:17, 24:22, 24:23, 26:6, 26:14, 26:15, 27:4, 27:5, 27:6, 27:10, 27:12, 27:13, 27:14, 27:17, 28:19, 29:2, 29:4, 29:18, 29:20, 29:21, 29:25, 30:2, 30:12, 30:24, 30:25, 31:17, 31:20, 31:22, 32:3, 32:4, 32:8, 32:13, 33:9, 35:1, 36:21, 36:22, 37:5, 37:20, 39:23, 40:12, 41:2, 46:15, 48:19, 52:22, 55:11, 55:12
**MYSELF** [5] - 22:23, 23:12, 25:2, 31:4, 32:19

### N

**NAKED** [3] - 36:9, 36:22, 45:2
**NAME** [4] - 26:15, 35:1, 37:5, 54:2
**NARCISSISTIC** [1] - 32:15
**NATURE** [4] - 14:3, 20:2, 36:16, 38:19, 46:18
**NEAR** [1] - 14:24
**NECESSARY** [5] - 5:9, 14:10, 15:14, 40:24, 49:11
**NECK** [1] - 34:3
**NEED** [12] - 7:3, 7:10, 14:6, 14:7, 24:10, 32:22, 33:7, 41:13, 46:4, 46:6, 48:18, 48:21
**NEEDED** [3] - 13:23, 19:14, 33:13
**NEITHER** [1] - 11:22
**NEVER** [14] - 19:15, 24:10, 29:1, 31:20, 31:24, 32:17, 32:18, 34:10, 36:16, 36:17, 39:23, 40:10
**NEVER-ENDING** [1] - 36:16
**NEVERTHELESS** [1] - 45:14
**NEW** [2] - 36:12, 52:6
**NEWS** [1] - 35:16
**NEXT** [4] - 23:21, 28:11, 30:17, 39:9
**NIGHT** [3] - 10:22, 26:20, 48:11

**NO** [35] - 5:25, 6:1, 6:2, 6:3, 6:10, 7:4, 7:5, 7:12, 12:19, 13:9, 13:10, 13:14, 18:4, 20:16, 23:22, 26:24, 27:2, 27:7, 28:22, 30:11, 31:25, 32:8, 32:17, 38:7, 39:16, 40:3, 41:14, 42:18, 43:22, 45:9, 46:16, 47:21, 55:17, 56:25
**NOAH** [1] - 42:23
**NOBODY** [1] - 36:24
**NON** [2] - 8:2, 8:21
**NON-INDIGENT** [2] - 8:2, 8:21
**NOR** [1] - 11:23
**NORMAL** [4] - 30:25, 31:21, 37:1
**NOT** [74] - 5:9, 5:23, 12:12, 14:10, 16:20, 17:7, 17:20, 17:21, 18:11, 18:13, 18:17, 19:13, 20:7, 20:17, 20:23, 21:3, 21:8, 21:21, 21:23, 22:3, 22:23, 23:9, 23:22, 23:23, 24:14, 24:19, 24:20, 26:10, 27:18, 27:19, 27:22, 29:13, 29:22, 30:7, 31:12, 32:11, 32:24, 33:3, 33:14, 36:25, 37:1, 38:8, 38:16, 39:14, 39:16, 40:7, 40:13, 40:22, 40:24, 41:13, 41:16, 41:23, 44:13, 45:18, 45:22, 45:23, 47:8, 49:21, 49:24, 50:13, 50:20, 50:25, 51:12, 52:11, 52:19, 53:4, 53:6, 53:13, 54:9, 55:2, 55:10, 56:14, 56:24
**NOTE** [1] - 46:7
**NOTED** [1] - 20:22
**NOTHING** [5] - 18:21, 18:25, 31:8, 31:10, 38:4
**NOTICE** [2] - 55:24, 56:3
**NOTIFICATION** [1] - 51:17
**NOTIFY** [2] - 53:8, 54:1
**NOTIFYING** [1] - 12:8
**NOVEMBER** [1] - 8:25
**NOW** [14] - 3:21, 6:10, 7:16, 8:23, 9:12,

12:18, 13:13, 14:12, 27:9, 28:2, 30:9, 30:21, 45:5, 55:22
**NUDE** [1] - 35:17
**NUMBER** [27] - 1:3, 7:20, 7:21, 8:5, 9:8, 9:23, 9:24, 10:3, 10:9, 10:17, 10:20, 11:3, 11:4, 11:6, 18:18, 26:19, 27:20, 28:15, 49:5, 49:7, 49:9, 49:10, 49:15, 49:16
**NUMBERS** [1] - 3:5

### O

**OBEYING** [1] - 45:3
**OBJECT** [1] - 31:8
**OBJECTED** [1] - 12:12
**OBJECTION** [3] - 9:20, 55:6, 55:9
**OBJECTIONS** [1] - 6:1
**OBLIGATION** [2] - 52:10, 52:13
**OBSESSED** [1] - 32:19
**OBTAIN** [1] - 50:25
**OBVIOUS** [2] - 39:25, 41:10
**OBVIOUSLY** [8] - 15:23, 17:7, 18:22, 19:13, 19:14, 46:4, 46:15, 48:19
**OCCASIONALLY** [1] - 10:22
**OCCASIONS** [1] - 18:20
**OCCURS** [2] - 53:10, 54:3
**OF** [333] - 1:2, 1:3, 3:4, 3:14, 4:5, 4:6, 4:7, 4:8, 4:10, 4:11, 4:12, 5:7, 5:13, 7:3, 7:17, 7:19, 7:22, 7:24, 8:4, 8:7, 8:9, 8:16, 9:5, 9:6, 9:7, 9:9, 9:10, 9:11, 9:12, 9:23, 9:24, 10:1, 10:18, 10:24, 11:3, 11:4, 11:5, 11:6, 11:16, 11:18, 11:19, 11:21, 11:23, 12:3, 12:5, 12:7, 12:8, 12:9, 12:10, 12:16, 12:22, 12:23, 12:25, 13:1, 13:3, 13:18, 13:22, 14:4, 14:5, 14:6, 14:13, 14:18, 14:25, 15:3, 15:8, 15:9,

15:15, 15:16, 15:24, 16:16, 16:18, 16:25, 17:4, 17:5, 17:9, 17:14, 17:16, 17:19, 17:22, 18:4, 18:6, 18:10, 18:14, 18:17, 18:18, 18:22, 18:23, 19:4, 19:5, 19:15, 19:16, 19:20, 20:2, 20:5, 20:8, 20:9, 20:12, 20:14, 20:15, 20:17, 20:21, 20:24, 21:4, 21:16, 21:18, 21:25, 22:6, 22:7, 23:4, 23:5, 23:8, 23:10, 23:13, 23:15, 23:18, 23:19, 23:25, 24:1, 24:3, 24:7, 24:8, 24:14, 24:18, 24:22, 26:6, 26:14, 26:16, 26:18, 26:22, 28:25, 29:15, 29:16, 29:17, 30:4, 30:8, 30:10, 30:22, 30:23, 30:24, 31:1, 31:6, 31:7, 31:9, 31:11, 31:19, 31:22, 32:4, 32:12, 33:7, 33:9, 33:11, 33:13, 33:24, 34:1, 34:4, 34:21, 35:2, 35:6, 35:10, 35:13, 35:15, 35:16, 35:23, 35:24, 36:10, 36:13, 36:15, 36:16, 37:1, 37:8, 37:9, 37:17, 38:20, 38:24, 39:8, 39:10, 39:12, 39:16, 39:20, 39:21, 40:5, 40:6, 40:14, 40:19, 40:20, 40:23, 41:4, 41:5, 41:7, 41:8, 41:10, 41:11, 41:16, 41:17, 41:24, 42:1, 42:3, 42:4, 42:5, 42:6, 42:8, 42:9, 42:13, 42:23, 42:25, 43:3, 43:11, 43:12, 43:13, 43:17, 43:20, 44:7, 44:15, 44:22, 44:23, 45:1, 45:12, 45:24, 46:3, 46:18, 46:19, 46:21, 46:22, 47:6, 47:7, 47:11, 47:13, 47:17, 47:18, 47:22, 48:9, 48:12, 48:16, 48:25, 49:1, 49:3, 49:4, 49:5, 49:6, 49:7, 49:8, 49:9, 49:12, 49:15, 49:16, 49:17, 49:18, 50:2, 50:5,

50:6, 50:7, 50:8, 50:12, 50:16, 50:24, 51:1, 51:5, 51:7, 51:10, 51:12, 51:16, 51:18, 51:20, 51:23, 51:25, 52:2, 52:4, 52:5, 52:7, 52:8, 52:12, 52:14, 52:16, 53:1, 53:2, 53:4, 53:6, 53:9, 53:10, 53:11, 53:16, 53:17, 53:18, 53:20, 53:23, 53:25, 54:2, 54:3, 54:5, 54:6, 55:12, 55:13, 55:19, 55:21, 55:24, 56:3, 56:5, 56:11, 56:12, 56:13, 57:2, 57:6
**OFF** [4] - 12:10, 26:9, 26:24, 34:18
**OFFEND** [1] - 34:1
**OFFENDER** [11] - 11:20, 11:22, 16:17, 17:1, 24:10, 38:15, 45:9, 50:11, 50:14, 51:16, 51:18
**OFFENSE** [31] - 9:13, 9:25, 10:2, 10:4, 10:8, 10:16, 10:23, 10:24, 11:5, 11:7, 11:10, 11:11, 11:12, 11:13, 11:23, 11:24, 11:25, 12:4, 12:16, 12:25, 13:18, 13:20, 14:4, 17:16, 18:7, 38:20, 44:7, 44:9, 46:19, 51:20
**OFFENSES** [4] - 11:21, 38:10, 38:11, 40:24
**OFFICE** [11] - 2:2, 4:18, 19:10, 49:19, 50:4, 50:6, 50:23, 51:4, 51:25, 52:2, 52:3
**OFFICE'S** [1] - 51:14
**OFFICER** [5] - 6:13, 6:18, 51:17, 52:8, 56:14
**OFFICIAL** [2] - 1:18, 57:9
**OKAY** [18] - 3:21, 3:24, 6:11, 7:16, 9:4, 9:19, 22:11, 22:19, 25:18, 26:3, 26:9, 26:12, 34:24, 52:22, 55:4, 55:12, 55:15, 56:22
**OLD** [11] - 10:3, 10:18, 15:4, 15:8, 15:16,

17:10, 24:20, 35:9,
36:22, 44:18, 45:20
**ON** [55] - 3:14, 5:3,
6:18, 9:15, 10:10,
14:13, 18:2, 18:8,
18:20, 20:15, 21:14,
22:12, 22:20, 26:18,
26:25, 27:10, 27:11,
27:14, 28:7, 28:13,
28:16, 28:19, 29:16,
29:19, 30:2, 34:15,
35:2, 35:19, 36:1,
36:23, 37:15, 37:17,
38:25, 39:22, 39:25,
40:9, 41:11, 42:13,
42:22, 43:9, 43:14,
43:16, 44:19, 46:25,
47:13, 49:4, 49:5,
49:7, 49:9, 49:14,
49:15, 49:20, 54:23,
56:3, 56:7
**ONCE** [2] - 19:16,
40:22
**ONE** [36] - 6:8, 12:5,
12:9, 12:23, 13:1,
13:14, 15:15, 15:24,
16:10, 18:10, 18:14,
18:22, 19:6, 19:23,
20:14, 21:21, 23:8,
24:14, 24:15, 26:19,
26:20, 27:20, 28:15,
29:5, 32:23, 33:11,
34:1, 34:21, 38:16,
38:23, 40:7, 42:3,
42:8, 50:1
**ONES** [4] - 4:21,
31:15, 33:7, 34:2
**ONLY** [7] - 12:10,
21:21, 28:20, 32:1,
42:7, 42:8, 54:7
**OPEN** [1] - 16:7
**OPENING** [1] - 52:7
**OPENS** [1] - 3:1
**OPPORTUNITY** [8] -
23:8, 26:5, 26:13,
28:18, 30:12, 35:4,
37:16, 41:22
**OPPOSED** [1] - 38:11
**OPPOSITE** [2] - 23:25,
24:1
**OPPOSITES** [1] -
23:24
**OPTING** [1] - 22:3
**OR** [51] - 5:21, 6:1,
6:6, 9:14, 10:17,
12:7, 13:3, 14:22,
14:24, 15:5, 17:8,
18:7, 19:16, 20:8,
20:12, 21:7, 21:24,
22:4, 22:15, 24:3,

24:16, 25:7, 25:9,
32:8, 38:10, 38:11,
38:12, 39:15, 42:13,
43:2, 47:6, 49:22,
49:23, 50:13, 50:20,
50:25, 51:6, 51:8,
51:18, 51:20, 52:7,
52:10, 52:11, 52:12,
52:13, 53:10, 54:3,
55:7, 55:25
**ORDER** [2] - 48:20,
54:12
**ORDERED** [3] - 52:15,
53:14, 53:19
**ORIGINAL** [2] - 5:18,
56:13
**ORIGINALLY** [2] -
27:19, 27:20
**OTHER** [14] - 6:10,
8:8, 18:6, 19:7, 29:4,
29:11, 43:1, 43:22,
44:25, 49:6, 49:11,
49:23, 49:25, 50:20
**OTHERS** [4] - 24:23,
35:7, 36:13, 47:14
**OTHERWISE** [3] -
24:4, 47:17, 52:13
**OUR** [13] - 27:25,
29:12, 29:15, 30:7,
35:6, 35:9, 35:16,
35:18, 36:10, 36:18,
37:6, 37:11, 37:17
**OUT** [15] - 16:5, 16:13,
17:18, 18:17, 22:22,
22:25, 26:6, 26:14,
35:10, 35:24, 36:5,
36:17, 36:19, 40:5,
40:6
**OVER** [13] - 7:7, 7:10,
27:11, 32:6, 33:6,
36:7, 36:14, 39:20,
40:22, 44:23, 54:14
**OVERALL** [1] - 33:2
**OVERCOME** [1] - 36:8
**OVERWHELMING** [3]
- 20:3, 21:20, 21:22
**OWN** [7] - 12:7, 21:15,
22:12, 29:4, 36:18,
40:21, 43:15

---

# P

**P.M** [1] - 3:1
**PA** [4] - 1:9, 1:15,
1:20, 2:4
**PAID** [2] - 42:24, 53:4
**PAIN** [4] - 29:14,
30:22, 47:4, 47:19
**PAINFULLY** [1] - 41:9,
41:10

**PANDEMIC** [1] - 19:21
**PANIC** [1] - 47:5
**PANTIES** [1] - 27:6
**PARENTS** [1] - 35:16
**PARENTS'** [1] - 27:6
**PARISHIONERS** [1] -
23:4
**PARLOR** [1] - 27:9
**PART** [1] - 44:15
**PARTICIPATE** [4] -
50:14, 51:21, 52:25,
53:23
**PARTICULAR** [3] -
5:1, 9:25, 19:7
**PARTICULARLY** [2] -
46:23, 46:24
**PARTIES** [4] - 8:25,
9:13, 13:4, 46:17
**PASSAGE** [1] - 48:7
**PAST** [5] - 24:5, 25:3,
33:20, 36:7, 37:12
**PASTOR** [3] - 21:2,
46:21
**PATER** [1] - 46:21
**PATRIARCHAL** [1] -
41:5
**PATTERN** [1] - 11:16
**PAUCITY** [1] - 23:15
**PAY** [5] - 51:11, 53:13,
53:15, 53:19, 54:20
**PAYABLE** [1] - 52:17
**PAYMENT** [5] - 52:9,
53:2, 53:24, 55:2,
55:5
**PAYMENTS** [2] -
52:17, 54:24
**PEACE** [1] - 33:19
**PEDOPHILE** [1] -
33:12
**PENALTIES** [1] - 8:8
**PENALTY** [2] - 8:7,
8:14
**PENIS** [5] - 10:9,
10:11, 10:12, 44:18,
45:4
**PENNSYLVANIA** [3] -
1:2, 16:9, 44:16
**PEOPLE** [11] - 20:12,
22:20, 23:5, 23:12,
29:17, 33:2, 33:14,
37:1, 37:3, 45:19,
45:20
**PER** [4] - 43:3, 48:17,
53:2, 53:25
**PERFORM** [1] - 50:25
**PERHAPS** [1] - 6:16
**PERIOD** [2] - 16:16,
16:24
**PERMANENTLY** [1] -
33:2

**PERSON** [8] - 19:7,
20:1, 29:12, 31:5,
32:7, 32:19, 36:9,
49:19
**PERSONALLY** [3] -
11:17, 32:18, 47:9
**PERSPECTIVE** [1] -
17:19
**PERTINENT** [1] - 14:2
**PEWS** [1] - 25:10
**PHENOMENON** [1] -
39:21
**PHILADELPHIA** [4] -
1:9, 1:15, 1:20, 2:4
**PHONE** [1] - 34:15
**PHONES** [1] - 36:5
**PHOTOGRAPHED** [1]
- 44:11
**PHOTOGRAPHS** [2] -
35:17, 36:19
**PHOTOS** [3] - 35:3,
35:12, 35:14
**PHYSICAL** [3] - 18:19,
42:5, 46:10
**PHYSICALLY** [1] -
16:15
**PHYSIOLOGICAL** [1]
- 50:19
**PICTURES** [4] - 35:25,
37:9, 44:23, 45:1
**PINK** [1] - 43:4
**PLACE** [2] - 16:20,
40:3
**PLACED** [1] - 49:14
**PLAGUED** [1] - 35:22
**PLAINTIFF** [1] - 1:4
**PLANNING** [1] - 23:20
**PLAY** [2] - 21:10,
46:15
**PLEA** [3] - 12:9, 20:5,
24:18
**PLEAD** [1] - 19:13
**PLEAS** [1] - 7:18
**PLEASE** [5] - 3:7,
26:5, 26:14, 40:2,
48:24
**PLED** [3] - 4:4, 4:10,
22:4
**PLEDGE** [1] - 25:2
**PLETHYSMOGRAPH**
[1] - 50:13
**PLUS** [1] - 11:24
**POINT** [15] - 10:7,
10:13, 10:15, 12:5,
12:10, 12:15, 18:16,
21:9, 21:24, 25:1,
33:16, 38:13, 39:17,
40:12, 41:2
**POINTS** [2] - 38:3,
38:17

**POISONED** [1] - 47:20
**POLICE** [4] - 35:11,
35:12, 44:21, 45:11
**POLICY** [2] - 14:2,
46:16
**POLYGRAPH** [2] -
50:13, 50:20
**POP** [2] - 28:15
**POP-POP** [1] - 28:15
**PORN** [1] - 26:21
**PORNOGRAPHER** [1]
- 48:3
**PORNOGRAPHIC** [1]
- 36:3
**PORNOGRAPHY** [15]
- 4:6, 4:8, 4:12,
7:22, 8:5, 9:6, 9:7,
9:9, 9:10, 9:11, 9:23,
21:5, 39:10, 44:24,
45:13
**PORTION** [3] - 53:11,
54:3, 55:4
**PORTRAYS** [1] -
10:17
**POSITION** [3] - 14:18,
16:25, 20:1
**POSSESS** [2] - 37:4,
49:24
**POSSESSED** [1] -
35:22
**POSSESSING** [1] -
49:23
**POSSESSION** [6] -
4:8, 8:4, 9:10, 35:6,
35:13, 39:2
**POSSIBILITY** [1] -
54:13
**POSSIBLY** [1] - 19:9
**POWER** [2] - 33:6,
39:24
**POWERFUL** [1] -
23:24
**POWERLESSNESS**
[1] - 47:12
**PRAY** [1] - 33:3
**PREACHING** [1] -
29:10
**PRECAUTIONS** [1] -
37:14
**PRECIOUS** [1] - 29:20
**PREDATOR** [1] -
28:19
**PREFER** [1] - 25:6
**PREPARED** [2] - 4:18,
5:18
**PREPUBESCENT** [1] -
35:21
**PRESENTATION** [1] -
25:24
**PRESENTENCE** [4] -

4:17, 5:11, 5:13, 6:22
**PRESSURE** [1] - 46:12
**PREVENTED** [1] - 20:10
**PREVIOUSLY** [1] - 46:12
**PREYING** [1] - 28:19
**PRIOR** [1] - 53:4
**PRISON** [5] - 14:21, 17:19, 39:14, 45:23, 46:1
**PRISONS** [7] - 49:3, 49:18, 51:18, 53:1, 53:23, 56:11, 57:2
**PRIVATE** [1] - 56:8
**PROBABLY** [3] - 16:5, 25:10, 32:17
**PROBATION** [15] - 4:18, 6:13, 6:18, 49:19, 50:4, 50:6, 50:23, 51:4, 51:14, 51:17, 51:25, 52:2, 52:3, 52:8, 56:14
**PROBLEMATIC** [1] - 21:24
**PROCEDURAL** [1] - 55:6
**PROCEEDED** [1] - 27:7
**PROCEEDINGS** [2] - 1:22, 57:6
**PROCESS** [3] - 5:1, 15:19, 17:2
**PRODUCE** [1] - 49:11
**PRODUCED** [1] - 1:22
**PROFITABLE** [1] - 24:23
**PROGRAM** [7] - 6:20, 50:15, 50:16, 50:17, 51:21, 51:23, 53:2
**PROGRAMS** [1] - 51:6
**PROGRESS** [1] - 54:23
**PROHIBITED** [3] - 11:17, 49:22, 52:6
**PROLIFERATION** [1] - 35:23
**PROMOTE** [2] - 13:18, 44:8
**PROMOTING** [1] - 17:16
**PROOF** [2] - 27:22, 41:22
**PROPHET** [1] - 48:10
**PROPORTIONATE** [1] - 52:18
**PROSECUTED** [1] - 16:8

**PROSECUTION** [1] - 12:7
**PROSECUTORS** [1] - 39:19
**PROTECT** [3] - 13:21, 46:2, 46:4
**PROTECTED** [2] - 33:7, 33:18
**PROTECTION** [1] - 33:8
**PROVIDE** [10] - 13:19, 13:22, 14:8, 44:8, 46:6, 48:21, 51:24, 52:5, 52:22, 53:2
**PROVIDED** [3] - 13:16, 39:22, 52:19
**PROVIDES** [1] - 13:2
**PROVIDING** [1] - 23:7
**PROVISIONS** [1] - 53:17
**PSR** [3] - 12:5, 40:16, 42:24
**PSYCHOLOGICAL** [2] - 47:4, 50:18
**PTSD** [1] - 37:7
**PUBLIC** [4] - 13:21, 35:24, 46:3, 46:4
**PUNISH** [1] - 17:17
**PUNISHMENT** [4] - 13:19, 42:2, 42:7, 44:8
**PUNITIVE** [1] - 24:12
**PURE** [1] - 31:18
**PURELY** [2] - 26:6, 26:14
**PURPOSE** [1] - 24:8
**PURSUANT** [9] - 5:7, 10:5, 10:13, 10:19, 10:25, 11:8, 12:25, 48:25, 50:6
**PUT** [4] - 22:20, 28:13, 35:19, 36:18
**PUTS** [1] - 29:18
**PUTTING** [1] - 39:6

## Q

**QUALIFY** [1] - 56:9
**QUALIFYING** [1] - 51:20
**QUALITY** [1] - 24:14
**QUARTER** [2] - 53:2, 53:25
**QUESTIONED** [1] - 47:5
**QUOTED** [1] - 40:9

## R

**RAID** [1] - 30:20

**RAIDED** [1] - 44:21
**RAISE** [1] - 54:10
**RANGE** [3] - 14:1, 46:15, 48:20
**RATE** [1] - 51:13
**RATHER** [1] - 25:13
**RATIONALIZATION** [1] - 20:25
**RATIONALIZED** [2] - 20:18, 20:22, 21:13
**RE** [1] - 20:11
**RE-TRAUMATIZING** [1] - 20:11
**REACH** [2] - 24:3, 47:25
**REACHED** [2] - 37:15, 42:14
**REACT** [2] - 27:2
**READ** [4] - 33:22, 33:25, 46:9, 55:22
**READY** [2] - 19:12, 25:23
**REAL** [1] - 24:10
**REALITY** [1] - 24:22
**REALIZATION** [1] - 21:15
**REALLY** [9] - 14:19, 15:10, 15:11, 17:21, 18:4, 21:3, 23:16, 36:25, 39:15
**REASON** [3] - 18:11, 28:20, 54:5
**REASSURING** [1] - 10:11
**RECALL** [2] - 40:2, 40:15
**RECEIVE** [2] - 5:12, 16:9
**RECEIVED** [5] - 6:14, 6:15, 6:19, 6:23, 6:24
**RECEIVES** [1] - 24:15
**RECOGNIZE** [2] - 14:13, 36:6
**RECOGNIZING** [1] - 14:17
**RECOMMEND** [1] - 42:4
**RECOMMENDATION** [2] - 13:15, 56:14
**RECOMMENDATION S** [1] - 4:18
**RECOMMENDED** [4] - 5:2, 42:10, 52:25, 53:22
**RECORD** [5] - 34:18, 55:8, 55:11, 56:13, 57:6
**RECORDED** [2] - 1:22, 39:1

**RECORDS** [1] - 52:1
**RECOUNT** [1] - 41:13
**RECOUPED** [1] - 43:13
**REDUCTION** [1] - 12:16
**REFERENCE** [1] - 41:18
**REFERRING** [1] - 48:7
**REFLECT** [5] - 13:18, 16:19, 17:15, 44:7, 45:22
**REFORM** [1] - 48:25
**REFUSE** [1] - 32:5
**REGARDLESS** [1] - 18:4
**REGISTRANT** [1] - 17:1
**REGISTRATION** [3] - 38:15, 51:16, 51:19
**REGRET** [2] - 23:14, 23:17
**REGULAR** [2] - 36:23, 50:23, 51:1
**REIMBURSED** [1] - 37:12
**RELAPSE** [1] - 36:14
**RELATE** [2] - 38:18, 38:19
**RELATED** [2] - 32:15, 38:13
**RELATING** [1] - 37:12
**RELATIONSHIP** [2] - 40:20, 40:21
**RELEASE** [14] - 7:25, 8:10, 8:17, 16:25, 17:13, 48:14, 49:13, 49:14, 49:17, 49:21, 50:3, 50:21, 53:7, 55:20
**RELEASED** [5] - 15:7, 17:3, 27:19, 49:20, 56:15
**RELIGIOUS** [1] - 22:25
**REMAIN** [3] - 8:8, 22:5, 47:13
**REMAINDER** [1] - 37:8
**REMAINED** [1] - 29:8
**REMAINS** [2] - 53:11, 54:4
**REMANDED** [1] - 57:1
**REMARKS** [1] - 14:13
**REMEMBER** [1] - 27:3
**REMIND** [3] - 3:18, 7:19, 33:21
**REMORSE** [1] - 32:17
**REMOVE** [1] - 37:24, 39:23

**REMOVED** [1] - 6:7
**REPEAT** [1] - 11:19
**REPEATED** [1] - 42:6
**REPEATEDLY** [1] - 10:11
**REPENTANCE** [1] - 24:22
**REPETITION** [1] - 36:15
**REPORT** [17] - 4:17, 5:12, 5:13, 5:17, 6:6, 6:7, 6:17, 6:22, 7:1, 7:3, 7:7, 12:13, 39:12, 40:3, 49:19, 50:22, 56:13
**REPORTED** [1] - 45:15
**REPORTER** [2] - 1:18, 57:9
**REPRESENTATION** [1] - 7:14
**REPRESENTED** [5] - 19:11, 43:7, 54:19, 56:7
**REPRESENTS** [1] - 34:21
**REPUTATION** [2] - 23:13, 37:5
**REQUEST** [2] - 43:10, 52:2
**REQUESTED** [1] - 16:11
**REQUIRE** [1] - 37:7
**REQUIRED** [1] - 14:21
**REQUIREMENTS** [2] - 17:5, 51:16
**RESENTMENT** [1] - 32:5
**RESIDENCE** [2] - 53:10, 54:3
**RESIDES** [1] - 51:19
**RESOURCES** [4] - 19:20, 24:18, 43:12, 43:17
**RESPECT** [13] - 7:19, 8:4, 9:4, 11:1, 13:19, 15:20, 17:16, 17:24, 42:11, 44:8, 45:16, 48:14, 55:5
**RESPONSE** [2] - 38:2, 38:6
**RESPONSIBILITY** [8] - 12:3, 19:8, 20:4, 24:17, 38:22, 38:23, 53:1, 53:24
**REST** [4] - 24:7, 30:10, 41:16, 42:4
**RESTITUTION** [22] - 7:25, 8:10, 8:17, 14:8, 35:8, 37:11,

37:15, 42:12, 42:14, 43:11, 48:22, 52:10, 52:13, 52:16, 52:24, 53:3, 53:4, 53:11, 54:11, 54:14, 54:24, 55:20

**RESULT** [3] - 12:21, 14:20, 56:4

**RETURN** [2] - 23:22, 24:11

**RETURNED** [1] - 56:14

**RETURNS** [1] - 52:1

**REVELATION** [1] - 48:6

**REVIEW** [1] - 19:14

**REVIEWED** [2] - 4:15, 5:17

**REVISIONS** [1] - 5:17

**REVOLVED** [1] - 41:20

**RIGHT** [2] - 25:16, 56:6

**RIGHTS** [2] - 55:22, 56:4

**RISE** [1] - 25:15

**RISK** [2] - 46:1, 50:18

**RMR** [2] - 1:18, 57:10

**ROLL** [1] - 27:11

**ROOM** [2] - 1:19, 26:21

**ROTTING** [1] - 32:13

**RUINED** [2] - 23:13, 31:19

**RULE** [1] - 5:3

**RULES** [2] - 50:16, 51:22

**RUN** [2] - 16:10, 49:16

## S

**SACRIFICE** [1] - 29:6

**SADNESS** [2] - 26:7, 26:15

**SAFE** [1] - 28:6

**SAFETY** [1] - 37:13

**SAID** [4] - 16:5, 17:14, 34:9, 36:19

**SAME** [6] - 8:8, 9:8, 18:7, 22:5, 22:10, 42:2

**SAMPLE** [1] - 50:5

**SAT** [1] - 26:25

**SATISFACTION** [1] - 32:12

**SATISFACTORILY** [2] - 50:16, 51:23

**SATISFIED** [1] - 7:13

**SATISFY** [1] - 53:5

**SATISFYING** [1] - 33:3

**SAVE** [1] - 29:7

**SAVED** [2] - 19:20, 20:6

**SAVING** [1] - 38:24

**SAY** [13] - 19:10, 20:5, 20:7, 21:12, 21:19, 22:1, 23:8, 23:9, 23:25, 24:12, 28:22, 38:4, 41:23

**SAYING** [2] - 10:11, 20:9

**SAYS** [3] - 6:9, 47:17

**SCARED** [2] - 27:3, 27:12

**SCHEDULE** [1] - 52:9

**SCHOOL** [2] - 6:24, 35:18

**SCORE** [2] - 12:21, 12:22

**SCREAMING** [1] - 27:13

**SEA** [1] - 34:4

**SEAL** [1] - 39:8

**SEAT** [1] - 3:2

**SECOND** [4] - 34:7, 38:13, 39:17, 40:18

**SECRET** [1] - 40:11

**SECRETS** [1] - 31:23

**SECTION** [2] - 14:11, 50:7

**SEE** [3] - 12:5, 43:17, 54:7

**SEEK** [1] - 35:7

**SEEMS** [4] - 23:17, 32:16, 33:25, 54:20

**SEEN** [5] - 10:9, 35:25, 36:6, 36:9, 36:22

**SEES** [2] - 33:1, 36:4

**SELF** [1] - 47:5

**SELF-WORTH** [1] - 47:5

**SENIOR** [1] - 38:7

**SENSE** [4] - 17:22, 22:9, 47:11, 54:15

**SENT** [3] - 4:20, 4:21, 35:19

**SENTENCE** [35] - 4:2, 5:2, 5:8, 8:15, 13:3, 13:16, 13:17, 13:25, 14:9, 14:20, 14:25, 15:5, 15:25, 16:1, 16:9, 16:11, 17:11, 17:12, 17:14, 17:15, 17:18, 18:5, 29:25, 38:9, 42:10, 43:21, 43:22, 44:7, 45:6, 45:18, 45:21, 46:15, 54:6, 55:18, 56:5

**SENTENCED** [1] -

18:24

**SENTENCES** [3] - 14:6, 18:21, 48:12

**SENTENCING** [33] - 1:12, 4:14, 4:19, 4:21, 4:22, 8:24, 10:1, 10:5, 11:9, 13:2, 13:14, 14:1, 14:2, 14:7, 15:3, 15:18, 18:3, 18:8, 18:15, 18:16, 20:22, 34:10, 38:2, 38:7, 38:13, 38:18, 40:16, 42:25, 46:14, 48:19, 48:25, 56:18

**SEPTEMBER** [1] - 1:8

**SERIES** [6] - 11:18, 35:3, 43:4, 43:5, 43:6

**SERIOUS** [4] - 15:23, 15:24, 16:3, 20:2

**SERIOUSNESS** [3] - 13:18, 17:16, 44:7

**SERVED** [3] - 49:6, 49:8, 49:10

**SERVICE** [1] - 52:12

**SERVICES** [1] - 37:8

**SET** [2] - 28:24, 30:24

**SEVERAL** [2] - 36:7, 46:9

**SEX** [12] - 11:20, 11:22, 16:17, 17:1, 24:10, 31:17, 38:15, 50:11, 50:14, 50:24, 51:16, 51:18

**SEXUAL** [7] - 10:8, 11:17, 39:20, 44:11, 44:25, 45:20, 48:3

**SEXUALLY** [4] - 10:4, 35:10, 44:9, 47:13

**SHADOWS** [1] - 31:22

**SHALL** [31] - 11:24, 34:1, 49:14, 49:18, 49:21, 49:22, 49:23, 49:24, 50:4, 50:9, 50:11, 50:14, 50:18, 50:22, 50:24, 51:3, 51:7, 51:9, 51:15, 51:21, 51:24, 52:3, 52:4, 52:11, 52:16, 53:5, 53:8, 53:16, 53:19, 53:20, 54:1

**SHAME** [1] - 47:10

**SHARE** [1] - 28:22

**SHE** [25] - 28:22, 35:10, 35:15, 35:18, 35:20, 35:22, 35:24, 36:1, 36:2, 36:4, 36:7, 36:8, 36:9, 36:12, 36:16, 36:19,

37:7, 40:4, 40:6, 47:4, 47:5, 47:6, 47:23

**SHEET** [1] - 27:8

**SHOCK** [1] - 27:1

**SHOCKED** [1] - 27:3

**SHOCKING** [2] - 46:23, 46:24

**SHORE** [1] - 29:10

**SHORTLY** [1] - 35:16

**SHOT** [1] - 30:25

**SHOULD** [13] - 6:16, 9:14, 16:24, 18:11, 20:8, 20:9, 25:15, 28:13, 31:18, 40:4, 41:23, 45:23, 52:17

**SHOWED** [4] - 35:12, 44:24, 45:1, 45:2

**SHOWING** [1] - 31:11

**SHUT** [1] - 27:13

**SIGNED** [1] - 52:4

**SIGNIFICANCE** [1] - 23:18

**SIGNIFICANT** [3] - 16:16, 16:24, 24:25

**SILAS** [3] - 41:14, 41:16, 43:10

**SILENCE** [1] - 27:1

**SIMILAR** [3] - 18:7, 18:18

**SIMILARLY** [2] - 18:24, 47:7

**SIMPLY** [2] - 21:9, 23:11

**SINCE** [6] - 11:2, 11:6, 11:21, 30:20, 35:20, 36:19

**SINCERE** [1] - 24:1

**SINCEREST** [1] - 41:9

**SINFUL** [1] - 24:5

**SINGLE** [2] - 32:25, 33:10

**SINNED** [7] - 22:25, 23:1, 23:2, 23:3, 23:5, 23:6

**SIR** [1] - 7:7

**SIT** [1] - 26:25

**SITTING** [2] - 20:1, 32:9

**SITUATED** [1] - 18:24

**SITUATION** [5] - 19:2, 19:8, 31:1, 31:4, 40:6

**SIX** [5] - 9:5, 10:3, 10:17, 26:10, 44:17

**SKIN** [1] - 46:11

**SLIGHTEST** [1] - 33:4

**SMARTER** [1] - 23:21

**SNOOK** [4] - 26:4, 26:12, 26:16, 28:9

**SO** [38] - 3:19, 4:1, 4:25, 7:5, 7:16, 8:13, 8:23, 9:13, 9:21, 9:22, 12:15, 13:13, 15:13, 16:10, 17:2, 17:19, 19:23, 21:7, 21:25, 22:7, 22:23, 23:11, 23:13, 23:16, 24:2, 24:18, 25:13, 27:3, 29:5, 33:17, 33:25, 35:18, 37:1, 37:16, 39:2, 43:14, 43:15, 54:25

**SO-CALLED** [1] - 29:5

**SOCIETY** [3] - 28:6, 48:1

**SOCIETY'S** [1] - 27:18

**SOFT** [1] - 26:21

**SOFTWARE** [1] - 51:8

**SOLACE** [1] - 47:25

**SOME** [16] - 3:7, 18:6, 19:25, 20:3, 20:8, 20:9, 21:25, 22:6, 23:7, 26:20, 29:16, 39:8, 39:13, 40:12, 43:17, 46:10

**SOMEONE** [4] - 21:24, 30:11, 35:25, 36:21

**SOMETHING** [2] - 16:20, 29:23

**SON** [2] - 29:4, 47:18

**SOON** [1] - 10:20

**SORRY** [8] - 8:20, 9:8, 11:3, 23:16, 26:8, 34:8

**SORT** [5] - 15:3, 19:5, 20:15, 20:17, 39:8

**SOUGHT** [3] - 37:11, 39:15, 42:22

**SPEAK** [9] - 3:20, 22:12, 22:24, 25:14, 26:5, 26:13, 28:11, 28:21, 35:5

**SPECIAL** [18] - 8:1, 8:2, 8:11, 8:12, 8:18, 8:20, 8:21, 48:16, 50:10, 53:15, 53:21, 53:25, 54:4, 54:8, 54:14, 54:21, 54:22, 55:20

**SPECIFIC** [6] - 18:1, 18:14, 42:22, 46:16, 50:12, 50:20

**SPECIFICALLY** [6] - 20:6, 38:18, 38:19, 43:9, 45:7, 45:8

**SPEND** [1] - 10:22

**SPENDING** [2] - 30:10, 46:1

**SPENT** [3] - 29:3,

31:21, 44:11
**SPITE** [1] - 30:8
**SPLINTERED** [1] -
41:7
**SPOKE** [1] - 19:11
**SPREAD** [1] - 35:17
**STABBED** [1] - 33:10
**STAFF** [1] - 25:23
**STAGGERING** [1] -
23:11
**STAND** [4] - 25:10,
28:12, 31:4, 48:24
**STANDARD** [2] -
49:25, 51:9
**STANDING** [1] - 20:7
**STAR** [2] - 6:19, 39:7
**START** [4] - 5:11,
14:16, 26:1, 27:22
**STATE** [6] - 16:7,
24:3, 39:18, 40:5,
49:22, 51:18
**STATEMENTS** [5] -
4:20, 14:2, 20:20,
46:16, 52:5
**STATES** [14] - 1:1, 1:3,
1:14, 3:10, 11:19,
13:2, 13:17, 23:6,
26:22, 50:6, 53:9,
53:15, 53:20, 54:1
**STATING** [1] - 36:8
**STATION** [1] - 35:12
**STATUTORY** [3] -
7:18, 15:14, 19:5
**STAYED** [1] - 31:18
**STEMS** [2] - 20:25,
21:1
**STENOGRAPHER** [1]
- 25:12
**STENOTYPE** [1] -
1:22
**STENOTYPE-
COMPUTER** [1] -
1:22
**STEP** [3] - 36:12, 39:2,
43:15
**STEPS** [1] - 32:3
**STILL** [4] - 14:20,
16:7, 32:11
**STIMULATE** [1] - 45:3
**STOMACH** [2] - 27:10,
29:18
**STOOD** [1] - 35:15
**STOP** [1] - 45:10
**STOPPED** [2] - 28:21,
39:15
**STORE** [1] - 39:9
**STRANGERS** [1] -
35:22
**STREET** [4] - 1:15,
1:19, 2:3, 36:21

**STRENGTH** [1] - 39:3
**STRICT** [1] - 17:2
**STRIKE** [1] - 55:4
**STRING** [1] - 28:24
**STRONG** [2] - 31:3,
34:11
**STUDENT** [1] - 51:20
**STUDY** [1] - 18:8
**SUBJECT** [1] - 53:17
**SUBMISSIONS** [1] -
47:2
**SUBMIT** [6] - 50:1,
50:4, 50:11, 50:18,
51:3, 56:9
**SUBSECTION** [1] -
11:23
**SUBSTANCE** [1] -
49:24
**SUBTOTAL** [1] - 12:21
**SUCCEEDED** [1] -
29:8
**SUCH** [9] - 23:1,
23:15, 32:15, 32:19,
33:24, 36:23, 49:16,
50:16, 51:23
**SUCK** [2] - 10:10,
44:19
**SUFFER** [1] - 30:10
**SUFFERED** [3] - 43:9,
43:16, 47:7
**SUFFERING** [1] -
29:14
**SUFFICIENT** [2] - 5:8,
14:10
**SUFFICIENTLY** [1] -
55:10
**SUGGESTED** [2] -
27:5, 45:17
**SUICIDE** [1] - 35:19
**SUITABLE** [1] - 42:7
**SUITE** [2] - 1:15, 2:3
**SULFUR** [1] - 48:9
**SUPERVISED** [10] -
7:24, 8:9, 8:16,
16:25, 48:14, 49:14,
49:20, 50:2, 50:21,
55:19
**SUPERVISION** [2] -
51:5, 53:5
**SUPPOSED** [1] -
18:23
**SURE** [5] - 3:20, 3:24,
33:22, 41:13, 42:8
**SURELY** [1] - 23:19
**SURVIVE** [2] - 45:22,
45:23
**SWITCH** [1] - 22:1
**SYSTEMS** [1] - 51:8

**T**

**TABLE** [1] - 11:14
**TAINT** [1] - 47:25
**TAKE** [4] - 14:8, 26:9,
31:8, 39:2
**TAKEN** [1] - 12:10
**TAKES** [5] - 10:24,
11:14, 12:16, 19:8,
36:12
**TAKING** [4] - 11:11,
19:16, 20:4, 29:10
**TALK** [1] - 20:13
**TALKED** [2] - 7:17,
46:14
**TALKING** [3] - 17:11,
17:17, 19:18
**TAPED** [1] - 44:11
**TAUGHT** [1] - 31:14
**TAX** [1] - 52:1
**TEACHER** [1] - 23:4
**TEAMS** [1] - 49:16
**TEARED** [1] - 34:10
**TEARS** [3] - 26:6,
26:14, 29:17
**TECHNICAL** [1] -
25:21
**TEEN** [1] - 26:23
**TELL** [4] - 5:6, 13:12,
26:17, 44:13
**TELLING** [2] - 33:15,
44:12
**TERM** [10] - 7:23,
7:24, 8:9, 8:16, 49:4,
49:6, 49:9, 49:12,
56:12
**TERMS** [3] - 18:23,
32:23, 41:10
**TERRIBLE** [1] - 47:19
**TEST** [1] - 50:2
**TESTING** [2] - 50:19
**TESTS** [2] - 50:3,
50:20
**TETHER** [1] - 24:5
**THAN** [13] - 5:9, 6:10,
14:10, 19:6, 25:2,
25:13, 26:18, 27:15,
28:3, 31:13, 41:19,
45:14, 53:6
**THANK** [18] - 14:15,
22:21, 25:3, 25:4,
26:5, 26:13, 28:8,
28:9, 30:14, 30:15,
34:5, 34:6, 34:13,
34:17, 35:3, 37:16,
37:18, 43:25
**THANKFULLY** [2] -
32:3, 33:15
**THAT** [242] - 3:24,
4:20, 4:21, 5:8, 6:5,

6:10, 6:12, 6:15,
6:16, 6:24, 7:3, 7:5,
8:5, 8:24, 8:25, 9:14,
9:15, 10:2, 10:13,
10:16, 10:18, 10:24,
11:4, 11:10, 11:13,
12:9, 12:11, 12:15,
13:4, 13:12, 13:13,
13:16, 14:10, 14:16,
14:17, 14:20, 14:21,
14:23, 15:2, 15:9,
15:10, 15:12, 15:15,
15:16, 15:24, 15:25,
16:4, 16:6, 16:20,
16:21, 16:23, 17:3,
17:11, 17:13, 17:14,
17:18, 17:21, 18:3,
18:4, 18:5, 18:8,
18:10, 18:11, 18:15,
18:17, 18:19, 18:21,
18:23, 18:25, 19:4,
19:10, 19:15, 19:18,
19:19, 20:7, 20:8,
20:13, 20:14, 20:15,
20:16, 20:17, 20:20,
20:21, 20:24, 21:3,
21:6, 21:9, 21:10,
21:12, 21:13, 21:18,
21:20, 21:22, 21:23,
21:24, 22:3, 22:6,
22:7, 22:23, 23:23,
24:2, 24:6, 24:18,
24:20, 25:19, 25:25,
26:6, 26:17, 27:4,
27:17, 27:22, 28:2,
28:4, 28:5, 28:6,
28:18, 28:24, 29:4,
29:16, 30:21, 31:8,
31:14, 31:18, 31:19,
32:9, 32:12, 32:16,
32:20, 32:23, 32:24,
32:25, 33:3, 33:5,
33:6, 33:22, 34:3,
34:4, 35:10, 35:12,
35:18, 35:21, 35:25,
36:2, 36:6, 36:8,
36:15, 36:19, 36:22,
36:25, 38:3, 38:4,
38:16, 38:21, 38:23,
39:10, 39:13, 39:25,
40:2, 40:3, 40:6,
40:16, 40:19, 40:23,
41:9, 41:10, 41:11,
42:2, 42:8, 42:18,
42:22, 43:8, 43:12,
43:15, 43:16, 43:19,
44:1, 44:6, 45:5,
45:9, 45:17, 45:18,
45:21, 45:22, 45:24,
46:4, 46:7, 46:15,
46:16, 46:24, 47:20,

47:25, 48:2, 48:7,
48:20, 48:21, 49:1,
49:4, 49:25, 51:10,
52:15, 52:20, 52:22,
52:25, 53:10, 53:12,
53:14, 53:19, 53:22,
54:3, 54:9, 54:10,
54:13, 54:16, 54:19,
54:20, 54:21, 54:22,
54:25, 55:1, 55:10,
56:6, 56:15, 56:16,
57:5
**THAT'S** [14] - 7:5, 9:6,
10:12, 12:14, 15:11,
18:2, 18:22, 19:23,
21:11, 25:18, 28:16,
39:11, 42:16, 44:4
**THE** [720] - 1:1, 1:2,
1:10, 1:16, 2:3, 2:5,
3:2, 3:4, 3:8, 3:10,
3:12, 3:14, 3:16,
3:21, 3:23, 3:24,
3:25, 4:3, 4:4, 4:14,
4:15, 4:16, 4:17,
4:18, 4:20, 4:22,
4:23, 5:2, 5:4, 5:5,
5:7, 5:9, 5:11, 5:12,
5:13, 5:16, 5:17,
5:18, 5:21, 5:22,
5:23, 6:1, 6:4, 6:5,
6:7, 6:8, 6:11, 6:13,
6:14, 6:17, 6:18,
6:20, 6:21, 6:23, 7:1,
7:2, 7:3, 7:6, 7:7,
7:16, 7:17, 7:18, 8:6,
8:7, 8:8, 8:13, 8:23,
8:24, 8:25, 9:1, 9:4,
9:8, 9:12, 9:13, 9:14,
9:15, 9:16, 9:17,
9:19, 9:22, 9:24,
10:4, 10:8, 10:10,
10:11, 10:12, 10:16,
10:18, 10:19, 10:21,
10:22, 10:23, 11:2,
11:5, 11:6, 11:7,
11:10, 11:11, 11:12,
11:13, 11:16, 11:19,
11:21, 11:23, 11:24,
11:25, 12:2, 12:3,
12:4, 12:5, 12:6,
12:7, 12:8, 12:10,
12:11, 12:12, 12:15,
12:18, 12:20, 12:22,
12:23, 13:1, 13:4,
13:5, 13:8, 13:11,
13:12, 13:14, 13:15,
13:17, 13:18, 13:19,
13:21, 13:22, 14:1,
14:2, 14:3, 14:4,
14:5, 14:6, 14:7,
14:9, 14:11, 14:16,

14:22, 14:23, 14:24, 15:5, 15:7, 15:10, 15:11, 15:14, 15:15, 15:16, 15:19, 15:24, 16:4, 16:6, 16:7, 16:11, 16:13, 16:18, 16:24, 17:3, 17:8, 17:12, 17:14, 17:15, 17:16, 17:21, 18:1, 18:4, 18:7, 18:10, 18:14, 18:15, 18:20, 18:22, 19:1, 19:3, 19:4, 19:6, 19:9, 19:10, 19:14, 19:16, 19:18, 19:20, 20:2, 20:3, 20:11, 20:14, 20:15, 20:21, 21:12, 21:13, 21:16, 21:18, 21:19, 21:21, 21:23, 22:2, 22:4, 22:5, 22:8, 22:9, 22:10, 22:11, 22:15, 22:17, 22:20, 22:22, 22:24, 23:5, 23:7, 23:10, 23:14, 23:18, 23:25, 24:7, 24:8, 24:12, 24:13, 24:14, 24:15, 24:18, 24:20, 24:21, 25:1, 25:2, 25:4, 25:7, 25:8, 25:9, 25:10, 25:12, 25:13, 25:18, 25:22, 25:24, 25:25, 26:2, 26:3, 26:5, 26:8, 26:16, 26:18, 26:20, 26:25, 27:10, 27:15, 27:19, 27:20, 28:4, 28:5, 28:6, 28:8, 28:12, 28:16, 28:17, 28:20, 28:21, 28:22, 28:23, 28:24, 29:3, 29:5, 29:9, 29:10, 29:13, 29:14, 29:17, 29:19, 29:24, 30:3, 30:10, 30:12, 30:15, 30:17, 30:19, 30:20, 31:1, 31:5, 31:7, 31:9, 31:14, 31:15, 31:16, 31:21, 32:6, 32:12, 32:24, 33:1, 33:2, 33:4, 33:7, 33:10, 33:15, 33:16, 33:17, 33:19, 33:20, 33:23, 34:4, 34:6, 34:9, 34:12, 34:15, 34:16, 34:18, 34:19, 34:21, 34:22, 34:25, 35:2, 35:3, 35:4, 35:5, 35:6, 35:11, 35:12, 35:14, 35:16, 35:19, 35:21, 35:23, 35:25,

36:7, 36:8, 36:10, 36:12, 36:13, 36:14, 36:15, 36:16, 36:20, 37:3, 37:8, 37:9, 37:14, 37:15, 37:16, 37:18, 37:22, 37:25, 38:6, 38:9, 38:10, 38:17, 38:19, 38:20, 38:24, 38:25, 39:3, 39:10, 39:11, 39:12, 39:17, 39:19, 39:21, 39:24, 39:25, 40:2, 40:3, 40:5, 40:6, 40:9, 40:10, 40:14, 40:15, 40:16, 40:17, 40:18, 40:22, 41:3, 41:4, 41:5, 41:6, 41:9, 41:11, 41:15, 41:17, 41:25, 42:2, 42:3, 42:4, 42:5, 42:6, 42:7, 42:9, 42:10, 42:11, 42:12, 42:14, 42:15, 42:16, 42:18, 42:20, 42:22, 42:23, 42:24, 42:25, 43:3, 43:5, 43:6, 43:7, 43:11, 43:13, 43:14, 43:16, 43:17, 43:18, 43:20, 43:24, 43:25, 44:2, 44:3, 44:4, 44:6, 44:7, 44:8, 44:9, 44:11, 44:15, 44:19, 44:24, 45:1, 45:2, 45:5, 45:7, 45:11, 45:15, 45:17, 45:21, 46:2, 46:3, 46:4, 46:6, 46:9, 46:14, 46:17, 46:18, 46:19, 46:20, 46:21, 46:23, 46:24, 47:2, 47:7, 47:8, 47:10, 47:11, 47:12, 47:13, 47:14, 47:18, 47:19, 47:20, 47:24, 47:25, 48:5, 48:7, 48:8, 48:9, 48:10, 48:12, 48:13, 48:18, 48:21, 48:22, 48:25, 49:1, 49:2, 49:3, 49:11, 49:13, 49:17, 49:18, 49:19, 49:20, 49:21, 49:25, 50:1, 50:4, 50:5, 50:6, 50:7, 50:9, 50:10, 50:12, 50:14, 50:15, 50:17, 50:22, 50:24, 51:1, 51:3, 51:4, 51:5, 51:6, 51:7, 51:9, 51:11, 51:12, 51:13, 51:15, 51:16, 51:17, 51:18, 51:20,

51:22, 51:24, 52:1, 52:2, 52:3, 52:5, 52:8, 52:9, 52:10, 52:12, 52:13, 52:14, 52:15, 52:16, 52:18, 52:19, 52:22, 52:24, 52:25, 53:3, 53:4, 53:5, 53:8, 53:11, 53:12, 53:13, 53:14, 53:15, 53:16, 53:17, 53:19, 53:21, 53:23, 53:25, 54:1, 54:5, 54:7, 54:8, 54:11, 54:16, 54:19, 54:20, 54:21, 54:22, 54:23, 54:25, 55:2, 55:4, 55:5, 55:7, 55:8, 55:9, 55:11, 55:12, 55:13, 55:14, 55:16, 55:18, 55:21, 55:24, 56:2, 56:3, 56:5, 56:9, 56:10, 56:11, 56:13, 56:17, 56:18, 56:20, 56:22, 56:24, 57:1, 57:2, 57:5, 57:6

**THEIR** [12] - 24:7, 33:12, 36:5, 38:13, 40:14, 41:16, 42:4, 43:10, 43:14, 45:25, 46:1

**THEM** [10] - 20:14, 24:6, 24:7, 25:11, 33:11, 35:14, 43:11, 47:13, 48:8

**THEN** [16] - 5:3, 5:4, 5:6, 5:7, 16:13, 19:13, 21:1, 22:1, 22:18, 25:18, 26:1, 26:2, 35:20, 39:4, 57:1

**THERAPISTS** [1] - 36:24

**THERAPY** [2] - 37:8, 37:13

**THERE** [38] - 5:4, 6:5, 9:5, 11:2, 11:15, 12:19, 16:10, 18:3, 18:25, 19:5, 19:25, 20:3, 20:16, 21:9, 24:4, 25:21, 26:9, 27:7, 27:21, 31:24, 31:25, 32:24, 37:3, 38:3, 38:7, 41:14, 43:4, 43:8, 43:15, 45:9, 46:4, 46:16, 48:2, 48:16, 54:9, 56:15

**THERE'S** [5] - 10:7, 10:15, 11:3, 23:8,

25:16

**THEREAFTER** [2] - 35:16, 50:3

**THEREFORE** [6] - 8:13, 10:23, 11:19, 12:20, 16:2, 55:2

**THESE** [13] - 18:12, 29:5, 33:14, 34:2, 35:23, 36:19, 37:4, 37:9, 39:19, 40:24, 41:8, 45:24, 55:1

**THEY** [27] - 3:20, 12:12, 18:19, 23:21, 23:24, 25:10, 25:19, 28:20, 29:13, 35:13, 35:14, 36:6, 36:22, 38:18, 38:19, 39:8, 39:14, 42:4, 44:21, 45:24, 45:25, 46:1, 47:8, 47:10, 47:11, 47:12, 48:10

**THING** [5] - 19:1, 19:23, 21:12, 32:25, 33:19

**THINGS** [8] - 14:19, 18:10, 18:22, 19:5, 19:18, 20:14, 39:16, 54:12

**THINK** [30] - 6:6, 7:2, 9:13, 14:16, 15:13, 15:19, 16:2, 16:8, 16:14, 17:11, 19:1, 19:6, 19:19, 20:22, 20:24, 21:7, 21:9, 21:11, 21:14, 22:10, 25:10, 26:8, 27:17, 32:13, 32:14, 52:19, 54:8, 54:14, 56:20

**THINKING** [1] - 21:25

**THIRD** [1] - 40:12

**THIS** [91] - 3:4, 5:7, 8:14, 9:25, 11:25, 12:12, 13:25, 14:16, 15:4, 15:23, 16:10, 16:20, 17:9, 17:20, 18:5, 19:2, 19:7, 19:8, 19:14, 19:15, 19:17, 20:6, 20:9, 20:10, 20:11, 20:12, 20:16, 20:20, 22:1, 22:2, 22:9, 22:22, 25:1, 26:13, 26:17, 26:19, 27:14, 28:7, 29:15, 30:1, 30:20, 30:23, 31:4, 31:11, 31:12, 31:16, 31:19, 32:4, 32:6, 32:10, 33:6, 33:19, 34:1, 34:19, 34:20, 36:17, 37:2, 37:11, 37:13,

37:24, 38:6, 39:17, 40:4, 40:10, 40:11, 40:17, 40:19, 40:20, 40:25, 41:3, 41:7, 41:14, 41:15, 41:20, 41:24, 42:5, 44:4, 44:9, 48:2, 48:3, 48:13, 48:22, 49:1, 50:1, 53:9, 53:14, 54:2, 54:4, 54:6

**THOSE** [21] - 5:6, 5:7, 7:19, 8:24, 13:13, 15:15, 15:22, 17:4, 17:5, 18:17, 18:18, 23:9, 23:20, 24:2, 25:14, 31:14, 39:16, 43:6, 43:14, 46:23

**THOUGH** [2] - 19:1, 28:1

**THOUGHT** [4] - 36:8, 36:21, 36:23, 39:13

**THOUGHTS** [1] - 54:16

**THREE** [3] - 11:7, 43:2, 50:7

**THREE-AND-A-HALF** [1] - 11:7

**THROUGH** [16] - 4:25, 7:20, 9:14, 15:13, 15:15, 15:16, 15:22, 16:18, 17:9, 18:14, 24:7, 35:14, 48:6, 49:5, 49:8, 49:15

**THROUGHOUT** [3] - 20:20, 33:23, 35:17

**THROWN** [1] - 48:9

**TICKET** [1] - 40:6

**TIME** [26] - 3:19, 7:10, 10:18, 16:12, 16:16, 16:18, 19:14, 23:21, 24:18, 24:24, 27:14, 28:7, 28:17, 28:20, 29:19, 31:5, 31:16, 31:19, 31:25, 40:7, 40:8, 40:18, 44:12, 45:9, 45:23, 48:2

**TIMELY** [1] - 12:8

**TIMES** [6] - 17:7, 21:18, 33:23, 33:25, 36:7, 46:10

**TITLE** [3] - 4:7, 4:9, 4:12

**TO** [409] - 4:1, 4:5, 4:10, 4:20, 4:22, 4:24, 4:25, 5:1, 5:3, 5:5, 5:7, 5:8, 5:9, 5:22, 6:5, 6:6, 6:25, 7:3, 7:10, 7:16, 7:19, 7:24, 8:1, 8:4, 8:7, 8:9, 8:11, 8:16, 8:19,

8:20, 8:23, 9:4, 9:12, 9:15, 9:22, 10:5, 10:10, 10:12, 10:13, 10:19, 10:21, 10:22, 10:24, 10:25, 11:1, 11:8, 11:12, 11:14, 12:9, 12:12, 12:16, 12:18, 12:23, 12:25, 13:12, 13:20, 14:6, 14:7, 14:8, 14:10, 14:12, 14:16, 14:21, 14:24, 15:6, 15:7, 15:10, 15:17, 15:20, 16:4, 16:6, 16:10, 16:15, 16:17, 16:19, 16:21, 16:23, 17:6, 17:8, 17:13, 17:18, 17:22, 17:24, 18:12, 18:13, 18:16, 18:21, 18:23, 18:24, 19:5, 19:11, 19:12, 19:14, 19:17, 19:22, 19:23, 19:24, 19:25, 20:1, 20:3, 20:6, 20:7, 20:11, 20:13, 20:18, 20:23, 20:25, 21:2, 21:8, 21:11, 21:12, 21:14, 21:16, 21:17, 21:20, 21:23, 21:25, 22:1, 22:2, 22:3, 22:4, 22:5, 22:8, 22:10, 22:12, 22:15, 22:18, 23:2, 23:4, 23:8, 23:17, 23:22, 24:5, 24:9, 24:11, 24:21, 24:22, 24:23, 24:24, 24:25, 25:1, 25:2, 25:6, 25:13, 25:14, 25:19, 25:23, 25:25, 26:4, 26:5, 26:11, 26:13, 26:17, 26:23, 26:25, 27:2, 27:6, 27:7, 27:11, 27:13, 27:18, 28:1, 28:2, 28:3, 28:11, 28:18, 28:21, 28:22, 29:1, 29:6, 29:7, 29:10, 29:17, 29:18, 29:22, 29:24, 30:1, 30:2, 30:9, 30:12, 30:17, 30:21, 30:22, 30:23, 31:2, 31:3, 31:4, 31:7, 31:8, 31:9, 31:12, 31:20, 31:25, 32:2, 32:3, 32:4, 32:5, 32:11, 32:14, 32:15, 32:17, 32:19, 32:20, 32:21, 32:22, 32:23, 33:3, 33:5, 33:6, 33:16, 33:17, 33:21, 33:23,

33:16, 47:10
**TOOK** [3] - 27:5, 31:20, 32:3
**TOOLS** [1] - 50:12
**TOP** [1] - 29:16
**TORMENTED** [1] - 48:10
**TORY** [1] - 43:4
**TOTAL** [10] - 7:18, 8:13, 11:3, 11:4, 12:16, 12:22, 12:25, 42:19, 49:11, 53:15
**TOTALLY** [2] - 23:12, 26:23
**TOWARD** [1] - 21:5
**TOWARDS** [3] - 53:3, 53:25, 54:22
**TOXIC** [1] - 33:12
**TRAFFICKED** [2] - 35:11, 36:3
**TRAFFICKING** [1] - 53:18
**TRAINED** [1] - 39:18
**TRAINING** [2] - 13:23, 46:7
**TRANSCRIPT** [2] - 1:22, 57:6
**TRANSCRIPTION** [1] - 1:22
**TRANSFERRED** [1] - 45:14
**TRAPPED** [1] - 39:25
**TRAUMA** [2] - 32:4, 36:14
**TRAUMATIZED** [2] - 33:2, 35:18
**TRAUMATIZING** [1] - 20:11
**TREATMENT** [8] - 6:20, 13:24, 16:17, 24:10, 50:15, 50:17, 50:22, 51:22
**TRIAL** [5] - 19:17, 21:17, 21:23, 22:4, 38:24
**TRIALS** [1] - 21:21
**TRIGGERED** [1] - 36:4
**TRINITY** [1] - 6:24
**TRIPS** [1] - 29:10
**TROUBLE** [1] - 38:24
**TRUST** [1] - 31:15
**TRUTH** [2] - 28:23, 33:15
**TRUTHFUL** [1] - 52:5
**TRY** [1] - 34:14
**TRYING** [2] - 20:7, 36:1
**TUESDAY** [1] - 6:19
**TURN** [5] - 7:16, 9:22, 26:24, 45:5, 46:2

**TURNING** [4] - 8:23, 12:18, 44:6, 47:3
**TWICE** [2] - 40:22, 46:9
**TWO** [12] - 3:5, 10:7, 10:13, 10:23, 12:4, 14:19, 19:5, 19:18, 38:1, 41:7, 43:4, 50:3
**TWO'S** [2] - 10:21

## U

**U.S** [5] - 50:23, 51:4, 51:24, 52:2, 52:17
**U.S.C** [6] - 4:7, 4:9, 4:12, 5:5, 5:10, 10:1
**ULTIMATE** [1] - 42:15
**ULTIMATELY** [1] - 21:2
**UNABLE** [5] - 27:13, 35:24, 38:16, 55:25, 56:8
**UNBLEMISHED** [1] - 47:17
**UNDER** [9] - 5:2, 5:4, 8:6, 11:24, 30:11, 50:24, 51:1, 54:25, 55:9
**UNDERAGE** [1] - 44:24
**UNDERSTAND** [10] - 25:20, 26:6, 26:14, 32:18, 38:14, 39:21, 45:24, 46:9, 47:20, 56:15
**UNDERSTANDS** [1] - 36:25
**UNDERSTOOD** [2] - 22:19, 31:23
**UNDRESS** [2] - 26:22, 27:6
**UNFATHOMABLE** [1] - 46:25
**UNFORTUNATELY** [3] - 33:25, 42:3, 45:19
**UNIT** [1] - 11:2
**UNITED** [13] - 1:1, 1:3, 1:14, 3:10, 11:19, 13:1, 13:17, 23:5, 50:6, 53:8, 53:15, 53:20, 54:1
**UNITS** [3] - 10:25, 11:4, 11:7
**UNIVERSAL** [1] - 23:7
**UNIVERSE** [1] - 41:20
**UNLAWFUL** [1] - 54:6
**UNLESS** [3] - 29:12, 52:8, 52:12

**UNLIKELY** [3] - 17:13, 17:18, 54:20
**UNNECESSARY** [2] - 14:7, 48:18
**UNPAID** [2] - 53:11, 54:4
**UNREASONABLENE SS** [1] - 55:7
**UNTIL** [4] - 27:21, 39:22, 50:16, 51:23
**UNWILLING** [1] - 56:1
**UNWORTHY** [1] - 31:9
**UP** [11] - 7:24, 8:9, 8:16, 20:12, 21:1, 25:13, 28:21, 31:4, 32:13, 34:10, 39:6
**UPBRINGING** [1] - 21:1
**UPON** [3] - 42:19, 49:13, 52:1
**US** [11] - 10:24, 11:14, 12:16, 21:10, 28:25, 29:17, 30:6, 30:8, 33:6, 38:24, 42:8
**USA** [1] - 3:4
**USE** [5] - 8:24, 11:4, 41:11, 50:12, 51:9
**UTTERLY** [2] - 23:12, 48:1

## V

**VALIDATED** [1] - 32:23
**VALIDATION** [1] - 33:13
**VARIANCE** [1] - 4:23
**VARIED** [1] - 26:22
**VERIFY** [1] - 6:25
**VERIFYING** [2] - 6:21, 6:24
**VERSE** [1] - 34:1
**VERSUS** [2] - 1:5, 3:5
**VERY** [18] - 3:20, 16:14, 17:22, 19:9, 19:22, 20:19, 21:3, 21:15, 23:16, 27:14, 28:7, 31:13, 31:16, 31:19, 34:9, 47:1
**VICTIM** [6] - 4:19, 27:20, 28:1, 35:2, 43:3, 43:6
**VICTIMIZED** [1] - 47:9
**VICTIMS** [22] - 14:8, 20:11, 21:16, 22:2, 22:15, 25:7, 25:9, 34:21, 39:20, 41:15, 41:17, 42:3, 42:6, 43:1, 43:3, 43:6, 43:8, 43:14, 43:16,

34:14, 35:4, 35:5, 35:7, 35:11, 35:14, 35:19, 35:24, 36:1, 36:12, 36:14, 36:23, 37:1, 37:2, 37:5, 37:9, 37:12, 37:16, 38:2, 38:3, 38:4, 38:6, 38:9, 38:11, 38:13, 38:14, 38:16, 38:17, 38:18, 38:19, 38:21, 38:25, 39:3, 39:6, 39:7, 39:9, 39:14, 39:19, 40:3, 40:5, 40:18, 41:13, 41:15, 41:22, 42:11, 42:14, 42:16, 42:21, 42:24, 43:2, 43:10, 43:11, 43:12, 43:15, 43:20, 43:23, 44:4, 44:5, 44:6, 44:12, 44:13, 44:16, 44:17, 44:19, 44:22, 45:3, 45:5, 45:6, 45:12, 45:16, 46:2, 46:4, 46:6, 47:2, 47:3, 47:4, 47:14, 47:20, 47:25, 48:2, 48:6, 48:7, 48:14, 48:15, 48:16, 48:18, 48:20, 48:21, 48:22, 48:25, 49:2, 49:3, 49:5, 49:7, 49:8, 49:10, 49:11, 49:16, 49:19, 49:20, 50:1, 50:4, 50:7, 50:11, 50:13, 50:18, 50:20, 50:21, 50:22, 51:3, 51:4, 51:11, 51:12, 52:1, 52:17, 52:18, 52:22, 53:4, 53:6, 53:13, 53:15, 53:17, 53:19, 54:9, 54:12, 54:13, 54:14, 54:20, 54:23, 55:5, 55:6, 55:9, 55:19, 55:22, 55:23, 55:25, 56:1, 56:2, 56:3, 56:4, 56:5, 56:7, 56:8, 56:10, 56:11, 56:14, 56:15, 56:17, 56:18, 57:1
**TODAY** [15] - 4:1, 5:1, 25:15, 28:25, 29:21, 31:5, 33:1, 33:18, 35:5, 37:17, 38:22, 39:11, 41:3, 41:18, 43:24
**TODDLER** [1] - 10:17
**TOLD** [5] - 13:11, 27:4, 27:11, 35:12, 44:1
**TOO** [3] - 24:21,

48:22, 52:18, 53:18
**VIDEO** [4] - 10:18, 38:25, 40:10, 45:2
**VIDEOS** [2] - 41:11, 44:23
**VIDEOTAPED** [1] - 44:18
**VIDEOTAPING** [1] - 44:13
**VIEW** [1] - 36:15
**VIEWED** [2] - 35:22, 36:4
**VIEWING** [1] - 26:24
**VIEWPOINT** [1] - 45:18
**VIOLATION** [4] - 4:7, 4:8, 4:12, 10:1
**VIOLATIONS** [1] - 11:18
**VIRTUALLY** [1] - 35:23
**VOCABULARY** [1] - 23:15
**VOICE** [2] - 39:1, 39:24
**VOLUNTEER** [1] - 50:25
**VOLUNTEERED** [1] - 43:15

# W

**WAIT** [1] - 34:6
**WAITING** [1] - 30:19
**WAIVE** [1] - 53:14
**WALK** [1] - 36:20
**WALKED** [3] - 26:21, 29:12, 29:13
**WALNUT** [1] - 2:3
**WANT** [9] - 22:14, 22:15, 24:10, 26:4, 26:11, 26:17, 32:20, 38:3
**WANTED** [2] - 33:17, 35:5
**WANTS** [1] - 38:21
**WARRANTED** [1] - 43:21
**WAS** [62] - 5:18, 6:21, 10:3, 10:17, 11:17, 13:12, 19:12, 20:25, 21:7, 21:14, 21:19, 21:20, 21:22, 25:21, 26:21, 26:23, 27:1, 27:7, 27:10, 27:11, 27:12, 27:21, 28:16, 28:17, 28:21, 29:5, 29:6, 31:1, 31:8, 31:10, 31:13, 31:15, 31:17, 31:23, 32:24,

33:12, 33:15, 33:24, 35:9, 35:18, 35:19, 38:25, 39:4, 39:14, 40:4, 40:5, 40:6, 40:17, 40:20, 40:21, 40:25, 41:23, 41:25, 42:1, 42:12, 44:17, 47:6, 48:8, 51:20, 56:17, 56:21
**WASN'T** [3] - 21:6, 27:21, 39:7
**WASTED** [1] - 24:19
**WATCH** [1] - 35:19
**WATCHED** [1] - 27:1
**WATCHING** [1] - 26:21
**WAY** [7] - 14:16, 20:5, 21:25, 24:9, 30:12, 31:11, 31:25
**WAYS** [2] - 17:22, 28:3
**WE** [40] - 4:1, 6:16, 7:2, 7:17, 15:11, 16:14, 16:25, 17:10, 17:11, 17:17, 19:2, 19:14, 19:24, 20:19, 25:22, 26:1, 26:25, 29:13, 29:16, 30:3, 30:6, 30:7, 30:21, 32:1, 33:5, 33:6, 33:7, 33:15, 33:22, 37:15, 38:22, 39:2, 40:9, 40:10, 40:23, 41:21, 42:21, 44:1, 48:5
**WEIRD** [1] - 27:11
**WELL** [10] - 3:17, 3:25, 9:8, 11:3, 15:18, 22:17, 25:8, 25:10, 37:13, 45:20
**WENDY** [1] - 1:10
**WENT** [3] - 22:4, 39:7, 44:14
**WERE** [15] - 4:20, 8:20, 18:21, 21:16, 28:20, 29:17, 33:7, 34:2, 34:3, 34:4, 35:10, 45:11, 48:10, 54:22
**WEST** [1] - 2:3
**WHAT** [55] - 5:6, 6:21, 7:1, 7:5, 13:14, 14:12, 17:6, 17:25, 18:23, 20:6, 20:10, 20:18, 21:15, 21:18, 21:20, 22:9, 23:13, 23:23, 27:8, 27:15, 28:16, 30:23, 30:24, 31:2, 31:3, 31:7, 31:17, 31:23, 32:1,

32:17, 32:18, 32:20, 32:25, 33:14, 34:9, 36:25, 38:4, 39:4, 39:9, 39:21, 41:14, 42:4, 42:5, 43:13, 43:23, 44:4, 44:10, 44:12, 45:13, 45:19, 47:9, 47:17, 54:12
**WHATEVER** [2] - 16:9, 45:25
**WHEN** [25] - 10:4, 15:11, 15:13, 18:12, 19:7, 21:3, 22:24, 25:23, 26:21, 27:8, 27:11, 27:20, 30:20, 31:13, 33:7, 33:12, 35:9, 36:4, 36:20, 38:11, 39:3, 40:17, 41:25, 44:17, 44:21
**WHERE** [15] - 6:20, 16:14, 16:16, 16:20, 17:1, 18:20, 19:2, 19:21, 21:6, 21:7, 21:21, 33:16, 33:20, 48:9, 51:19
**WHETHER** [3] - 22:4, 24:16, 47:6
**WHICH** [27] - 6:19, 7:21, 9:7, 9:24, 11:14, 12:16, 14:22, 14:23, 15:7, 16:13, 17:2, 17:7, 28:25, 34:2, 39:4, 41:2, 41:7, 42:10, 44:15, 49:20, 50:11, 50:19, 50:25, 51:8, 53:16, 53:20
**WHILE** [12] - 10:12, 27:10, 28:23, 29:7, 29:12, 32:13, 35:15, 36:1, 49:20, 50:17, 53:10, 54:3
**WHO** [25] - 19:8, 19:10, 19:11, 20:1, 21:21, 21:24, 23:4, 24:14, 24:15, 25:14, 26:2, 29:17, 33:17, 34:19, 34:20, 36:5, 37:4, 40:13, 41:17, 43:1, 43:8, 43:16, 47:8, 48:8
**WHOLE** [1] - 27:25
**WHOSE** [1] - 47:24
**WHOSO** [1] - 34:1
**WHY** [2] - 18:3, 54:5
**WIFE** [2] - 23:2, 47:21
**WILL** [50] - 3:24, 5:5, 5:6, 9:15, 13:14, 15:6, 16:1, 16:7, 17:13, 17:25, 21:19,

22:1, 22:11, 22:17, 22:18, 24:3, 24:4, 24:5, 24:6, 24:21, 24:24, 28:5, 28:6, 31:20, 31:24, 32:8, 32:18, 33:18, 36:16, 36:17, 37:7, 40:10, 40:15, 42:3, 42:8, 43:2, 43:17, 45:22, 46:15, 48:2, 48:5, 48:10, 51:11, 53:13, 56:2, 56:4, 56:10
**WILLFULNESS** [1] - 40:23
**WILLIAM** [1] - 42:23
**WILLING** [1] - 29:6
**WISH** [3] - 22:12, 25:25, 34:11
**WITH** [84] - 3:10, 4:14, 4:20, 5:9, 5:11, 7:7, 7:10, 7:13, 7:19, 7:23, 8:4, 8:15, 9:4, 9:9, 9:17, 11:1, 11:2, 11:5, 11:12, 13:23, 14:11, 15:20, 17:12, 17:18, 17:24, 18:19, 21:4, 23:7, 25:22, 26:1, 26:22, 26:25, 27:19, 28:17, 28:23, 29:9, 29:10, 30:2, 30:9, 30:11, 32:3, 32:8, 32:19, 32:24, 33:19, 36:1, 36:4, 36:8, 36:24, 37:6, 39:1, 39:11, 39:19, 41:12, 41:14, 41:15, 42:13, 43:3, 43:19, 44:25, 45:16, 46:6, 46:13, 48:14, 49:6, 49:25, 50:10, 50:21, 50:23, 51:1, 51:13, 51:15, 51:25, 52:3, 52:9, 53:24, 54:8, 54:11, 55:5
**WITHDRAW** [1] - 43:10
**WITHIN** [5] - 49:17, 50:2, 53:9, 54:2, 55:24
**WITHOUT** [2] - 35:25, 52:8
**WITNESSES** [1] - 44:3
**WOMEN** [1] - 26:22
**WONDERED** [1] - 47:6
**WORD** [2] - 21:4, 21:25
**WORDS** [2] - 26:11, 36:18
**WORE** [1] - 28:16

**WORK** [1] - 50:25
**WORKAROUND** [1] - 25:22
**WORKS** [1] - 51:19
**WORLD** [1] - 29:15
**WORRY** [1] - 37:2
**WORTH** [2] - 31:10, 47:5
**WORTHY** [2] - 47:6
**WOULD** [42] - 6:5, 6:6, 7:5, 10:21, 10:22, 14:12, 14:20, 16:5, 16:9, 16:10, 16:13, 16:14, 16:16, 16:17, 16:20, 16:21, 17:1, 17:4, 17:5, 17:15, 18:6, 19:10, 21:15, 22:23, 23:19, 23:21, 23:25, 26:13, 27:2, 28:11, 30:16, 33:21, 38:17, 43:19, 44:3, 45:10, 45:18, 54:6, 54:13, 54:20, 54:22, 54:25
**WOW** [1] - 39:13
**WRITTEN** [1] - 28:16
**WRONG** [2] - 32:24, 41:23
**WROTE** [1] - 22:22

# Y

**YEAR** [6] - 7:24, 8:9, 8:16, 14:22, 29:8
**YEARLY** [1] - 52:1
**YEARS** [27] - 7:22, 8:7, 8:14, 13:3, 15:4, 15:8, 15:25, 16:5, 18:22, 20:21, 21:13, 21:25, 24:20, 26:18, 26:20, 27:4, 28:4, 29:3, 30:22, 31:22, 35:9, 36:7, 39:18, 41:24, 48:15, 49:4, 55:19
**YES** [18] - 3:23, 4:3, 5:14, 5:15, 5:19, 5:20, 6:13, 7:9, 7:15, 9:2, 9:3, 13:6, 13:7, 25:12, 34:25, 42:21, 55:3, 56:17
**YET** [1] - 24:24
**YOU** [146] - 3:21, 4:2, 4:4, 4:10, 5:6, 6:4, 6:5, 6:6, 6:11, 6:15, 7:2, 7:7, 7:10, 7:13, 7:19, 8:18, 8:20, 13:11, 13:12, 14:15, 15:9, 15:23, 16:2, 16:17, 16:19, 16:23,

17:2, 17:3, 17:6,
17:25, 18:1, 18:9,
19:2, 19:4, 19:7,
19:21, 19:24, 19:25,
20:7, 20:13, 20:16,
21:6, 22:8, 22:12,
22:14, 22:15, 22:18,
22:20, 22:21, 25:3,
25:4, 25:6, 25:9,
25:11, 25:23, 25:25,
26:5, 26:9, 26:10,
26:13, 26:17, 27:8,
27:15, 28:8, 28:9,
28:12, 30:14, 30:15,
31:13, 31:14, 31:15,
34:5, 34:6, 34:9,
34:11, 34:12, 34:13,
34:16, 34:17, 34:24,
35:3, 37:16, 37:18,
37:25, 38:5, 39:5,
40:10, 40:11, 40:12,
40:13, 40:15, 40:24,
41:2, 43:25, 44:1,
44:2, 44:9, 44:10,
44:11, 44:14, 44:16,
44:18, 45:8, 45:11,
45:12, 45:13, 45:14,
45:19, 45:22, 46:6,
46:7, 46:8, 46:9,
46:10, 46:11, 46:12,
46:24, 47:8, 47:10,
48:6, 54:25, 55:18,
55:22, 55:23, 55:25,
56:1, 56:4, 56:6,
56:7, 56:8, 56:9,
56:10, 56:20
**YOUNG** [25] - 2:2,
3:13, 3:14, 3:18,
5:15, 5:20, 5:25, 6:2,
7:2, 7:4, 9:3, 9:17,
13:7, 13:9, 14:15,
26:23, 31:15, 38:25,
42:12, 45:20, 45:25,
54:7, 55:8, 55:15,
56:25
**YOUNGER** [1] - 33:13
**YOUR** [105] - 3:3, 3:9,
3:13, 3:18, 4:3, 5:14,
5:15, 5:19, 5:20,
5:23, 5:25, 6:8, 6:13,
6:18, 7:4, 7:7, 7:11,
7:13, 7:17, 8:6, 9:2,
9:3, 9:18, 12:14,
13:6, 13:7, 13:9,
13:10, 14:15, 14:17,
14:21, 14:24, 15:5,
15:12, 15:13, 15:17,
16:11, 16:23, 17:5,
17:24, 18:5, 18:10,
18:23, 19:3, 22:7,
22:12, 22:20, 22:22,

22:24, 25:3, 25:7,
25:20, 25:22, 26:4,
26:9, 26:11, 26:12,
28:10, 28:13, 30:14,
30:16, 31:14, 34:23,
37:2, 37:20, 40:13,
42:11, 42:18, 43:19,
44:2, 44:9, 44:10,
44:12, 44:15, 44:17,
44:21, 44:22, 45:1,
45:3, 45:9, 45:10,
45:12, 45:15, 45:17,
45:23, 46:5, 46:25,
47:1, 48:1, 52:21,
54:7, 54:18, 55:3,
55:8, 55:10, 55:13,
55:17, 55:22, 55:25,
56:3, 56:4, 56:25
**YOURS** [1] - 25:24
**YOURSELF** [2] -
44:14, 44:18

──────────
**Z**
──────────

**ZERO** [2] - 12:22
**ZWEITZIG** [36] - 1:6,
3:5, 3:15, 3:16, 3:22,
4:1, 4:25, 6:4, 7:18,
13:11, 15:4, 19:12,
22:16, 26:16, 28:10,
28:15, 30:18, 30:19,
34:8, 34:13, 38:21,
39:16, 39:22, 40:7,
40:15, 41:3, 41:18,
42:7, 42:13, 42:23,
43:12, 43:23, 44:1,
49:2, 54:19, 55:18
**ZWEITZIG'S** [5] -
14:18, 14:25, 15:19,
38:2, 43:1